COLLECTIVE BARGAINING AGREEMENT

between

PASSAVANT MEMORIAL HOMES

and

TEAMSTERS AUTOMOTIVE CHAUFFEURS, PARTS, GARAGE, OFFICE CLERICAL, AIRLINE, HEALTHCARE, PETROLEUM INDUSTRY, PRODUCE, BAKERY AND INDUSTRIAL WORKERS, WITHIN WESTERN PENNSYLVANIA AND JOINT COUNCIL #40, LOCAL UNION NO. 926, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS

and

GENERAL TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF BEAVER, LAWRENCE, AND MERCER COUNTIES, PENNSYLVANIA, Affiliated with the International Brotherhood of Teamsters, Joint Council No. 40, Teamsters Local 261

and

GENERAL TEAMSTERS, LOCAL 326 (Delaware)

Effective
JANUARY 1, 2018

through

DECEMBER 31, 2021

Exhibit A

Table of Contents

|  |  | Page |
|---|---|---|
| ARTICLE I | Purpose and Intent of the Parties | 2 |
| ARTICLE II | Recognition | 2 |
| ARTICLE III | Union Membership and Check Off | 3 |
| ARTICLE IV | Management Rights | 4 |
| ARTICLE V | Supervisors | 6 |
| ARTICLE VI | Responsibilities of the Parties | 6 |
| ARTICLE VII | No Strike / No Lockout | 7 |
| ARTICLE VIII | Grievance Procedure | 8 |
| ARTICLE IX | Employee Discipline | 10 |
| ARTICLE X | Paid Time Off | 12 |
| ARTICLE XI | Company Holidays | 16 |
| ARTICLE XII | Miscellaneous Leave | 17 |
| ARTICLE XIII | Non-Duplication of Benefits | 19 |
| ARTICLE XIV | Overtime | 19 |
| ARTICLE XV | Hours of Work; Part-Time Status | 20 |
| ARTICLE XVI | "Floater" Position | 20 |
| ARTICLE XVII | Safety and Bulletin Boards | 21 |
| ARTICLE XVIII | Seniority/Bidding/Recall | 21 |
| ARTICLE XIX | Part-Time Employees / Seasonal Employees | 24 |
| ARTICLE XX | Insurance Benefits / 401(K) Plan | 26 |
| ARTICLE XXI | Hourly Rates | 32 |
| ARTICLE XXII | Severability | 33 |
| ARTICLE XXIII | Prior Agreements | 33 |
| ARTICLE XXIV | DRIVE | 33 |
| ARTICLE XXV | Job Descriptions | 34 |
| ARTICLE XXVI | Miscellaneous | 34 |
| ARTICLE XXVII | Term of Agreement | 38 |
| ARTICLE XXVIII | Signatures | 38 |

Attachment "A" – Wage Scale

Attachment "B" – Revised Policies
        Bid
        Discipline
        Employment
        Paid Time Off Benefits
        Timeclock

Attachment "C" – Existing Drug and Alcohol Policies Referenced
        Drug and Alcohol Testing Program
        Drug and Alcohol Use in the Workplace
        Pre-Employment Drug and Alcohol Screening

Attachment "D" – Previous Extension and Side Agreements Integrated into
                Collective Bargaining Agreement

AGREEMENT

THIS AGREEMENT, dated this FIRST day of JANUARY 2018, by and between:

PASSAVANT MEMORIAL HOMES,

hereinafter referred to as "Employer",

and

TEAMSTERS AUTOMOTIVE CHAUFFEURS, PARTS, GARAGE, OFFICE CLERICAL, AIRLINE, HEALTHCARE, PETROLEUM INDUSTRY, PRODUCE, BAKERY AND INDUSTRIAL WORKERS, WITHIN WESTERN PENNSYLVANIA AND JOINT COUNCIL #40, LOCAL UNION NO. 926, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS

and

GENERAL TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN  AND HELPERS OF BEAVER, LAWRENCE, AND MERCER COUNTIES, PENNSYLVANIA, Affiliated with the International Brotherhood of Teamsters,  Joint Council No. 40, Teamsters Local 261

and

GENERAL TEAMSTERS, LOCAL 326 (Delaware)

hereinafter referred to as "Union".

1

Exhibit A

## ARTICLE I
## Purpose and Intent of the Parties

It is the intention of the parties hereto to set forth herein a basic agreement between the employees covered by this Agreement and the Company covering rates of pay, hours of work, and other conditions of employment so as to promote orderly and peaceful relations with the employees, to achieve uninterrupted operations of the facilities, and to provide a procedure for prompt and equitable adjustment of alleged grievances that may arise during the life of this Agreement.

## ARTICLE II
## Recognition

The Union, having been designated as the exclusive collective bargaining representative of the employees of the Company, in accordance with certification by the National Labor Relations Board at Case No. 6-RC-11813 and 6-RC-11837, is recognized by the Company as said employee's exclusive bargaining representative. Accordingly, the Union makes this Agreement in its capacity as the exclusive collective bargaining representative of such employees. This recognition clause is limited and applicable only to those classifications of employment covered by this Agreement (and specifically does not apply to ISO and ISC "coaches").

The Employer will recognize the Union and this Agreement at any replacement or new location within the geographic area as set forth in the N.L.R.B. Certification set forth above or by agreement of the parties (where employees covered by this Agreement are employed.

In the event of the sale or transfer (except an inter-company transfer) of the facilities covered by the Recognition Article of this Agreement, as a condition of a business transaction, the Employer shall use reasonable efforts to attempt to secure the employment of the employees covered by this Agreement by its successor. Nothing contained herein, however, shall be construed as a guarantee of continued employment.

It is understood and agreed that if the Employer establishes a new or replacement facility in which it employs people to work in the classifications of employment covered by this Agreement, it will offer the existing employees the opportunity to transfer, in seniority, to such facility, will recognize the Union as the exclusive bargaining representative, and will extend and apply the terms of this Agreement at those locations.

This Agreement is to be interpreted to be consistent with the applicable labor law.

2

Exhibit A

**ARTICLE III**
**Union Membership and Check Off**

**Section 1.**          **Union Membership**

1.     All employees covered by this Agreement shall become Union members no later than the completion of their probationary period, as defined herein, with the Employer and shall remain members in good standing of the Union as condition of continued employment. For purposes of this Article, an employee may satisfy the good standing requirement by the payment of uniform initiation fees and dues applicable to all employees in the bargaining unit. The Union agrees to keep the Employer advised as to the amount of its regular initiation fee and dues in order to assist employees to maintain themselves in good standing with the Union.

The Employer and the Union recognize that each employee subject to the application of this union security clause has the right to be or remain a non-member of the Union by becoming a financial core objector. As a financial core objector, each non-member has the right (1) to object to paying for Union activities not germane to the Union's duties as bargaining agent and to obtain a reduction in fees for such activities; (2) to be given sufficient information to enable the employee to intelligently decide whether to object; and (3) to be apprised of any internal Union procedures for filing objections.

2.     The Union may give written notice to the Employer and to the employees concerned when the employee is not in good standing. If such employee is not restored to good standing within thirty (30) working days after receipt of such notice by the Employer and the employee, the Employer will, upon written request from the Union, discharge that employee.

3.     On or before the last day of each month, the Company will provide monthly membership lists to the Local Union.

**Section 2.**          **Check Off**

1.  The Company will check off monthly dues, assessments, and initiation fees as designated by the Secretary/Treasurer of the Union as membership dues in the Union, on the basis of individually signed voluntary check-off authorization cards, in standard forms to be furnished by the Union.

2.  Deductions on the basis of authorization cards submitted to the Company the last week of each month shall commence with respect to dues for the month in which the Company receives such authorization card or in which such card becomes effective, whichever is later. Dues for a given month shall be deducted from the second pay closed and calculated in the succeeding month.

3

Exhibit A

3.   The Company will submit together with the remittance of funds checked-off a statement setting forth the name and clock number and amount of dues, initiation fees, and assessments remitted from each employee, together with a statement as to whether each amount deducted from each employee is dues, initiation fees, or assessments. The Employer further agrees to update the Union's billing by deleting any employee who has left, adding new employees and providing any change in name and address.

4.   In the event an employee authorized the Company to check-off his dues but said employee is not on the payroll during the month in which the deduction is to be made, or said employee has no earnings or insufficient earnings during that period, or is on leave of absence, the employee must make his own arrangements with the Union to pay such dues for said period.

**Section 3.**          <u>**Indemnity Clause**</u>

1.   The Union shall indemnify and save the Company harmless against any and all claims, demand, suits, or other forms of liability that shall arise out of or by reason of action taken or not taken by the Company for the purpose of complying with any of the provisions of this section, or in reliance on any list, notice, or assignment furnished under any of such provisions.

2.   The Union agrees to pay to the Company the full legal fees and any and all costs required by the Company to defend itself, its representatives, and agents of any kind, including managers and supervisors, from any and all lawsuits, claims, or grievances of any kind which may arise as a result of compliance in good faith with the terms of this provision. In addition, the Union agrees to hold the Company, its representatives and agents of any kind, harmless against any adverse judgment or award which may result from said lawsuit, claim, or grievance in connection with this Article. The Union shall have the right to select counsel for the parties to defend any action arising under this section.

**Section 4.**          <u>**Applicability**</u>

The provisions of this Article and of the cards for membership application and dues check-off shall be effective  in accordance with and consistent with applicable provisions of State and Federal law.

**ARTICLE IV**
**Management Rights**

**Section 1.**          The Company reserves and retains solely and exclusively all of its common law rights to manage its business and facilities. The sole and exclusive rights of management which are not abridged by this Agreement shall include, but are not limited to, its right to determine the existence of facts which are the basis of a management decision; to establish or continue policies, practices, and procedures for the conduct of business and, from time to time, to change

4

or abolish such policies, practices, or procedures; the right to determine and, from time to time, redetermine the number, location, and relocation of its facilities; to determine the number of hours per day or per week operations shall be carried on; to select and determine the number and types of employees required; to assign work to such employees in accordance with the requirements determined by management; to establish and change work schedules and assignments; to transfer, promote, or demote employees, or to layoff, terminate, or otherwise relieve employees from duty for lack of work or other legitimate reasons, to determine the fact of lack of work, to make and enforce reasonable rules for maintenance of discipline; to suspend, discharge for just cause, or otherwise to take such measures as management may determine to be necessary for the orderly, efficient, and profitable operation of its business and/or facilities. Management's rights set forth above are limited by the terms and provisions of this Agreement and must be consistent with same.

**Section 2.**      The Company has the right to create, and from time to time, amend its work rules. The Company agrees to meet with the Union on such work rules or their amendments prior to the implementation thereof. The Union reserves the right to grieve the "reasonableness" of such work rules as the Company may hereafter establish. If a grievance is filed, it must be filed in a timely fashion per the Grievance Procedure set forth herein.

**Section 3.**      Mutual agreements arrived at by the parties shall be reduced to writing and shall be considered to set a precedent that is binding, when executed, unless otherwise provided.

**Section 4.**      The parties agree that the existing policies of the Company, which have been reviewed by a sub-committee of the Union's negotiating committee and accepted by signature, will remain in full force and effect throughout the life of this Agreement, unless changed by mutual agreement, or unless specifically amended by this Contract, or as set forth in the next paragraph.

Notwithstanding the above, it is understood that changes necessitated by law or administrative order, or changes designed to better comply with operational needs not falling within the Company's obligation to bargain, will not require mutual agreement.

**Section 5.**      Where and when appropriate, one (1) staff person, as determined by Management, will be permitted to attend and give input towards a consumer's Individual Support Plan.

**Section 6.**      A listing of 39 community homes and programs will be "interview only" and not subject to the usual process of bumping and bidding. The pool of interview only locations is subject to change, but will not exceed this agreed to number for existing locations.

It is further agreed that during the term of the labor agreement that the company will notify the Union to discuss any new additions to this list due to the opening of a new location meeting criteria set forth for an "interview only" location. In such an event, the number of "interview only" houses may exceed the number 39 set forth above. Criteria for a "new interview only" location will include request

5

**Exhibit A**

of family or the individual being served, specialized needs of the individual, and the requirements of specialized skills or demeanor of staff.

In the event that the Union disagrees with the Company's position on new "interview only" houses, it may proceed to mediation or arbitration under the provisions of this agreement.

### ARTICLE V
### Supervisors

**Section 1.**     Supervisors refer to persons whose work consists of supervising the work of others and who may at any time do the following:

1.     Work required by emergency conditions.

2.     Work performed for the purpose of instructing and training employees.

3.     Work which would be unreasonable to assign to employees or work which requires the assistance of such supervisors or which is minimal in amount.

4.     Perform work when a regular qualified employee is away from his/her work station for any reason or for such period of time as is required to obtain a qualified employee presently employed and currently working on the shift to take over the job or when for any reason the assistance or utilization of the supervisor is necessary to insure continued operations during any working day.

5.     Supervisors or other non-bargaining unit employees are not to be used to deny bargaining unit employees any work or time and cannot be used in replacement of bargaining unit employees under any circumstances, except as this paragraph is modified as set forth above, or as otherwise stated in this Agreement.

### ARTICLE VI
### Responsibilities of the Parties

The Company, its officers and representatives at all levels, are bound to observe the provisions of this Agreement. The Union, its officers and representatives at all levels, are bound to observe the provisions of this Agreement. In addition to the responsibilities that may be provided elsewhere in this Agreement, the following shall be observed:

1.     Neither the Company nor the Union shall intimidate or coerce employees into joining the Union or continuing their membership therein, except as provided herein.

2.     There shall be no discrimination, restraint, or coercion

6

against any employee because of membership in the Union.

    3.    The use of the masculine gender in this Agreement shall refer to both male and female employees equally.

    4.    The applicable procedures of the Agreement shall be followed for the settlement of all "grievances" as defined in this Agreement. It is specifically understood that this provision will not preclude employees from filing complaints with a Government Agency where appropriate. However, no arbitrator shall be empowered to render a decision based upon matters that are proper before an administrative process.

    5.    There shall be no discrimination of any kind because of "protected" Union activity.

    6.    The Company and the Union agree that no provision of the Agreement shall be applied to discriminate against any employee or with respect to hiring, compensation, terms or conditions of employment, because of an employee's race, color, religion, sex, national origin, disability, age, sexual orientation, or military status. The parties agree that they will not limit, segregate, or classify employees because of any of the above circumstances. It is further agreed that any allegation of discrimination which is covered by applicable law or regulation will be submitted to the government agency to which such complaint would be properly assigned and that the grievance/arbitration procedure will not apply.

    7.    When an employee is required to write statements or participate in a Human Resources/Abuse Investigation, said employee is required to provide honest, truthful, and complete answers or written statements as requested. The employee is required to report within twenty-four (24) hours of the request of a meeting. The failure to report for the scheduled meeting without a legitimate reason may result in discipline. Employees will be paid a minimum of two (2) hours at any meeting called by the Company for an investigation if it is the employee's day off.

## ARTICLE VII
### No Strike / No Lockout

**Section 1.**    Employees represented by the Union shall not engage in any illegal strike, sit down, slowdown, or work stoppage during the life of this Agreement. Neither the Union, nor any officer, agent, nor other representative of the Union shall, directly or indirectly authorize, assist, encourage, or in any way participate in any strike, sit down, slowdown, or work stoppage during the life of this Agreement. Neither will the Union, its officers, agents, nor representatives, condone or ratify or lend support to any illegal strike, sit down, slowdown, or work stoppage. If any employee or group of employees represented by the Union should violate the intent of this Article, the Union through its proper officers or agent will promptly notify the Company and such employee or employees in writing, of its disapproval of such violation and will take steps to effect a prompt cessation of such violation and a prompt resumption of work.

7

Section 2.       The Company agrees that during the term of this Agreement that there shall be no lockouts. The closing of a facility or any part thereof or curtailing of operations for business reasons shall not, however, be construed to be a lockout.

## ARTICLE VIII
## Grievance Procedure

Section 1.       Should any difference, dispute, or controversy arise between the Company and the Union, or any member of the Bargaining Unit, as to the meaning, compliance with, or application of the provisions of this Agreement, there shall be no suspension of work on account of such differences, but such differences shall immediately be settled in the following manner.

### Step One — Human Resources Representative

The party alleging the grievance shall reduce the alleged grievance to writing on a standard grievance form, and with the Steward shall present the same to his/her Human Resources Representative within five (5) business days of the alleged incident. The Human Resources Representative will have five (5) business days to submit his/her written answer to the employee and Union Steward. Any grievance not reduced to writing within the five (5) business days, after the employee knows or reasonably should have known of the alleged violation, will not be accepted. TIME IS OF THE ESSENCE.

### Step Two — Vice President of Human Resources

Where the Step One disposition is unsatisfactory, the grievance may be appealed within five (5) business days after receipt of the Human Resources Representative's written answer to the Vice President of Human Resources. A meeting will then be arranged between the Vice President of Human Resources and the Union's Business Representative. The parties' representatives, at all levels, will comply with the time limits as they apply to grievance answers. The Vice President of Human Resources will have five (5) business days to submit his/her written answer to the employee/Union. If the grievant does not attend the first grievance meeting, the meeting will be rescheduled once. If the grievant does not attend the re-scheduled grievance meeting, the Union will withdraw the grievance.

### Step Three — Arbitration

1. Where the Step Two disposition is unsatisfactory, the grievance may be thereafter submitted to arbitration by the Union or the Company. Grievances appealed to the Third Step by either party shall be determined by an arbitrator to be appointed by the mutual agreement of the parties hereto. Should the parties fail to or be unable to agree on the appointment of an arbitrator within five (5) business days following the receipt by the Company of a request from the Union to arbitrate the grievance in question, either party may request the Pennsylvania Bureau of Mediation to submit a list of seven (7) arbitrators to the parties, with each party each alternatively striking off one name from the list

8

Exhibit A

and until one name shall remain. Said remaining name to be the selected arbitrator.

2.   Any grievance which has been scheduled for arbitration and has a date for the hearing the parties will meet thirty-five (35) calendar days before to see if settlement can be reached so the parties will not have to pay the cancellation fee.  At arbitration, an arbitrator shall be bound in arriving at a decision by the provisions of this Agreement, and the arbitrator shall have no power to amend, modify, add to, or take away any provisions hereof, but shall be limited to interpretation and application of this Agreement. The Arbitrator shall render the decision within thirty (30) calendar days of the arbitration hearing.

3.   Any arbitrator appointed under the terms of this Grievance Procedure is prohibited from making any award of monetary damages under any Federal, State, or Local Law, Statute, or Regulation. However, the arbitrator is empowered to render a monetary award, which may include lost benefits under the contract, as the arbitrator deems appropriate.

4.   The award of the arbitrator shall be final and binding on the Company, the Union, and the employee(s) involved.

5.   The expenses incident to the services, filing fees, transportation, lodging, etc., (if any) of an arbitrator shall be paid jointly by the Company and the Union. Should either party request a court reporter and/or that the proceeding be held at a hotel, the party making the request will be responsible for all costs associated with the request.

6.   When an employee is called to testify at a grievance or arbitration hearing, said employee is required to testify at said hearing and is required to provide honest, truthful, and complete answers to all questions asked of the employee. The failure of the employee to comply with this provision may result in discipline.

**Section 2.**       Arbitration may be moved to Mediation with mutual agreement by the Employer and Union. Such Mediation will be final and binding and replace arbitration as the last step of the Grievance Procedure.

**Section 3.**       The failure to appeal or answer a grievance within the time limits specified shall settle the grievance on the basis of a Company's or Union's last answer or position, except by mutual agreement.

**Section 4.**       **Job Stewards**

1.   The Company recognizes the right of the Union to designate the following job stewards and alternates: Local 261-two (2) stewards and one (1) alternate steward; Local 926-one (1) chief steward and one (1) steward/region.  The total number of stewards will not exceed twenty-one (21).  The Union shall certify to the Company, in writing, the names of the steward and alternates assigned to each Company facility. Union officers shall also be designated in writing to the Company.  Any changes in Union representation shall be recognized by the Company only

9

**Exhibit A**

after the changes are certified to the Company in writing by the Union.

        2.  Job stewards and alternates shall be afforded such time off, with pay, as may be required to investigate and process grievances in conformity with the Grievance Procedure set forth herein. The Job Stewards must specifically identify the grievance to management and the time needed to investigate and/or process the grievance. Any paid time must be mutually agreed upon by the parties. Union Stewards will be given time off, without pay, to attend meetings called by Local Union 926, 261, or 326 when the meeting involves a Passavant-related issue and provided the Steward has given the Company at least forty-eight (48) hours advance notice. In such event, the Steward will not be required to use PTO, vacation, or personal days. This provision is subject, however, to the superior needs of the Company to provide coverage for the consumers, and, in the event of any emergency, such authority may be cancelled due to the need to provide coverage as set forth herein by the Company.

        3.  Authorized representatives of the Union shall be granted reasonable access to Company property, during normal hours of operation, for reasonable periods of time, to investigate grievances and to determine if the Contract is being adhered to. It is understood and agreed that the Union will provide as much notice as reasonably possible and will respect the need to cause as little interference to the clients' home life as possible. Notice will be provided to Passavant's Human Resource Manager's office by phone prior to arriving at the place of business, and the Union will advise Management of the case(s) being investigated.

## ARTICLE IX
## Employee Discipline

**Section 1.**    The Company shall neither suspend nor discharge an employee except for just cause. In any case involving the suspension or discharge of an employee, the Company shall immediately notify the employee and steward in writing of his suspension and/or discharge and the reason therefor. A copy of such notice shall be mailed to the Union office at the time of the suspension or discharge. In the event of a reprimand (discipline less than a suspension of any type), the warning letter shall remain in effect for a period of nine (9) months from the date of the letter and shall thereafter not be used for future discipline unless:

      a.    The warning is the second or greater warning for the same offense, notwithstanding the elimination of the first letter, or

      b.    The employee receives a second warning letter or commits another offense within the nine (9) month period set forth above.

Employees are required to acknowledge receipt of disciplinary letters, but such signature shall only be deemed an acknowledgment of receipt of the notice and not an admission of guilt.

10

Exhibit A

Company Suspensions. The parties have agreed that when the Company determines to suspend an employee, under the terms of the right of the Company to discipline said employee, such employee shall continue to work pending the outcome of the discipline hearing. This provision shall not apply to cases of abuse, or serious moral turpitude, including but not limited to physical assaults on fellow employees or guests or others, possession of drugs or alcohol, theft, significant sexual harassment issues, or other similar serious offenses which could lead to termination. The determination of the right to suspend without further work is vested in the Company subject to the provisions set forth herein. In the event an employee is removed from a position due to a discipline issue or a consumer requesting the said employee be removed and a grievance has been filed timely, that employee's position will not be posted for a permanent bid until the matter has been resolved through the Grievance Procedure. The Company can post a temporary bid for the position, which must state that it is temporary. Employees that are removed from a position for just cause must take an open position and cannot bump by seniority. Employees that are bumped may bid on any open shift that comes available.

**Section 2.**       The right to discipline and/or discharge shall not include the right to impose as a discipline financial responsibility for an accident caused by an employee's negligence, unless the conduct was intentional or criminal.

It shall not be a violation of this Agreement, and it shall not be cause for discharge or disciplinary action in the event an employee refuses to enter upon any property involved in a primary labor dispute, or refuses to go through or work behind any primary picket line, including the primary picket line of Unions party to this Agreement, and including primary picket lines at the Employer's places of business, except through a "Union Gate". Employees must report to work to care for the clients, and if a picket line is established, employees must proceed to work through a "Union Gate" which will be established. The Employer and the employees are always required to safeguard the client's best interest, such as crossing a picket line to deliver the client to a hospital or health care provider, except as otherwise provided by this Agreement.

Once the Employer has received notice from a bargaining unit employee that a primary labor dispute exists at a care giver or other facility, it will not dispatch another bargaining unit employee to that location. Once said notice has been given, no bargaining unit employee may be required to cross the picket line.

**Section 3.**       **Probationary Employees**

It shall be a condition of employment that all employees covered by this Agreement and hired on or after its effective date shall be considered as probationary employees for a period of One Hundred Twenty (120) calendar days, during which time they shall have no seniority, but shall enjoy and be bound by all the provisions of this Agreement, except Section 1 of this Article. The probationary period may be extended beyond the first One Hundred Twenty (120) calendar days for

11

up to Thirty (30) additional days with mutual agreement of the Union and the Company. During the probationary period, an employee may be terminated by the Company for any reason or no reason without recourse to the grievance/arbitration procedure. If such employees are retained beyond the probationary period, following the beginning of such employment, they shall immediately thereafter, be reclassified as regular employees and as a condition of employment become members of the Union and remain members in good standing as provided by the provisions of this Agreement, and their seniority shall commence as of the date of their employment.

In defining the One Hundred Twenty (120) calendar days referred to in the Probationary Employees language and Seniority language, the following shall apply:

1. Employees who have completed the required One Hundred Twenty (120) calendar days eligibility period, shall enjoy all benefits provided by the completion of the agreed-to period and shall meet all obligations which it imposes immediately thereafter;

2. "PRN" employees are "casual" employees and/or "substitute" and as such are used as substitutes for absent employees and are covered by this Agreement.

3. The Employer shall check quarterly to see that PRN employees work at least sixteen (16) hours per month to reach their obligations per company policy. House Coordinators/ Site Supervisors/Regional Program Directors will be required to call the PRN employees when extra hours are available.

**ARTICLE X**
**Paid Time Off ("PTO")**

Explanation of Passavant's PTO Procedures:

Passavant's structure for holiday, vacation, personal days, and sick time is packaged under the all-inclusive category of PTO for all employees. For the purposes of this Article, Residential Staff include employees who work a rotating schedule in coordination with a 7-day-a-week, 24-hour-a-day operation, and Day Staff includes employees who work in a program that operates 5-days-a-week (Monday-Friday), 8-hours-a-day.

**Section 1.**        **Designated PTO**

**The Company agrees to pay its regular full-time employees covered by this Agreement, who meet the eligibility requirements set forth in this Article, PTO equal to the number of daily hours worked at the employee's regular hourly base wage rate.**

**Section 2.**        **Eligibility**

12

1.   To be eligible for PTO, an employee must have successfully completed the defined probationary period.

2.   PTO shall be based on the categories of full-time and part-time employees.

3.   Employees shall earn PTO in one comprehensive package, with no distinction between holiday, vacation, personal days, or sick time.

**Section 3.**        <u>**Allocation of PTO**</u>

| Number of Years of Employment | Residential Staff | | | Day Staff | | |
|---|---|---|---|---|---|---|
| | PTO Hours Per <u>Year</u> | Seniority Hours Per <u>Year</u> | Total Hours Per <u>Year</u> | PTO Hours Per <u>Year</u> | Seniority Hours Per <u>Year</u> | Total Hours Per <u>Year</u> |
| Year 1 | 48 | 0 | 48 | 56 | 0 | 56 |
| Year 2 | 96 | 0 | 96 | 80 | 0 | 80 |
| Year 3 | 144 | 0 | 144 | 120 | 0 | 120 |
| Year 4 | 144 | 16 | 160 | 120 | 16 | 136 |
| Year 5 | 144 | 16 | 160 | 120 | 16 | 136 |
| Year 6 | 144 | 34 | 178 | 120 | 34 | 154 |
| Year 7 | 144 | 34 | 178 | 120 | 34 | 154 |
| Year 8 | 144 | 34 | 178 | 120 | 34 | 154 |
| Year 9 | 144 | 34 | 178 | 120 | 34 | 154 |
| Year 10 | 144 | 34 | 178 | 120 | 34 | 154 |
| Year 11+ | 144 | 60 | 204 | 120 | 60 | 180 |

1.   Residential Staff and Day Staff shall also receive one Birthday PTO day and one Emergency PTO day per year.

2.   Day Staff shall also receive eight paid holidays per year.

3.   Employees shall not be eligible to use their PTO until they have completed their probationary period.

4.   Year 1 accrual of PTO in the chart above shall begin on the first day of employment. Year 2 PTO accrual shall begin on the first day of the calendar year after an employee's date of hire if hired between January 1 and November 30. Year 2 PTO accrual begins on the first day of the second calendar year after an employee's

13

**Exhibit A**

date of hire, if hired between December 1 and December 31. (Example: Hired on January 1, 2018 - November 30, 2018, Year 2 accrual begins January 1, 2019. Hired on December 1, 2018-December 31, 2018, Year 2 accrual begins January 1, 2020.)

5.   Residential Staff PTO accrues monthly and is awarded on the 16th day of each month. Day Staff are awarded PTO on January 1 of each year. If Staff transfer between Residential and Day programs through the year, prorated allocations of PTO shall be made to align the PTO to the staff's new position. Should the proration create a negative PTO balance, the negative balance is carried forward. Any negative PTO balance shall be deducted from an employee's final paycheck if the employee separates from employment.

6.   Seasonal/PRN employees are not eligible for PTO. However, Seasonal/PRN employees are paid overtime for hours worked in excess of 40 within any given week. Failure of a PRN staff to work out a 2-week notice will result in the termination of employment.

7.   Part-time employees must be hired to work at least 14 hours per week to be eligible for PTO. Eligible Part-time employees earn PTO per year, equal to the average number of hours scheduled per week. Eligible Part-time employees begin accruing PTO at the start of their employment but may not use PTO until they have completed their probationary period. Part-time employees are not eligible to earn seniority hours.

**Section 4.**      <u>**Seniority Hours**</u>

Seniority hours shall be awarded on July 1 if the employee is hired between January 1 and June 30. Seniority hours are awarded on January 1, if the employee is hired between July 1 and December 31.

**Section 5.**      <u>**PTO Requests**</u>

PTO must be requested at least two weeks in advance. PTO for a holiday cannot be requested sooner than 30 days preceding the holiday. Multiple requests for the same day received by the Employer will be approved based on the date of request and seniority. No PTO may be taken once a two week notice is submitted.

No PTO shall be taken once an employee gives their two-week notice to go PRN. If an employee takes PTO after giving their two-week notice to go PRN, the employer shall have just cause to discharge the employee.

**Section 6.**      <u>**Birthday PTO**</u>

14

**Exhibit A**

An employee's birthday shall be considered as a holiday. All regular full-time employees are eligible to receive Birthday PTO.

a.    The Birthday PTO will account for 1 shift (up to 8 hours). Should your birthday fall on a day when you are scheduled more than 8 hours and you wish to take this day as your Birthday PTO day, you will be required to take the remainder of time as PTO.

b.    The Birthday PTO can be taken on your actual birthday or any day during the pay period in which the birthday falls. The Birthday PTO is not eligible for carry-over.

c.    You must submit a PTO slip to your House Coordinator/Site Supervisor following the current PTO guidelines so that he/she is able to adequately cover the shift during your absence.

**Section 7.**      **Company Holidays**

Residential Staff do not receive paid holidays off. However, Residential Staff that work on the following days will be compensated at 1.5 times their regular rate: New Year's Day, Martin Luther King, Jr. Day, Easter Sunday, Memorial Day, Independence Day, Labor Day, Thanksgiving, and Christmas.

Day Staff have the following holidays off with pay: New Year's Day, Martin Luther King, Jr. Day, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving, and Christmas. If the holiday falls on a Saturday, the previous Friday will be considered the holiday. If the holiday falls on a Sunday, the following Monday will be considered the holiday.

Day Staff that work on a recognized holiday within a residential program will additionally be paid at the OT rate for the time they work on the holiday.

Any employee reporting off the day before, day after, or on the holiday will be issued a 24-hour unpaid suspension.

**Section 8.**      **Paid Report Off**

Employees who report off, due to illness, within 24 hours of their scheduled shift may request this day as a PRO (Paid Report Off); however, this will be recorded on the attendance record as a call off.

**Section 9.**      **Allocation of PTO for Part-Time Employees in All Programs**

Part-time employees shall earn paid time equal to the

15

number of scheduled hours in one (1) week.

**Section 10.**     Employees who are terminated for just cause for disciplinary reasons forfeit their right to receive any paid leave time as a result thereof.

**Section 11.**     PTO time will not be required to be used for sleep time within a block schedule when PTO time is otherwise used to take time off during scheduled working hours during the block schedule. Further, the employee who uses PTO time for the entire day will not be required to return that evening to cover the "sleep time".

**Section 12.**     **Emergency Day**

Eligible employees shall be granted the use of one (1) Emergency Day per employee, per each year of this Collective Bargaining Agreement.          Said Emergency Day is not permitted to be carried over; it must be used in the respective calendar year.

**ARTICLE XI**
**Company Holidays**

**Section 1.**          **Designated Holidays**

The Company agrees to recognize the following holidays for the term of this Agreement:

> New Year's Day
> Martin Luther King, Jr. Day
> Good Friday (Day Staff)
> Easter Sunday (Residential Staff)
> Memorial Day
> Independence Day
> Labor Day
> Thanksgiving
> Christmas

**Section 2.**          **Eligibility**

Only full-time Day Staff employees, who have successfully completed the probationary period, shall be eligible for holiday paid time off.

**Section 3.**          **Holiday Pay--Not Worked**

1.  A Day Staff eligible employee shall be paid holiday time at his/her regular pay rate, for the number of regularly-scheduled hours.

2.  Day Staff eligible employees who are on vacation during a Company-recognized holiday shall be paid for the unworked holiday in addition to the vacation pay.

16

**Section 4.**       <u>**Holiday Pay — Worked**</u>

      1.  All employees who work on a holiday shall be paid 1-1/2 times their straight-time hourly rate for all hours worked on the holiday.

**ARTICLE XII**
**Miscellaneous Leave**

**Section 1.**       <u>**Jury Duty Leave**</u>

      Any employee who is called to and reports for jury duty as required by State or Federal law shall be granted time off from his/her regular schedule for a term of any jury service required by law.  The Company agrees to reimburse any such employee up to ten (10) days' pay each year for any days of work lost due to legally-mandated jury service.  Upon the completion of jury service, the employee shall submit a copy of payment received and the Company shall reimburse the employee the difference between this payment and the amount that would have been earned through all regularly-scheduled hours during the time of jury service. The reimbursement shall be paid at the employee's regular rate of pay.

**Section 2.**       <u>**Bereavement Leave**</u>

      The Company agrees to pay Bereavement Leave to eligible employees.  To qualify for Bereavement Leave, an employee must be full-time and have successfully completed the probationary period.

      Full-time employees shall be eligible for Bereavement Leave as follows:

      a.    THREE (3) CONSECUTIVE DAYS PAID LEAVE will be paid the number of hours scheduled on the three (3) days: Immediate family (spouse, parent or guardian, current step-parent, children, current step-children, brother or sister, brother-in-law, sister-in-law, parent-in-law, grandchildren, grandparent, and grandparent-in-law).

      b.    ONE (1) DAY PAID LEAVE (Eight (8) Hours Paid Time Off): Extended family (aunt, uncle, aunt-in-law, uncle-in-law).

      c.    Verification of death (i.e., obituaries, notification from funeral home) of the family member must be presented to the Human Resources Department within pay period of said leave. Attendance at funerals other than the designated family members should be requested under the PTO Policy. The Employer will not unreasonably withhold the requested time off.

      Notwithstanding the above:

17

**Exhibit A**

a.    Employees normally scheduled to work more than eight (8) hours in a day (other than on a block shift), may use eight (8) hours Bereavement Paid Time Off time and shall be paid for the additional regularly scheduled hours on a bereavement day (Example: An employee regularly scheduled for a 10-hour day uses 8 hours Paid Time Off time and is absent for, and paid for 10 hours' time.)

b.    On "block shifts", employees using Bereavement Paid Time Off for Bereavement Leave will not be required to return to work  during the entire "block" and shall not suffer loss of regular pay.

**Section 3.        <u>Military Service</u>**

The Company agrees to comply in full with all of the applicable provisions of any Federal or State law, with respect to military leaves of absence.

**Section 4.        <u>F.M.L.A. Provisions</u>**

1.    The Company and the Union shall comply with the provisions of the Family and Medical Leave Act of 1993 (FMLA) and the corresponding Regulations adopted pursuant thereto, including the eligibility provisions of the Act, which shall prevail.

2.    Employees do not receive salary during such leave, but are entitled to such "employment benefits" as defined therein.

3.    For its part, the Union agrees that it and its members will comply with all of the requirements of said Act, including but not limited to the completion of application forms, doctor certifications, and similar requirements contained in the Regulations promulgated pursuant to the Act as a prerequisite to entitlement of benefits under the Act.

4.    Notice to employees of their entitlement to take proper FMLA leave is provided by the inclusion of these provisions in this Collective Bargaining Agreement by the parties.

5.    Notice of the Company's designation of FMLA leave or of the employee's intent to take FMLA leave shall be governed by the Act.

6.    The calculation of the "leave year" under the FMLA shall be a "rolling year".

7.    Employees do not receive salary during such leave, but are entitled to such short-term benefits to which they may be eligible as defined in the "Short-Term Disability" Policy of the Company.

8.    Employees will not be required to use PTO days

18

simultaneous with F.M.L.A. leave.

**Section 5.**        **Short-Term Disability Benefits**

The Company agrees to pay eligible employees short-term disability pay of fifty dollars ($50.00) per day or two hundred fifty dollars ($250.00) per week for a maximum of twelve (12) weeks when the employee is unable to work due to a serious medical/health condition and/or birth or adoption of a child.

1.  Eligibility requirements for receiving short-term disability are as follows:

a.   Full-time employees who have completed one (1) year of employment.

b.   Full-time employees who are unable to work due to a serious medical/health condition or the birth or adoption of a child.

2.  An application as required under F.M.L.A. Leave must be submitted and approved before payment will be initiated.

3.  Verification of ability to return to work must be provided prior to any reinstatement. Verification must state, "No Restrictions" and "Full Duty".

### ARTICLE XIII
### Non-Duplication of Benefits

No PTO benefits provided for in this Agreement shall be duplicated or pyramided. PTO benefits provided for in this Agreement shall not be duplicated or pyramided for legally mandated benefits for the same time off unless specifically so provided in this Agreement.

### ARTICLE XIV
### Overtime

**Section 1.**        **Overtime**

Overtime shall be paid at time and one-half over forty (40) hours worked in a work week.

**Section 2.**        In computing overtime pay or premium pay, there shall be no pyramiding, double counting, or duplication of any time.

**Section 3.**        All overtime work must be authorized and approved by someone designated or acting in a managerial capacity.

**Section 4.**        All overtime work shall be offered by seniority within the classification and location requiring such overtime, except for hours covered by a Floater.

**Section 5.**        The Company will first offer overtime to employees who

19

Exhibit A

are at work by classification, by location.  The employees will be given at least one (1) hour notice of overtime unless overtime is required because an employee has failed to notify the Company in a timely manner, or in case of circumstances beyond the control of the Company. If there are no employees at work in a particular classification, then the overtime shall be offered to employees not at work by seniority, per location. Should an insufficient number of employees accept the overtime offering, and then the Company may assign substitutes or casual employees, if available. Employees who are not scheduled to work that day may not be forced to work. Any call off that is more than four (4) hours is considered planned time off, and these hours are to be offered to staff assigned to the house according to seniority. If the call off is four (4) hours or less, the hours are to be awarded to the staff on duty first, by seniority; if staff on duty do not want the hours, the remaining staff assigned to the house are to be called in seniority order and offered these hours.

**Section 6.**   Replacement hours necessitated by pre-planned time off will be posted for bid by those locations employees, except for hours covered by a Floater. If no one bids, the Employer may assign staff as needed.

**ARTICLE XV**
**Hours of Work; Part-Time Status**

Part-time employees will not be scheduled for more than thirty-one (31) hours per week. Additional hours of work, when available, may be worked by the part-time employee, however, such additional hours will not change the part-time employee's status to full time.

**ARTICLE XVI**
**"Floater" Position**

The "Floater" position is described in the job description created by the Company and reviewed by the Union.  The description is subject to change in accordance with the policies of the Company. The parties agree that the Company may utilize up to three (3) floaters per Region on a consistent schedule basis with one floater per shift, and can hire up to eighteen (18) total floaters. Floaters may be used in open shifts until the shift is filled for up to three (3) weeks. No employee shall be pulled from their bid shift if a floater is available to be used.  The parties have agreed that this position will be used to cover for employees that are off work due to miscellaneous leaves as per Article XII of this Agreement, employees on workers' compensation, or to cover for employees that are on PTO or call off (after staff in the house where the PTO or call off occurred are offered and have rejected the work).  "Floaters" may also be used in open positions after staff in the house, where the position is open, have been offered and reject the work. The assignment of the "Floaters" in open positions shall be done on a weekly basis at the sole discretion of the Company. Floaters can be utilized as block staff or shifts. If

20

there are more than three (3) floaters needed in a region at a time, the Company shall notify the Union in writing. The parties agree that the "Floater" job will be full-time and receive all benefits as per this Agreement. The parties have agreed that for the duration of this Agreement, there will be no more than eighteen (18) "Floater" positions and the "Floater" will only be used as described in this section. The number of floaters may be increased if the Union and Company mutually agree.

## ARTICLE XVII
## Safety and Bulletin Boards

**Section 1.**       **Safety**

Employees shall obey safety rules, exercise caution in work procedures, and immediately report any work-related accidents and/or unsafe conditions to their immediate supervisor. The Company shall have the right to make and post reasonable safety rules and penalties. The Company and Union agree to have a Safety Committee made up of three (3) company representatives and three (3) Union representatives, each party will appoint their representatives. The Committee will meet quarterly and make recommendations to management on ways to improve safety in the work place. When the committee can't agree on procedures for improving work safety the matter will be referred to Senior Management and the Union Business Representatives for review. Senior Management and Union Business Representatives will come to an agreement to resolve the issue.

**Section 2.**       **Bulletin Boards**

The Company shall provide reasonable bulletin board space for the posting of official Union notices consistent with the terms and conditions of this Agreement at each facility.

**Section 3.**       **Reasonable Suspicion Drug & Alcohol Testing**

The Company shall continue its Drug and Alcohol Testing Program policy, as initialed by the parties hereto.

## ARTICLE XVIII
## Seniority/Bidding/Recall

**Section 1.**       The Employer agrees to provide the Union, at the time of execution of this Agreement, a list containing the names and addresses of all employees covered by this Agreement with their length of continuous service with the Employer in seniority order. Such list shall be kept up-to-date by the Employer and the Employer shall provide the Union with an up-to-date copy every six (6) months during the term of this Agreement. The Employer shall also notify the Union of each employee hired, laid off, recalled, or whose employment is terminated. Such seniority list shall also be posted in a conspicuous place at each place of employment where employees covered by this Agreement may inspect same.

**Section 2.**       Seniority shall be defined as the length of continuous

21

employment with the Company, beginning with the date and hour on which the employee began work after last being hired. There shall be no deduction for any time lost which does not constitute a break in continuous service.

**Section 3.**      Continuous service shall be broken by:

1.  A layoff which last thirty-six (36) months or more.

2.  A termination for just cause.

3.  A quit. Absence from work for three (3) consecutive workdays without notice to the Company shall constitute a quit. Absent circumstances beyond an employee's control, failure to report to work within five (5) calendar days of notice of recall from lay off shall constitute a quit. Notice shall be actual notice in person or by telephone or notice by sending a letter by Certified Mail to the employee's last-known address.

4.  Failure to report to work within ten (10) workdays of recovery from any accident or disability of any kind.

5.  Acceptance of any job with a schedule which conflicts with the employee's work schedule.

6.  Absence due to an accident or disability for more than five (5) years provided that an accident due to a disability shall not break continuous service if the employee reports to work within ten (10) workdays after final payment of compensation or such disability after the end of the period used in calculating a lump-sum payment.

7.  Accepting a non-unit job for more than sixty (60) calendar days. Employees who are in this trial period may not be involved in any type of disciplinary matter. A request to extend this period by thirty (30) calendar days may be made by the Company. Such request requires the mutual agreement of the parties.

**Section 4.**      Any dispute over the seniority of an employee shall be handled through the grievance procedure. In order to challenge the seniority determined for an employee, a grievance setting forth the reasons for such challenge must be filed within ten (10) workdays of the day on which the seniority list is posted by the Company. Any seniority list not challenged by a grievance within ten (10) working days shall be binding on both parties and the employees unless changed by mutual agreement of the parties.

**Section 5.**      <u>Seniority Lists</u>

The Company shall post on the bulletin boards an up-to-date seniority list no later than ten (10) days following the end of each six (6) month period.  A copy of the seniority list shall be given to the Union.

**Section 6.** 1. The Employer recognizes the principle of seniority governing layoffs and recalls when all other relevant factors are equal

and for resolving conflicts in vacation or Paid Time Off scheduling.

Seniority and qualifications shall apply all times subject to the terms of this Agreement.

2. Seniority shall not apply when skills, qualifications, or abilities specific to a particular position are required by the Employer, only as follows (and see Section 7):

The Employer reserves the right to assign, hire, or transfer Job Coaches, House Coordinators, or Personal Support Employees regardless of seniority.

**Section 7.**    **Job Coach, Personal Support, House Coordinators, Life Skills Support, and Program Instructor/Specialists, Teacher-Counselor, and Specialized Residential Counselor:**

1. Employees bidding on these jobs will be subject to review by the Employer. All employees that bid on any of these jobs shall be interviewed. The Employer shall send a written response regarding the result of the interview to both the employee and the Union. The Employer reserves the right to make decisions based on the Employer and consumers' best interests, but no such decisions shall otherwise be arbitrary or capricious.

When an employee successfully bids and is working at a location for any of these jobs, said employee shall have the right to bid into a different shift for the same position within the same location. Employees shall not have the right to bid into a Personal Support position. Should the employee be the bidder with the most seniority, the bid shall be awarded to said employee without an interview except in Personal Support positions.

2. House Coordinators will not report to the Company on any of the following: attendance issues, job performance, nor may they be required to testify against a bargaining unit member, except on issues that are governed by State or Federal laws or regulations. House Coordinators will be chosen from current bargaining unit members. The opening will be posted for bid; the job will be awarded by qualifications and seniority. The Employer reserves the right to make the decisions based on the consumers' best interest, but no such decisions shall otherwise be arbitrary or capricious. The Union reserves the right to file a grievance with regards to the awarding of the bid if it believes the Company did so arbitrarily or capriciously.

**Section 8.**    **Bidding Process**

1. All bargaining unit jobs that become vacant, or newly-created jobs within the bargaining unit, including new locations as defined in the Recognition Clause of this Agreement, shall be posted at all locations for at least seven (7) working days before filling. Except as otherwise provided herein, the senior-qualified employee

23

bidding on the job will be awarded the job, subject to this Agreement. Once awarded the job, the employee shall have thirty (30) working days to demonstrate his/her ability and qualifications. Any employee who is disqualified during this period shall be returned to their former job (not necessarily at their former location) without penalty. In such event, the Employer shall then cause the open job to be re-bid. A disqualified employee may not re-bid the same job unless he/she demonstrates that he/she has received additional training or experience sufficient to render him/her qualified to re-bid the position, in the opinion of the Employer.

2.    In the event of a closure or lay-off of any type, the affected employees shall be permitted to bump into positions occupied by less-senior employees, where such bumping employees are qualified. In such event, the disqualified employee under 1. above has no such right of return to his/her former job when such job is eliminated or the subject of a layoff.

3.    In the event of a recall, the employees will be recalled in inverse order of layoff (seniority shall prevail) subject to qualifications for the positions being filled. Employees will be recalled to their last-previously held position, if it is available.

4.    In the event that an employee is "bumped" and their original position from which they were bumped becomes open within thirty (30) days of the original bump, the employee may return to the original position from which they were originally bumped.

5.    House Coordinators and Lead Instructors will be paid twenty-five dollars ($25.00) per month for cell phone reimbursement.

6.    A rotating on-call schedule will be put in place for House Coordinators on weekends and each House Coordinator will take a turn every three (3) weeks.

7.    The Company will make every effort to place displaced (through no fault of their own) teacher-counselor and specialized residential employees into another teacher-counselor or specialized residential position.

## ARTICLE XIX
### Part-Time Employees / Seasonal Employees

Section 1.        Part-Time Employees

1.    Part-time employees shall mean a regular part-time employee who holds a position for which the Union is the recognized exclusive bargaining agent as set forth in Article II and who is regularly scheduled to work thirty-one (31) hours or less in a work week.

2.    Part-time employees shall be given consideration for full-time employment. Part-time employees becoming full-time employees

24

shall retain company seniority for the purpose of wage rates and fringe benefits.

     3.    It is agreed that the date of hire shall control the seniority rank for all employees whether full-time, part-time, or PRN.

**Section 2.**        **Seasonal Employees**

     1. The Company may employ seasonal employees during the period from May 1 through September 30 of each calendar year. Such employees will work under the terms of this Agreement and may not deprive any regular employees of any work. Seasonal employees may not be employed until all part-time employees have been offered and/or accepted full-time employment. Seasonal employment shall not include training periods. However, it is specifically understood that training shall not include the performance of bargaining unit work.

     2. Probationary employees shall continue to work ahead of seasonal employees and shall be given credit for each day worked during the seasonal period toward attainment of full-time employment.

     3. Seasonal employees shall not receive any other fringe benefits.

     4. Seasonal employees shall not be covered by the Union Security provisions of this Agreement during the seasonal period.

     5. Unless otherwise mutually agreed, seasonal employees who continue to work or are recalled after September 30th shall be considered regular seniority employees and will be placed on the seniority list as of their first day of employment. They will then be retroactively covered by the Union Security provisions. The Company will identify all seasonal employees and will provide this information to the Union on a monthly basis during the seasonal period.

     6. Part-time employees, who accept a full-time position due to seasonal variances, shall be eligible for full-time benefits during their change in status, except they shall not be eligible for health care benefits if their change in status lasts less than ninety (90) working days.

     7. Seasonal employees may be employed during federally-recognized holiday periods.

25

**Exhibit A**

## ARTICLE XX
## Insurance Benefits / 401(K) Plan

**Section 1.** All full time bargaining unit employees that have completed six (6) months of service shall be eligible to participate in the Employer's 401(K) plan for the term of this Agreement.

The Company will make the following contributions for regular full-time employees who qualify for participation under the terms described in the Plan Documents (describing eligible employees) as follows:

a.   July 1, 2018:   $100.00   per eligible full-time employee
b.   July 1, 2019:   $100.00   per eligible full-time employee
c.   July 1, 2020:   $100.00   per eligible full-time Employee
d.   July 1, 2021:   $100.00   per eligible full-time employee

The Employer will continue its own life insurance and short-term disability plans. Upon termination of employment, all employees shall be eligible to purchase the Life Insurance policy at his or her own expense. The Employer shall send a letter of notification to each eligible employee regarding the employee's ability to continue the life insurance policy.

**Section 2.**   All existing health insurance plans and employee contributions will remain in place until July 31, 2018. This contract further provides for four independent years of health insurance and prescription benefit coverage, including Benefit Years 2019, 2020, 2021, and 2022. Open enrollment will be offered to eligible employees in July, prior to the commencement of each Benefit Year. Eligible employees consist of full-time employees that have been employed for a consecutive ninety (90) calendar days. Eligible employees may enroll in the Employer's health insurance plan as outlined in the Summary of Benefits below. The described benefit design will remain in place for all four Benefit Years:

Benefit Year 2019: August 1, 2018 - July 31, 2019
Benefit Year 2020: August 1, 2019 - July 31, 2020
Benefit Year 2021: August 1, 2020 - July 31, 2021
Benefit Year 2022: August 1, 2021 - July 31, 2022

26

Exhibit A

HEALTH INSURANCE

Plan Option 1:

SUMMARY OF BENEFITS

| | |
|---|---|
| Annual Deductible (Individual/Family) | $300/$600 |
| Co-Insurance (In-Network/Out-of-Network) | 90%/70% |
| Out-of-pocket Maximum (Individual/Family) | $1,500/$3,000 |
| PCP visit Co-pay | $20 |
| Specialist visit Co-pay | $40 |
| Urgent care visit Co-pay | $40 |
| Emergency Room Co-pay | $150 |
| Generic Rx Co-Pay (Retail) | $10 |
| Brand Rx Co-Pay (Retail) | $25 |
| Specialty (Generic) Rx Co-pay | 20% up to $40 |
| Specialty (Brand) Rx Co-pay | 20% up to $60 |

The Employee's health insurance contributions for the plan are set forth below:

Employee per Pay
Contributions*
24 pays/per year

| Beneficiary Complement | Seniority/Time of Service | | | |
|---|---|---|---|---|
| | 90 Calendar Days –3 Years | Over 3 Years – 5 Years | Over 5 Years – 7 Years | Over 7 Years |
| Individual | $100.00 Per Pay | $90.00 Per Pay | $80.00 Per Pay | $70.00 Per Pay |
| Parent/Child(ren) | $354.83 Per Pay | $315.40 Per Pay | $275.97 Per Pay | $157.70 Per Pay |
| Employee/Spouse | $393.79 Per Pay | $350.04 Per Pay | $306.28 Per Pay | $175.02 Per Pay |
| Family | $447.94 Per Pay | $398.18 Per Pay | $348.40 Per Pay | $199.09 Per Pay |

*Note: Health plan changes will take effect upon a 60-day notice to employees.

The parties have specifically agreed that when the Consolidated Omnibus Budget Reconciliation Act ("COBRA") annual renewal rates are provided for the health insurance plan, that any change in the annual COBRA rates for Benefit Years 2020, 2021, and 2022 shall be the obligation of the parties as follows (please note that any increase/decrease in COBRA renewal rates will be applied in each of the Benefit Years):

27

**Exhibit A**

| COBRA Rate Increase/Decrease | Company/Employee Share |
|---|---|
| 1% | 50%/50% |
| 2% | 50%/50% |
| 3% | 50%/50% |
| 4% | 50%/50% |
| 5% | 50%/50% |
| 6% | 100%/0% |
| 7% | 100%/0% |
| 8% | 100%/0% |
| 9% | 100%/0% |
| >9% | 50%/50% |

For the purposes of evaluating annual increases/decreases in employee contributions, updated COBRA rates have historically been provided by the Third Party Administrator of the Plan within 30 days of the end of the prior Benefit Year and will be implemented as follows:

- COBRA rates for Benefit Year 2020 (estimated to be received in August 2019), will be compared to the COBRA rates for Benefit Year 2019 (estimated to be received in August 2018). Upon receiving the updated COBRA rates for Benefit Year 2020 and determining any change, the revised employee contributions will be effective the following pay period.

- COBRA rates for Benefit Year 2021 (estimated to be received in August 2020), will be compared to the COBRA rates for Benefit Year 2020 (estimated to be received in August 2019). Upon receiving the updated COBRA rates for Benefit Year 2021 and determining any change, the revised employee contributions will be effective the following pay period.

- COBRA rates for Benefit Year 2022 (estimated to be received in August 2021), will be compared to the COBRA rates for Benefit Year 2021 (estimated to be received in August 2020). Upon receiving the updated COBRA rates for Benefit Year 2021 and determining any change, the revised employee contributions will be effective the following pay period.

28

Plan Option 2:

## SUMMARY OF BENEFITS

| | |
|---|---|
| Annual Deductible (Individual/Family) | $4,000/$8,000 |
| Co-Insurance (In-Network/Out-of-Network) | 70%/70% |
| Out-of-pocket Maximum (Individual/Family) | $8,000/$16,000 |
| PCP visit Co-pay | $20 |
| Specialist visit Co-pay | $40 |
| Urgent care visit Co-pay | $40 |
| Emergency Room Co-pay | $150 |
| Generic Rx Co-Pay (Retail) | $10 |
| Brand Rx Co-Pay (Retail) | $25 |
| Specialty (Generic) Rx Co-pay | 20% up to $100 |
| Specialty (Brand) Rx Co-pay | 20% up to $200 |

The Employee's health insurance contributions for the plan are set forth below:

Employee per Pay
Contributions*
24 pays/per year

| Beneficiary Complement | Seniority/Time of Service | | | |
|---|---|---|---|---|
| | 90 Calendar Days –3 Years | Over 3 Years – 5 Years | Over 5 Years – 7 Years | Over 7 Years |
| Individual | $71.07 Per Pay | $63.96 Per Pay | $56.86 Per Pay | $49.75 Per Pay |
| Parent/Child(ren) | $252.17 Per Pay | $224.16 Per Pay | $196.13 Per Pay | $112.07 Per Pay |
| Employee/Spouse | $279.86 Per Pay | $248.77 Per Pay | $217.67 Per Pay | $124.39 Per Pay |
| Family | $318.35 Per Pay | $282.98 Per Pay | $247.61 Per Pay | $141.49 Per Pay |

*Note: Health plan changes will take effect upon a 60-day notice to employees.

Beginning in Benefit Year 2020 (August 1, 2019 - July 31, 2020), the Company shall be responsible for 40% of any increase/decrease in the Consolidated Omnibus Budget Reconciliation Act ("COBRA") annual renewal rates, and the Employee shall be responsible for 60% of any increase/decrease.

29

**Exhibit A**

PRESCRIPTION BENEFIT COVERAGE

The prescription benefit coverage for all employees employed by Passavant prior to August 1, 2018 will remain identical (i.e. they will be "grandfathered"). Any eligible employee hired on or after August 1, 2018 that enrolls in the health insurance plan will be enrolled in a plan with updated prescription benefit coverage. The updated prescription benefit coverage will include, but will not be limited to:

1.      Vigilant Rx – Vigilant Rx pertains to the following three types of prescription drugs:

   a.   New Drugs – New drugs to market that are currently undergoing Pharmacy and Therapeutics Committee review would be temporarily excluded. After six months (or sooner), the drug will either be added to the formulary or be added to one of the other exclusion lists ("b" and "c" below).

   b.   "Me Too" Drugs – Higher-cost drugs that are therapeutically similar to other covered drugs would be excluded. This category would include: Combination Medications, "Unique" Strengths or Flavors, Different Delivery Service, "Unique" Dosage forms, and Multiple Medications Packages.

   c.   Non-essential Drugs – Non-FDA approved drugs and drugs deemed out-of-scope for Pharmacy and Therapeutics Committee review would be excluded.

2.      Smart Fill – For certain medications (e.g., certain oncology medications), prescriptions would only be initially covered for a half-month supply as opposed to a full month. Under this scenario, the enrolled employee's co-pay would also be half.

In addition thereto, eligible employees may enroll in the Company's dental plan and vision plan. All existing employee contributions will remain unchanged for Benefit Years 2019, 2020, 2021, and 2022. The current rates for these Plans are as follows:

30

Dental Plan
Employee per Pay Contributions
24 pays/per year

| Beneficiary Complement | Seniority/Time of Service | | | |
|---|---|---|---|---|
| | 90 Calendar Days -3 Years | Over 3 Years - 5 Years | Over 5 Years - 7 Years | Over 7 Years |
| Individual | $2.50 Per Pay | $2.50 Per Pay | $2.50 Per Pay | $2.50 Per Pay |
| Parent/Child(ren) | $15.53 Per Pay | $14.09 Per Pay | $12.64 Per Pay | $8.30 Per Pay |

Vision Plan
Employee per Pay Contributions
24 pays/per year

| Beneficiary Complement | Seniority/Time of Service | | | |
|---|---|---|---|---|
| | 90 Calendar Days -3 Years | Over 3 Years - 5 Years | Over 5 Years - 7 Years | Over 7 Years |
| Individual | $2.82 Per Pay | $2.82 Per Pay | $2.82 Per Pay | $2.82 Per Pay |
| 2 Person | $5.65 Per Pay | $5.65 Per Pay | $5.65 Per Pay | $5.65 Per Pay |
| Family | $8.47 Per Pay | $8.47 Per Pay | $8.47 Per Pay | $8.47 Per Pay |

The Employer may change the Third Party Administrator of the Plan or enter into a fully-insured Plan as long as the Plan benefits are equal to those currently provided and provided the TPA or Plan Provider are recognized health care providers in Western Pennsylvania and have similar "networks" to those currently provided. It is understood that the new benefits, networks, or programs need not be a "mirror image" of the old.

Employees who "opt out" of the coverages provided by this Agreement must produce evidence of other coverage and execute a waiver releasing the parties hereto of any obligations regarding health care and subject to the terms therein set forth.  Such employees shall receive Eighty Dollars ($80.00) per month for each month during which no coverage is provided. Life and short-term disability will be paid by the Employer. In the event of two spouses working for the Employer, they will be covered by one policy (as applicable) and no opt-out shall apply. The previous practice of paying the opt-out in cents-per-hour is hereby eliminated. Employees who opt-

31

Exhibit A

out must notify the Employer within thirty (30) days of any life changing event which could affect the eligibility of said employees' spouse/partner/dependent(s).

In the event that employees "opt out" of the health insurance, but are covered by the dental coverage and/or the vision coverage only, then the employees shall pay the same monthly contributions and percentage co-pays required for employees as set forth in Section 2 above.


## ARTICLE XXI
## Hourly Rates

**Section 1.**      See attached Wage Scale, marked Attachment "A".

a.) Effective January 1, 2018, all base wage rates shall increase Fifty Cents ($.50) per hour;

b.) Effective January 1, 2019, all base wage rates shall increase Twenty Cents ($.20) per hour;

c.) Effective July 1, 2019, all base wage rates shall increase Twenty Cents ($.20) per hour;

d.) Effective January 1, 2020, all base wage rates shall increase Twenty Cents ($.20) per hour;

e.) Effective July 1, 2020, all base wage rates shall increase Twenty Cents ($.20) per hour.

f.) Effective January 1, 2021, all base wage rates shall increase Forty Cents ($.40) per hour.


**Section 2.**      **Grandfathered Rates**

Employees currently earning an hourly wage based on grandfathered Rates 1 and 2 shall continue to receive said wage plus any contractual increases.

**Section 3.**      **Premium for "Block" Shift Work**

The Employer may, in its discretion, schedule employees to work "block shifts". In the event that an employee is scheduled to, and works, a block shift, the rate(s) set forth on Attachment "A" (Rate Schedule) shall apply to all hours worked on the block shift and include a premium of forty-five cents ($0.45) as

32

Exhibit A

negotiated in the 2006-2008 Agreement through December 31, 2018, and a premium of fifty cents ($0.50) effective January 1, 2019, which is already included in the rates as shown on Attachment "A".

## ARTICLE XXII
## Severability

Should any provision of this Agreement be held to be in violation of any law or if compliance with the provisions contained herein should be deemed to be in violation of any law, the remainder of the Agreement shall continue in full force and effect.  With regard to the provision or provisions invalidated, the Union and the Company shall be entitled to the maximum protections provided by law or administrative order outside of the Labor Management Relations Act of 1947, as amended.

## ARTICLE XXIII
## Prior Agreements

The terms and conditions established by this Agreement replace those established by any other prior Agreements, except the existing Company policies (or those permitted to be created hereunder under Article IV, Section 4) which existing policies shall be initialed by the parties hereto, and any other such prior Agreements are hereby declared null and void, except as otherwise expressly provided in this Agreement.

## ARTICLE XXIV
## DRIVE

**Section 1.**        The Company agrees, upon proper authorizations, to deduct a specified amount of money per month from the employees' pay checks and to transmit such voluntary contributions to DRIVE National Headquarters on a monthly basis, in one check, the total amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's social security number, and the amount deducted from that employee's paycheck.          The International Brotherhood of Teamsters shall reimburse the Company annually for the Company's actual cost for the expenses incurred in administrating the payroll deduction plan.

**Section 2.**        The Union shall indemnify and save the Company harmless against any and all claims, demand, suits, or other forms of liability that shall arise out of or by reason of action taken or not taken by the Company for the purpose of complying with any of the provisions of this section, or in reliance on any list, notice, or assignment furnished under any of such provisions.

33

Exhibit A

**Section 3.**          The Union agrees to pay to the Company the full legal fees and any and all costs required by the Company to defend itself, its representatives, and agents of any kind, including managers and supervisors, from any and all lawsuits, claims, or grievances of any kind which may arise as a result of compliance in good faith with the terms of this provision. In addition, the Union agrees to hold the Company, its representatives and agents of any kind, harmless against any adverse judgment or award which may result from said lawsuit, claim, or grievance in connection with this Article.

**ARTICLE XXV**
**Job Descriptions**

          The Company reserves the right to create, and from time to time amend, the job descriptions for the job classifications covered by this Agreement.  Any amendment shall become effective seven (7) days after notice is given to the Union of such amendment.  The Union shall have the right to grieve the reasonableness of such job description.

**ARTICLE XXVI**
**Miscellaneous**

     **Section 1.**          House Coordinators will be required to comply with all State regulations regarding fire drills.  They will not be required to return to the house for a fire drill when off duty, except as may be required by regulation or in the event of an emergency. House Coordinators are not responsible to perform the following duties:
          a) Assign or reassign Residential Assistants to work at another location unless the employee is assigned to the home or buddy home for which the House Coordinator is responsible.
          b) Complete staff "evaluations."

     **Section 2.**          Residential Assistants may complete a consumer assessment to assist with ISP planning; however, the person completing the assessment should sign and date the document.

     **Section 3.**          R.V.E.C./H.V.E.C./V.V.E.C. employees will not be required to perform kitchen work, except as part of training procedures/educational activities related to the consumers.

     **Section 4.**          Employees who are requested by Management to use their personal vehicles after arriving at work shall only do so with authorization from their supervisor and then shall be reimbursed for mileage at the then-current Pennsylvania Department of Human Services (formerly Department of Public Welfare or D.P.W.) approved rate per mile.

34

Exhibit A

**Section 5.**      With regard to Residential Assistants, it is understood and agreed that the Residential Assistants will not be required to do more than routine landscaping or maintenance or other duties not directly related to their primary job responsibilities. (However, duties such as cleaning walks, assisting with dishes, and other normal and usual activities in and around the residences are considered part of the job description and will continue to be performed.)

**Section 6.**      <u>**Snow Houses**</u>

Employees that work at the R.V.E.C./H.V.E.C./V.V.E.C. will pick Snow Houses by seniority.

Employees that bid on Snow Houses will be placed on the bottom of the seniority list for overtime in that House.  Snow House employees must be called for overtime before overtime is offered outside of that House.

For the purpose of the R.V.E.C./H.V.E.C./V.V.E.C. closures staff may:
a) Take Paid Time Off (PTO), with the number of staff approved on any given day subject to the Paid Time Off Approval policy.
b) Work the day at the assigned snow house.

The Company is not agreeable to unpaid time off during such closure.

**Section 7.**    The Employer will notify both Local Unions when an employee changes Bargaining Units.  The notifications must be made within ten (10) days from the change.

**Section 8.**      The Company is required to notify the Chief Steward of all House Coordinators meeting and the Chief Steward has the right to attend or send one (1) of the other Stewards.

**Section 9.**      Employees will be able to switch scheduled shifts within the same work week with co-worker with approval of management, which will not be unreasonably withheld so long as there is no extra expense to the Company. Switches need to consist of at least four (4) hours or more. Both employees will be held accountable for the hours switched. A block shift may do a schedule switch up to ten (10) hours in order to be eligible for the block rate. A regular shift is permitted to switch four (4) hours at a time. The Company and the Union mutually agree to establish a Joint Committee comprised of Management and Union representation which will seek to obtain the objective of increasing

35

schedule flexibility without bearing any additional organizational costs (no extra expense to the Company). The Committee's recommendation will be made by January 1, 2019.

The Employer shall notify employees regarding the need to utilize snow houses as soon as the Employer has made that decision but no later than two (2) hours before the employees' shift.    The Company will make every effort to give employees enough time to get to their snow house during extreme weather.  Similarly, employees shall make every effort to plan ahead to give themselves adequate time to get to said snow house.

The Employer will not unreasonably withhold approval for employees to stay at the residence during extreme weather.  The employee will not be paid for this time and must get approval from the Program Operations Director (POD).

Extreme weather is defined as accumulating snow, ice, tornado, hurricane, torrential rain, flash flood, etc. that would cause unsafe diving conditions.

   **Section 10.**  The Employer will notify the Union in writing of the basis for the removal within forty-eight (48) hours of an employee's removal from the position. If an employee is removed from a position for a non-disciplinary reason, the Company shall tell the employee that the removal is non-disciplinary when informing said employee of the removal.

    **Section 11.**    Employees will only be able to be pulled from their bid shift for no more than three (3) weeks to another residence unless there is an emergency.

   **Section 12.**     The Company will make the employee aware of Consumers that have special needs before transferring into a program and Houses.

   **Section 13.**     The Company shall provide hands on training for defensive moves and how to manage challenging behaviors.

   **Section 14.**     In the event that an employee's paycheck is determined to be incorrect, the Company will make every reasonable attempt to promptly correct such error. At the least, upon confirming the error, the Company will, if notified on payday, attempt to correct the error that day, if possible, but at the least, correct the error by the close of business on Wednesday (assuming a Friday payday). The check will be available at the Payroll Office (currently in Rochester). The employee shall have the responsibility to either (1) pick up the check or (2) notify the Payroll Department to mail the

**Exhibit A**

check to the Employee's home.

House Coordinators (or whoever is doing payroll) shall notify employees of missed punches and document said notification on the Missed Punch Verification Form provided by the Employer. All Missed Punch Verification Forms shall be scanned and emailed to the Payroll department when Payroll is completed biweekly. The Payroll Department shall store all Missed Punch Verification Forms. Nothing in this section shall be construed to change the employees' responsibility to complete a Missed Punch Verification Form.

**Section 15.**    In recognition of the passage of Act 32 of 2008, the Company will deduct local taxes from employees' pay upon the effective date of such Act, and as required by such Act.

**Section 16.**    Any staff person that works the overnight shift at the Children's Program shall be classified as a Residential Assistant. Any staff that was hired prior to July 10, 2009, will be grandfathered in at the pay rate $14.25 per hour, as of July 10, 2009. The Residential Assistant shift will be a non-degree shift. The base pay for this position will be $10.90 per hour, as of July 10, 2009. The Residential Assistant who does not have a degree will not be entitled to any overtime on any other shift within the program. The Residential Assistant is not considered a professional staff with knowledge in various clinical disciplines to provide therapeutic intervention, which would include providing education, counseling and treatment related to their treatment plans. The treatment model utilizes the theory and science of Functional Behavioral Analysis and Assessment. Functional Behavioral Analysis operates on the principle that all behavior has meaning. Using functional analysis, the Teacher/Counselors determine social, emotional, medical, and environmental antecedents that contribute to behavioral issues. Functional analysis assessments are then completed to determine an effective therapeutic intervention. The Residential Assistant will not participate in those therapeutic tasks associated with the clinical model. Therefore, the responsibilities would include the duties of a Residential Assistant in other programs.

**Section 17.**    In certain residences, because of the specific and specialized needs of the consumers residing in these programs, the block shifts will be required to be Teacher/Counselor, degreed employees. The Teacher/Counselor may also work other shifts as well. Non-degreed employees will only be permitted to work 1st, 2nd, or 3rd shift, non-block positions within these homes.

**Section 18.**    All employees must remain in an assigned or awarded position for sixty (60) days prior to transferring to another position.

**Exhibit A**

### ARTICLE XXVII
### Term of Agreement

This Agreement shall be effective upon execution and shall remain in full force and effect through December 31, 2021, and shall thereafter continue in full force and effect from year to year, unless either party desires to change or modify any of the terms of this Agreement.  The party desiring the change or modification must notify the other party to this Agreement in writing not less than sixty (60) days prior to the expiration date of this Agreement, or not less than sixty (60) days subsequent to any anniversary date hereof.

### ARTICLE   XXVIII
### Signatures

In Witness Whereof, the parties hereto have hereunto caused this Agreement to be signed by its authorized officers and/or representatives, intending to be legally bound hereby, this _4√h_ day of October, 2018.

Attest:

_____
Secretary

PASSAVANT MEMORIAL HOMES

by:_____ CEO
(SEAL)

C.E.O and President

TEAMSTERS AUTOMOTIVE CHAUFFEURS, PARTS, GARAGE, OFFICE CLERICAL, AIRLINE, HEALTHCARE, PETROLEUM INDUSTRY, PRODUCE, BAKERY AND INDUSTRIAL WORKERS, WITHIN WESTERN PENNSYLVANIA AND JOINT COUNCIL #40, LOCAL UNION NO. 926, AFFIRMED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS

Witness:

_____

_____

by:_____
(SEAL)

38

**Exhibit A**

GENERAL   TEAMSTERS,   CHAUFFEURS,
WAREHOUSEMEN   AND   HELPERS   OF
BEAVER,   LAWRENCE,   AND   MERCER
COUNTIES, PENNSYLVANIA, Affiliated
with the International Brotherhood
of Teamsters, Joint Council No. 40,
Teamsters Local 261

Witness:

_Wendy Simmen_

by: _Ed Clowes_

{SEAL}

GENERAL   TEAMSTERS   LOCAL   326
(Delaware)

Witness:

_Mark Bachmeier_

by: _Leonard E McWatters_

{SEAL}

39

Exhibit A

Exhibit A

# ATTACHMENT "A"

# Wage Scale

**Passavant Memorial Homes**

*Hourly Wages -- Effective January 1, 2018*

*Teamster's Local 926, 261 & 326 Wage Scale ($.50 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **RESOURCE CENTERS** | | | | | | | | |
| Job/Personal Support/Life Skills Support *(If hired prior to 9/1/96)* | N/A | N/A | $14.26 | N/A | $14.46 | N/A | $14.76 | N/A |
| Job/Personal Support/Life Skills Support *(If hired after 9/1/96)* | $13.07 | N/A | $13.60 | N/A | $13.79 | N/A | $14.07 | N/A |
| Program Support | $13.59 | N/A | $14.15 | N/A | $14.35 | N/A | $14.65 | N/A |
| Seniors Advisor | $13.30 | N/A | $13.84 | N/A | $14.03 | N/A | $14.32 | N/A |
| Program Assistant/Vocational Support | $13.78 | N/A | $14.35 | N/A | $14.56 | N/A | $14.87 | N/A |
| Lead Program Instructor (Rochester) Grandfathered | N/A | N/A | N/A | N/A | N/A | N/A | $35,027.20 | N/A |
| Lead Program Instructor (Harmar, Rochester, Vail) | N/A | N/A | $33,173.33 | N/A | $33,680.80 | N/A | $34,442.00 | N/A |
| Program Instructor | N/A | N/A | $31,803.20 | N/A | $32,260.80 | N/A | $32,947.20 | N/A |
| | | | | | | | | |
| **LTSR (Employees must have  6 mos. Experience)** | | | | | | | | |
| Kohler Supportive Living  *(If hired prior to 9/1/96)* | N/A | N/A | $13.84 | N/A | $14.03 | N/A | $14.32 | N/A |
| | N/A | N/A | $13.60 | N/A | $13.79 | N/A | $14.07 | N/A |
| House Coordinator | N/A | N/A | $15.30 | N/A | $15.52 | N/A | $15.85 | N/A |
| | | | | | | | | |
| LTSR-Westmoreland Res. Assistant: | N/A | N/A | $13.93 | N/A | $14.13 | N/A | $14.43 | N/A |
| | | | | | | | | |
| **RESIDENTIAL ASSISTANTS:** | | | | | | | | |
| **Title XIX Allegheny Co. *(If hired prior to 9/1/96)*** | N/A | N/A | $14.35 | $14.80 | $14.56 | $15.01 | $14.87 | $15.32 |
| **Title XIX Allegheny Co. *(If hired after to 9/1/96)*** | $13.12 | $13.57 | $13.65 | $14.10 | $13.84 | $14.29 | $14.14 | $14.59 |
| Team Leader *(If hired prior to 9/1/96)* | N/A | N/A | N/A | N/A | N/A | N/A | $15.30 | $15.75 |
| House Coordinator | $14.69 | $15.14 | $15.30 | $15.75 | $15.52 | $15.97 | $15.85 | $16.30 |

*2nd (110), 37th (1003), Amherst (474), Azalea (256), Baintree (210), Beech (120), Beechford (1901), Belsar (210), Bethelboro (155), Bunola River (285), Claridge (105), Colonial (457), Community Center (130), Connellsville (1349), County Line (544), Crescent (682), Curtis (143), Cypress (228), Eileen (106), Fieldstone (300), Frederick (514), Freeport (945), Fulton (38), Georgetown (116), Greensburg (337), Hereford (135), Hillside (515), Hookstown Grade (2397), Julian (538), Junior (167), Kendall (622), MacBeth (600), Macbeth (716), Maple (131), Maratta (1810), Marguerite (116), Marshall (2008), McKrell (236-A), McWilliams (320), Meadowbrook (128), Mt. Pleasant (104), Mt. Pleasant (106-A), Mt. Pleasant (106-B), Mt. Pleasant (1217), Mt. Royal (1616),  N. Poplar (28), Northgate (9474), Oak Manor (176), Orchard (25), Orchard (2702), Patton (243), Pentland (1131), Peppertree (6), Princeton (388), Richmond (106), Rock Pool (230), S. Magnolia (200), Sandhurst (1032), Shenango (1121), Snowball (639),  Springer (2), Steeplechase (103), Stoney (216), Therman (116), Todd (270), W. Crawford (2508), Whigham (107), Williamsport (4665), Woodland (290)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Armstrong, Clarion, Lawrence, Mercer County** | $12.37 | $12.82 | $12.86 | $13.31 | $13.04 | $13.49 | $13.31 | $13.76 |
| House Coordinator | $14.63 | $15.08 | $15.24 | $15.69 | $15.47 | $15.92 | $15.80 | $16.25 |

*Aetna (812), Lattavo (7), Manor View (109), Oakwood (124), Passavant (200), Rombold (2210), S. 4th (198), Spruce (371), Toledo (449) ,Walnut (230)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Beaver County** | $12.39 | $12.84 | $12.88 | $13.33 | $13.05 | $13.50 | $13.31 | $13.76 |
| House Coordinator | $14.69 | $15.14 | $15.30 | $15.75 | $15.52 | $15.97 | $15.85 | $16.30 |

*Guy (203), Hall (706), Huntsridge (1130), Knowlson (116), Pennsylvania (184), Reno (641  - Heuston), Reno (641 - Waltenbaugh)*

**Exhibit A**

Passavant Memorial Homes

*Hourly Wages -- Effective January 1, 2018*

*Teamster's Local 926, 261 & 326 Wage Scale ($.50 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **Title XIX Westmoreland** | $13.12 | $13.57 | $13.65 | $14.10 | $13.84 | $14.29 | $14.14 | $14.59 |
| House Coordinator | $14.63 | $15.08 | $15.24 | $15.69 | $15.47 | $15.92 | $15.80 | $16.25 |
| *Alexander (116), Blair (822), Bliss (3), Cannon (166), Cedar (1127), Charles Houck (640), Eastview (742), Erie (28), Farmbrook (235), Greenmont (631), Hampton (553), Harrold (105), Kingston Club (232), Lockwood (20), Locust (516), Locust Valley (241), Longvue (497), Marilou (32), Midway (1234), Mohawk (55), Mount Odin (124), Partridge (240), Route 982 (4393), S. Hamilton (220), Sandy (21), State (620), State Route 136 (3393), State Route 982 (5281), US Route 30 (5209), Vermont (3161), Westpoint (124)* | | | | | | | | |
| | | | | | | | | |
| **Title XIX Bedford/Somerset** | $13.12 | $13.57 | $13.65 | $14.10 | $13.84 | $14.29 | $14.14 | $14.59 |
| House Coordinator | $14.69 | $15.14 | $15.30 | $15.75 | $15.52 | $15.97 | $15.85 | $16.30 |
| *Allegheny (177), Allegheny (179), Railroad (121), Shady (710), Shady (712), Shady (718), Shady (720), W. Sanner (270)* | | | | | | | | |
| | | | | | | | | |
| **DELAWARE** | $13.12 | $13.57 | $13.65 | $14.10 | $13.84 | $14.29 | $14.14 | $14.59 |
| House Coordinator | $14.69 | $15.14 | $15.30 | $15.75 | $15.52 | $15.97 | $15.85 | $16.30 |
| *Buckingham (202), Choptank (1807), Meadow Vista (306)* | | | | | | | | |
| | | | | | | | | |
| Title XIX (Floater) | $14.81 | $15.26 | $15.10 | $15.55 | $15.33 | $15.78 | $15.68 | $16.13 |
| | | | | | | | | |
| **CHILDREN'S/RESPOND PROGRAMS** | | | | | | | | |
| *Foxwood (5), Jackson (215), Mountain View (1016), Regency (1229), Reno (641 - Baldwin A), Reno (641 - Baldwin B)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.00 | $17.45 | $17.00 | $17.45 | $17.00 | $17.45 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.12 | N/A | $13.65 | N/A | $13.84 | N/A | $14.14 | N/A |
| | | | | | | | | |
| **SPECIALIZED RESIDENTIAL** | | | | | | | | |
| *Carnegie (419), Eisenhower (404), Highland (1491), Hi Way Supply (160), Kilmeyer (100), Lougeay (382), Meadow (2278), Sandy (408)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.00 | $17.45 | $17.00 | $17.45 | $17.00 | $17.45 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.12 | N/A | $13.65 | N/A | $13.84 | N/A | $14.14 | N/A |
| *Delmar (11), Mt. Pleasant (1303), Shady (305) - no degree required* | N/A | N/A | $17.00 | $17.45 | $17.00 | $17.45 | $17.00 | $17.45 |
| | | | | | | | | |
| **ADULT AUTISM WAIVER** | $13.12 | $13.57 | $13.65 | $14.10 | $13.84 | $14.29 | $14.14 | $14.59 |
| House Coordinator | $14.69 | $15.14 | $15.30 | $15.75 | $15.52 | $15.97 | $15.85 | $16.30 |
| *Eileen (106)* | | | | | | | | |
| | | | | | | | | |
| **ENHANCED TRANSITIONAL** | N/A | N/A | $13.90 | N/A | $13.90 | N/A | $13.90 | N/A |
| House Coordinator | N/A | N/A | $15.30 | N/A | $15.52 | N/A | $15.85 | N/A |
| *Beaver (100)* | | | | | | | | |
| | | | | | | | | |
| Groundskeeper | $33,112.80 | N/A | $34,850.10 | N/A | $35,545.02 | N/A | $36,608.25 | N/A |
| Housekeeping - Campus | $11.97 | N/A | $12.44 | N/A | $12.61 | N/A | $12.85 | N/A |

Exhibit A

**Passavant Memorial Homes**

*Hourly Wages -- Effective January 1, 2019*

Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase.; additional $.05 hr. increase for block)

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **RESOURCE CENTERS** | | | | | | | | |
| Job/Personal Support/Life Skills Support *(If hired prior to 9/1/96)* | N/A | N/A | $14.46 | N/A | $14.66 | N/A | $14.96 | N/A |
| Job/Personal Support/Life Skills Support *(If hired after 9/1/96)* | $13.27 | N/A | $13.80 | N/A | $13.99 | N/A | $14.27 | N/A |
| Program Support | $13.79 | N/A | $14.35 | N/A | $14.55 | N/A | $14.85 | N/A |
| Seniors Advisor | $13.50 | N/A | $14.04 | N/A | $14.23 | N/A | $14.52 | N/A |
| Program Assistant/Vocational Support | $13.98 | N/A | $14.55 | N/A | $14.76 | N/A | $15.07 | N/A |
| Lead Program Instructor (Rochester) Grandfathered | N/A | N/A | N/A | N/A | N/A | N/A | $35,443.20 | N/A |
| Lead Program Instructor (Harmar, Rochester, Vail) | N/A | N/A | $33,589.33 | N/A | $34,096.80 | N/A | $34,858.00 | N/A |
| Program Instructor | N/A | N/A | $32,219.20 | N/A | $32,676.80 | N/A | $33,363.20 | N/A |
| | | | | | | | | |
| **LTSR (Employees must have 6 mos. Experience)** | | | | | | | | |
| Kohler Supportive Living *(If hired prior to 9/1/96)* | N/A | N/A | $14.04 | N/A | $14.23 | N/A | $14.52 | N/A |
| | N/A | N/A | $13.80 | N/A | $13.99 | N/A | $14.27 | N/A |
| House Coordinator | N/A | N/A | $15.50 | N/A | $15.72 | N/A | $16.05 | N/A |
| | | | | | | | | |
| LTSR-Westmoreland Res. Assistant: | N/A | N/A | $14.13 | N/A | $14.33 | N/A | $14.63 | N/A |
| | | | | | | | | |
| **RESIDENTIAL ASSISTANTS:** | | | | | | | | |
| **Title XIX Allegheny Co. *(If hired prior to 9/1/96)*** | N/A | N/A | $14.55 | $15.05 | $14.76 | $15.26 | $15.07 | $15.57 |
| **Title XIX Allegheny Co. *(If hired after to 9/1/96)*** | $13.32 | $13.82 | $13.85 | $14.35 | $14.04 | $14.54 | $14.34 | $14.84 |
| Team Leader *(If hired prior to 9/1/96)* | N/A | N/A | N/A | N/A | N/A | N/A | $15.50 | $16.00 |
| House Coordinator | $14.89 | $15.39 | $15.50 | $16.00 | $15.72 | $16.22 | $16.05 | $16.55 |

*2nd (110), 37th (1003), Amherst (474), Azalea (256), Baintree (210), Beech (120), Beechford (1901), Belsar (210), Bethelboro (155), Bunola River (285), Claridge (105), Colonial (457), Community Center (130), Connellsville (1349), County Line (544), Crescent (682), Curtis (143), Cypress (228), Eileen (106), Fieldstone (300), Freeport (945), Fulton (38), Georgetown (116), Greensburg (337), Hereford (135), Hillside (515), Hookstown Grade (2397), Julian (538), Junior (167), Kendall (622), MacBeth (600), Macbeth (716), Maple (131), Maratta (1810), Marguerite (116), Marshall (2008), McKrell (236-A), McWilliams (320), Meadowbrook (128), Mt. Pleasant (104), Mt. Pleasant (106-A), Mt. Pleasant (106-B), Mt. Pleasant (1217), Mt. Royal (1616), N. Poplar (28), Northgate (9474), Oak Manor (176), Orchard (25), Orchard (2702), Patton (243), Pentland (1131), Peppertree (6), Princeton (388), Richmond (106), Rock Pool (230), S. Magnolia (200), Sandhurst (1032), Shenango (1121), Snowball (639), Springer (2), Steeplechase (103), Stoney (216), Therman (116), Todd (270), W. Crawford (2508), Whigham (107), Williamsport (4665), Woodland (290)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Armstrong, Clarion, Lawrence, Mercer County** | $12.57 | $13.07 | $13.06 | $13.56 | $13.24 | $13.74 | $13.51 | $14.01 |
| House Coordinator | $14.83 | $15.33 | $15.44 | $15.94 | $15.67 | $16.17 | $16.00 | $16.50 |

*Aetna (812), Lattavo (7), Manor View (109), Oakwood (124), Passavant (200), Rombold (2210), S. 4th (198), Spruce (371), Toledo (449) ,Walnut (230)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Beaver County** | $12.59 | $13.09 | $13.08 | $13.58 | $13.25 | $13.75 | $13.51 | $14.01 |
| House Coordinator | $14.89 | $15.39 | $15.50 | $16.00 | $15.72 | $16.22 | $16.05 | $16.55 |

*Guy (203), Hall (706), Huntsridge (1130), Knowlson (116), Pennsylvania (184), Reno (641 - Heuston), Reno (641 - Waltenbaugh)*

Exhibit A

**Passavant Memorial Homes**

*Hourly Wages -- Effective January 1, 2019*

*Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase.; additional $.05 hr. increase for block)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **Title XIX Westmoreland** | $13.32 | $13.82 | $13.85 | $14.35 | $14.04 | $14.54 | $14.34 | $14.84 |
| House Coordinator | $14.83 | $15.33 | $15.44 | $15.94 | $15.67 | $16.17 | $16.00 | $16.50 |
| *Alexander (116), Blair (822), Bliss (3), Cannon (166), Cedar (1127), Charles Houck (640), Eastview (742), Erie (28), Farmbrook (235), Greenmont (631), Hampton (553), Harrold (105), Kingston Club (232), Lockwood (20), Locust (516), Locust Valley (241), Longvue (497), Marilou (32), Midway (1234), Mohawk (55), Mount Odin (124), Partridge (240), Route 982 (4393), S. Hamilton (220), Sandy (21), State (620), State Route 136 (3393), State Route 982 (5281), US Route 30 (5209), Vermont (3161), Westpoint (124)* | | | | | | | | |
| | | | | | | | | |
| **Title XIX Bedford/Somerset** | $13.32 | $13.82 | $13.85 | $14.35 | $14.04 | $14.54 | $14.34 | $14.84 |
| House Coordinator | $14.89 | $15.39 | $15.50 | $16.00 | $15.72 | $16.22 | $16.05 | $16.55 |
| *Allegheny (177), Allegheny (179), Railroad (121), Shady (710), Shady (712), Shady (718), Shady (720), W. Sanner (270)* | | | | | | | | |
| | | | | | | | | |
| **DELAWARE** | $13.32 | $13.82 | $13.85 | $14.35 | $14.04 | $14.54 | $14.34 | $14.84 |
| House Coordinator | $14.89 | $15.39 | $15.50 | $16.00 | $15.72 | $16.22 | $16.05 | $16.55 |
| *Buckingham (202), Choptank (1807), Meadow Vista (306)* | | | | | | | | |
| | | | | | | | | |
| Title XIX (Floater) | $15.01 | $15.51 | $15.30 | $15.80 | $15.53 | $16.03 | $15.88 | $16.38 |
| | | | | | | | | |
| **CHILDREN'S/RESPOND PROGRAMS** | | | | | | | | |
| *Foxwood (5), Jackson (215), Mountain View (1016), Regency (1229), Reno (641 - Baldwin A), Reno (641 - Baldwin B)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.20 | $17.70 | $17.20 | $17.70 | $17.20 | $17.70 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.32 | N/A | $13.85 | N/A | $14.04 | N/A | $14.34 | N/A |
| | | | | | | | | |
| **SPECIALIZED RESIDENTIAL** | | | | | | | | |
| *Carnegie (419), Eisenhower (404), Highland (1491), Hi Way Supply (160), Kilmeyer (100), Lougeay (382), Meadow (2278), Sandy (408)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.20 | $17.70 | $17.20 | $17.70 | $17.20 | $17.70 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.32 | N/A | $13.85 | N/A | $14.04 | N/A | $14.34 | N/A |
| *Delmar (11), Mt. Pleasant (1303), Shady (305)  - no degree required* | N/A | N/A | $17.20 | $17.70 | $17.20 | $17.70 | $17.20 | $17.70 |
| | | | | | | | | |
| **ADULT AUTISM WAIVER** | $13.32 | $13.82 | $13.85 | $14.35 | $14.04 | $14.54 | $14.34 | $14.84 |
| House Coordinator | $14.89 | $15.39 | $15.50 | $16.00 | $15.72 | $16.22 | $16.05 | $16.55 |
| *Eileen (106)* | | | | | | | | |
| | | | | | | | | |
| **ENHANCED TRANSITIONAL** | N/A | N/A | $14.10 | N/A | $14.10 | N/A | $14.10 | N/A |
| House Coordinator | N/A | N/A | $15.50 | N/A | $15.72 | N/A | $16.05 | N/A |
| *Beaver (100)* | | | | | | | | |
| | | | | | | | | |
| Groundskeeper | $33,528.80 | N/A | $35,266.10 | N/A | $35,961.02 | N/A | $37,024.25 | N/A |
| Housekeeping - Campus | $12.17 | N/A | $12.64 | N/A | $12.81 | N/A | $13.05 | N/A |

Exhibit A

**Passavant Memorial Homes**

*Hourly Wages -- Effective July 1, 2019*

*Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **RESOURCE CENTERS** | | | | | | | | |
| Job/Personal Support/Life Skills Support *(If hired prior to 9/1/96)* | N/A | N/A | $14.66 | N/A | $14.86 | N/A | $15.16 | N/A |
| Job/Personal Support/Life Skills Support *(If hired after 9/1/96)* | $13.47 | N/A | $14.00 | N/A | $14.19 | N/A | $14.47 | N/A |
| Program Support | $13.99 | N/A | $14.55 | N/A | $14.75 | N/A | $15.05 | N/A |
| Seniors Advisor | $13.70 | N/A | $14.24 | N/A | $14.43 | N/A | $14.72 | N/A |
| Program Assistant/Vocational Support | $14.18 | N/A | $14.75 | N/A | $14.96 | N/A | $15.27 | N/A |
| Lead Program Instructor (Rochester) Grandfathered | N/A | N/A | N/A | N/A | N/A | N/A | $35,859.20 | N/A |
| Lead Program Instructor (Harmar, Rochester, Vail) | N/A | N/A | $34,005.33 | N/A | $34,512.80 | N/A | $35,274.00 | N/A |
| Program Instructor | N/A | N/A | $32,635.20 | N/A | $33,092.80 | N/A | $33,779.20 | N/A |
| | | | | | | | | |
| **LTSR (Employees must have  6 mos. Experience)** | | | | | | | | |
| Kohler Supportive Living  *(If hired prior to 9/1/96)* | N/A | N/A | $14.24 | N/A | $14.43 | N/A | $14.72 | N/A |
| | N/A | N/A | $14.00 | N/A | $14.19 | N/A | $14.47 | N/A |
| House Coordinator | N/A | N/A | $15.70 | N/A | $15.92 | N/A | $16.25 | N/A |
| | | | | | | | | |
| LTSR-Westmoreland Res. Assistant: | N/A | N/A | $14.33 | N/A | $14.53 | N/A | $14.83 | N/A |
| | | | | | | | | |
| **RESIDENTIAL ASSISTANTS:** | | | | | | | | |
| **Title XIX Allegheny Co. *(If hired prior to 9/1/96)*** | N/A | N/A | $14.75 | $15.25 | $14.96 | $15.46 | $15.27 | $15.77 |
| **Title XIX Allegheny Co. *(If hired after to 9/1/96)*** | $13.52 | $14.02 | $14.05 | $14.55 | $14.24 | $14.74 | $14.54 | $15.04 |
| Team Leader *(If hired prior to 9/1/96)* | N/A | N/A | N/A | N/A | N/A | N/A | $15.70 | $16.20 |
| House Coordinator | $15.09 | $15.59 | $15.70 | $16.20 | $15.92 | $16.42 | $16.25 | $16.75 |

*2nd (110), 37th (1003), Amherst (474), Azalea (256), Baintree (210), Beech (120), Beechford (1901), Belsar (210), Bethelboro (155), Bunola River (285), Claridge (105), Colonial (457), Community Center (130), Connellsville (1349), County Line (544), Crescent (682), Curtis (143), Cypress (228), Eileen (106), Fieldstone (300), Freeport (945), Fulton (38), Georgetown (116), Greensburg (337), Hereford (135), Hillside (515), Hookstown Grade (2397), Julian (538), Junior (167), Kendall (622), MacBeth (600), Macbeth (716), Maple (131), Maratta (1810), Marguerite (116), Marshall (2008), McKrell (236-A), McWilliams (320), Meadowbrook (128), Mt. Pleasant (104), Mt. Pleasant (106-A), Mt. Pleasant (106-B), Mt. Pleasant (1217), Mt. Royal (1616), N. Poplar (28), Northgate (9474), Oak Manor (176), Orchard (25), Orchard (2702), Patton (243), Pentland (1131), Peppertree (6), Princeton (388), Richmond (106), Rock Pool (230), S. Magnolia (200), Sandhurst (1032), Shenango (1121), Snowball (639),  Springer (2), Steeplechase (103), Stoney (216), Therman (116), Todd (270), W. Crawford (2508), Whigham (107), Williamsport (4665), Woodland (290)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Armstrong, Clarion, Lawrence, Mercer County** | $12.77 | $13.27 | $13.26 | $13.76 | $13.44 | $13.94 | $13.71 | $14.21 |
| House Coordinator | $15.03 | $15.53 | $15.64 | $16.14 | $15.87 | $16.37 | $16.20 | $16.70 |

*Aetna (812), Lattavo (7), Manor View (109), Oakwood (124), Passavant (200), Rombold (2210), S. 4th (198), Spruce (371), Toledo (449) ,Walnut (230)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Beaver County** | $12.79 | $13.29 | $13.28 | $13.78 | $13.45 | $13.95 | $13.71 | $14.21 |
| House Coordinator | $15.09 | $15.59 | $15.70 | $16.20 | $15.92 | $16.42 | $16.25 | $16.75 |

*Guy (203), Hall (706), Huntsridge (1130), Knowlson (116), Pennsylvania (184), Reno (641  - Heuston), Reno (641 - Waltenbaugh)*

Exhibit A

**Passavant Memorial Homes**

*Hourly Wages -- Effective July 1, 2019*

*Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **Title XIX Westmoreland** | $13.52 | $14.02 | $14.05 | $14.55 | $14.24 | $14.74 | $14.54 | $15.04 |
| House Coordinator | $15.03 | $15.53 | $15.64 | $16.14 | $15.87 | $16.37 | $16.20 | $16.70 |
| *Alexander (116), Blair (822), Bliss (3), Cannon (166), Cedar (1127), Charles Houck (640), Eastview (742), Erie (28), Farmbrook (235), Greenmont (631), Hampton (553), Harrold (105), Kingston Club (232), Lockwood (20), Locust (516), Locust Valley (241), Longvue (497), Marilou (32), Midway (1234), Mohawk (55), Mount Odin (124), Partridge (240), Route 982 (4393), S. Hamilton (220), Sandy (21), State (620), State Route 136 (3393), State Route 982 (5281), US Route 30 (5209), Vermont (3161), Westpoint (124)* | | | | | | | | |
| | | | | | | | | |
| **Title XIX Bedford/Somerset** | $13.52 | $14.02 | $14.05 | $14.55 | $14.24 | $14.74 | $14.54 | $15.04 |
| House Coordinator | $15.09 | $15.59 | $15.70 | $16.20 | $15.92 | $16.42 | $16.25 | $16.75 |
| *Allegheny (177), Allegheny (179), Railroad (121), Shady (710), Shady (712), Shady (718), Shady (720), W. Sanner (270)* | | | | | | | | |
| | | | | | | | | |
| **DELAWARE** | $13.52 | $14.02 | $14.05 | $14.55 | $14.24 | $14.74 | $14.54 | $15.04 |
| House Coordinator | $15.09 | $15.59 | $15.70 | $16.20 | $15.92 | $16.42 | $16.25 | $16.75 |
| *Buckingham (202), Choptank (1807), Meadow Vista (306)* | | | | | | | | |
| | | | | | | | | |
| Title XIX (Floater) | $15.21 | $15.71 | $15.50 | $16.00 | $15.73 | $16.23 | $16.08 | $16.58 |
| | | | | | | | | |
| **CHILDREN'S/RESPOND PROGRAMS** | | | | | | | | |
| *Foxwood (5), Jackson (215), Mountain View (1016), Regency (1229), Reno (641 - Baldwin A), Reno (641 - Baldwin B)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.40 | $17.90 | $17.40 | $17.90 | $17.40 | $17.90 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.52 | N/A | $14.05 | N/A | $14.24 | N/A | $14.54 | N/A |
| | | | | | | | | |
| **SPECIALIZED RESIDENTIAL** | | | | | | | | |
| *Carnegie (419), Eisenhower (404), Highland (1491), Hi Way Supply (160), Kilmeyer (100), Lougeay (382), Meadow (2278), Sandy (408)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.40 | $17.90 | $17.40 | $17.90 | $17.40 | $17.90 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.52 | N/A | $14.05 | N/A | $14.24 | N/A | $14.54 | N/A |
| *Delmar (11), Mt. Pleasant (1303), Shady (305)  - no degree required* | N/A | N/A | $17.40 | $17.90 | $17.40 | $17.90 | $17.40 | $17.90 |
| | | | | | | | | |
| **ADULT AUTISM WAIVER** | $13.52 | $14.02 | $14.05 | $14.55 | $14.24 | $14.74 | $14.54 | $15.04 |
| House Coordinator | $15.09 | $15.59 | $15.70 | $16.20 | $15.92 | $16.42 | $16.25 | $16.75 |
| *Eileen (106)* | | | | | | | | |
| | | | | | | | | |
| **ENHANCED TRANSITIONAL** | N/A | N/A | $14.30 | N/A | $14.30 | N/A | $14.30 | N/A |
| House Coordinator | N/A | N/A | $15.70 | N/A | $15.92 | N/A | $16.25 | N/A |
| *Beaver (100)* | | | | | | | | |
| | | | | | | | | |
| Groundskeeper | $33,944.80 | N/A | $35,682.10 | N/A | $36,377.02 | N/A | $37,440.25 | N/A |
| Housekeeping - Campus | $12.37 | N/A | $12.84 | N/A | $13.01 | N/A | $13.25 | N/A |

**Exhibit A**

**Passavant Memorial Homes**

*Hourly Wages -- Effective January 1, 2020*

*Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **RESOURCE CENTERS** | | | | | | | | |
| Job/Personal Support/Life Skills Support *(If hired prior to 9/1/96)* | N/A | N/A | $14.86 | N/A | $15.06 | N/A | $15.36 | N/A |
| Job/Personal Support/Life Skills Support *(If hired after 9/1/96)* | $13.67 | N/A | $14.20 | N/A | $14.39 | N/A | $14.67 | N/A |
| Program Support | $14.19 | N/A | $14.75 | N/A | $14.95 | N/A | $15.25 | N/A |
| Seniors Advisor | $13.90 | N/A | $14.44 | N/A | $14.63 | N/A | $14.92 | N/A |
| Program Assistant/Vocational Support | $14.38 | N/A | $14.95 | N/A | $15.16 | N/A | $15.47 | N/A |
| Lead Program Instructor (Rochester) Grandfathered | N/A | N/A | N/A | N/A | N/A | N/A | $36,275.20 | N/A |
| Lead Program Instructor (Harmar, Rochester, Vail) | N/A | N/A | $34,421.33 | N/A | $34,928.80 | N/A | $35,690.00 | N/A |
| Program Instructor | N/A | N/A | $33,051.20 | N/A | $33,508.80 | N/A | $34,195.20 | N/A |
| | | | | | | | | |
| **LTSR (Employees must have 6 mos. Experience)** | | | | | | | | |
| Kohler Supportive Living *(If hired prior to 9/1/96)* | N/A | N/A | $14.44 | N/A | $14.63 | N/A | $14.92 | N/A |
| | N/A | N/A | $14.20 | N/A | $14.39 | N/A | $14.67 | N/A |
| House Coordinator | N/A | N/A | $15.90 | N/A | $16.12 | N/A | $16.45 | N/A |
| | | | | | | | | |
| LTSR-Westmoreland Res. Assistant: | N/A | N/A | $14.53 | N/A | $14.73 | N/A | $15.03 | N/A |
| | | | | | | | | |
| **RESIDENTIAL ASSISTANTS:** | | | | | | | | |
| **Title XIX Allegheny Co. *(If hired prior to 9/1/96)*** | N/A | N/A | $14.95 | $15.45 | $15.16 | $15.66 | $15.47 | $15.97 |
| **Title XIX Allegheny Co. *(If hired after to 9/1/96)*** | $13.72 | $14.22 | $14.25 | $14.75 | $14.44 | $14.94 | $14.74 | $15.24 |
| Team Leader *(If hired prior to 9/1/96)* | N/A | N/A | N/A | N/A | N/A | N/A | $15.90 | $16.40 |
| House Coordinator | $15.29 | $15.79 | $15.90 | $16.40 | $16.12 | $16.62 | $16.45 | $16.95 |

*2nd (110), 37th (1003), Amherst (474), Azalea (256), Baintree (210), Beech (120), Beechford (1901), Belsar (210), Bethelboro (155), Bunola River (285), Claridge (105), Colonial (457), Community Center (130), Connellsville (1349), County Line (544), Crescent (682), Curtis (143), Cypress (228), Eileen (106), Fieldstone (300), Freeport (945), Fulton (38), Georgetown (116), Greensburg (337), Hereford (135), Hillside (515), Hookstown Grade (2397), Julian (538), Junior (167), Kendall (622), MacBeth (600), Macbeth (716), Maple (131), Maratta (1810), Marguerite (116), Marshall (2008), McKrell (236-A), McWilliams (320), Meadowbrook (128), Mt. Pleasant (104), Mt. Pleasant (106-A), Mt. Pleasant (106-B), Mt. Pleasant (1217), Mt. Royal (1616), N. Poplar (28), Northgate (9474), Oak Manor (176), Orchard (25), Orchard (2702), Patton (243), Pentland (1131), Peppertree (6), Princeton (388), Richmond (106), Rock Pool (230), S. Magnolia (200), Sandhurst (1032), Shenango (1121), Snowball (639), Springer (2), Steeplechase (103), Stoney (216), Therman (116), Todd (270), W. Crawford (2508), Whigham (107), Williamsport (4665), Woodland (290)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Armstrong, Clarion, Lawrence, Mercer County** | $12.97 | $13.47 | $13.46 | $13.96 | $13.64 | $14.14 | $13.91 | $14.41 |
| House Coordinator | $15.23 | $15.73 | $15.84 | $16.34 | $16.07 | $16.57 | $16.40 | $16.90 |

*Aetna (812), Lattavo (7), Manor View (109), Oakwood (124), Passavant (200), Rombold (2210), S. 4th (198), Spruce (371), Toledo (449), Walnut (230)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Beaver County** | $12.99 | $13.49 | $13.48 | $13.98 | $13.65 | $14.15 | $13.91 | $14.41 |
| House Coordinator | $15.29 | $15.79 | $15.90 | $16.40 | $16.12 | $16.62 | $16.45 | $16.95 |

*Guy (203), Hall (706), Huntsridge (1130), Knowlson (116), Pennsylvania (184), Reno (641 - Heuston), Reno (641 - Waltenbaugh)*

Exhibit A

Passavant Memorial Homes

*Hourly Wages -- Effective January 1, 2020*

*Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **Title XIX Westmoreland** | $13.72 | $14.22 | $14.25 | $14.75 | $14.44 | $14.94 | $14.74 | $15.24 |
| House Coordinator | $15.23 | $15.73 | $15.84 | $16.34 | $16.07 | $16.57 | $16.40 | $16.90 |
| *Alexander (116), Blair (822), Bliss (3), Cannon (166), Cedar (1127), Charles Houck (640), Eastview (742), Erie (28), Farmbrook (235), Greenmont (631), Hampton (553), Harrold (105), Kingston Club (232), Lockwood (20), Locust (516), Locust Valley (241), Longvue (497), Marilou (32), Midway (1234), Mohawk (55), Mount Odin (124), Partridge (240), Route 982 (4393), S. Hamilton (220), Sandy (21), State (620), State Route 136 (3393), State Route 982 (5281), US Route 30 (5209), Vermont (3161), Westpoint (124)* | | | | | | | | |
| | | | | | | | | |
| **Title XIX Bedford/Somerset** | $13.72 | $14.22 | $14.25 | $14.75 | $14.44 | $14.94 | $14.74 | $15.24 |
| House Coordinator | $15.29 | $15.79 | $15.90 | $16.40 | $16.12 | $16.62 | $16.45 | $16.95 |
| *Allegheny (177), Allegheny (179), Railroad (121), Shady (710), Shady (712), Shady (718), Shady (720), W. Sanner (270)* | | | | | | | | |
| | | | | | | | | |
| **DELAWARE** | $13.72 | $14.22 | $14.25 | $14.75 | $14.44 | $14.94 | $14.74 | $15.24 |
| House Coordinator | $15.29 | $15.79 | $15.90 | $16.40 | $16.12 | $16.62 | $16.45 | $16.95 |
| *Buckingham (202), Choptank (1807), Meadow Vista (306)* | | | | | | | | |
| | | | | | | | | |
| Title XIX (Floater) | $15.41 | $15.91 | $15.70 | $16.20 | $15.93 | $16.43 | $16.28 | $16.78 |
| | | | | | | | | |
| **CHILDREN'S/RESPOND PROGRAMS** | | | | | | | | |
| *Foxwood (5), Jackson (215), Mountain View (1016), Regency (1229), Reno (641 - Baldwin A), Reno (641 - Baldwin B)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.60 | $18.10 | $17.60 | $18.10 | $17.60 | $18.10 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.72 | N/A | $14.25 | N/A | $14.44 | N/A | $14.74 | N/A |
| | | | | | | | | |
| **SPECIALIZED RESIDENTIAL** | | | | | | | | |
| *Carnegie (419), Eisenhower (404), Highland (1491), Hi Way Supply (160), Kilmeyer (100), Lougeay (382), Meadow (2278), Sandy (408)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.60 | $18.10 | $17.60 | $18.10 | $17.60 | $18.10 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.72 | N/A | $14.25 | N/A | $14.44 | N/A | $14.74 | N/A |
| *Delmar (11), Mt. Pleasant (1303), Shady (305)  - no degree required* | N/A | N/A | $17.60 | $18.10 | $17.60 | $18.10 | $17.60 | $18.10 |
| | | | | | | | | |
| **ADULT AUTISM WAIVER** | $13.72 | $14.22 | $14.25 | $14.75 | $14.44 | $14.94 | $14.74 | $15.24 |
| House Coordinator | $15.29 | $15.79 | $15.90 | $16.40 | $16.12 | $16.62 | $16.45 | $16.95 |
| *Eileen (106)* | | | | | | | | |
| | | | | | | | | |
| **ENHANCED TRANSITIONAL** | N/A | N/A | $14.50 | N/A | $14.50 | N/A | $14.50 | N/A |
| House Coordinator | N/A | N/A | $15.90 | N/A | $16.12 | N/A | $16.45 | N/A |
| *Beaver (100)* | | | | | | | | |
| | | | | | | | | |
| Groundskeeper | $34,360.80 | N/A | $36,098.10 | N/A | $36,793.02 | N/A | $37,856.25 | N/A |
| Housekeeping - Campus | $12.57 | N/A | $13.04 | N/A | $13.21 | N/A | $13.45 | N/A |

Exhibit A

**Passavant Memorial Homes**

*Hourly Wages -- Effective July 1, 2020*

Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase)

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **RESOURCE CENTERS** | | | | | | | | |
| Job/Personal Support/Life Skills Support *(If hired prior to 9/1/96)* | N/A | N/A | $15.06 | N/A | $15.26 | N/A | $15.56 | N/A |
| Job/Personal Support/Life Skills Support *(If hired after 9/1/96)* | $13.87 | N/A | $14.40 | N/A | $14.59 | N/A | $14.87 | N/A |
| Program Support | $14.39 | N/A | $14.95 | N/A | $15.15 | N/A | $15.45 | N/A |
| Seniors Advisor | $14.10 | N/A | $14.64 | N/A | $14.83 | N/A | $15.12 | N/A |
| Program Assistant/Vocational Support | $14.58 | N/A | $15.15 | N/A | $15.36 | N/A | $15.67 | N/A |
| Lead Program Instructor (Rochester) Grandfathered | N/A | N/A | N/A | N/A | N/A | N/A | $36,691.20 | N/A |
| Lead Program Instructor (Harmar, Rochester, Vail) | N/A | N/A | $34,837.33 | N/A | $35,344.80 | N/A | $36,106.00 | N/A |
| Program Instructor | N/A | N/A | $33,467.20 | N/A | $33,924.80 | N/A | $34,611.20 | N/A |
| | | | | | | | | |
| **LTSR (Employees must have 6 mos. Experience)** | | | | | | | | |
| Kohler Supportive Living *(If hired prior to 9/1/96)* | N/A | N/A | $14.64 | N/A | $14.83 | N/A | $15.12 | N/A |
| | N/A | N/A | $14.40 | N/A | $14.59 | N/A | $14.87 | N/A |
| House Coordinator | N/A | N/A | $16.10 | N/A | $16.32 | N/A | $16.65 | N/A |
| | | | | | | | | |
| LTSR-Westmoreland Res. Assistant: | N/A | N/A | $14.73 | N/A | $14.93 | N/A | $15.23 | N/A |
| | | | | | | | | |
| **RESIDENTIAL ASSISTANTS:** | | | | | | | | |
| **Title XIX Allegheny Co. *(If hired prior to 9/1/96)*** | N/A | N/A | $15.15 | $15.65 | $15.36 | $15.86 | $15.67 | $16.17 |
| **Title XIX Allegheny Co. *(If hired after to 9/1/96)*** | $13.92 | $14.42 | $14.45 | $14.95 | $14.64 | $15.14 | $14.94 | $15.44 |
| Team Leader *(If hired prior to 9/1/96)* | N/A | N/A | N/A | N/A | N/A | N/A | $16.10 | $16.60 |
| House Coordinator | $15.49 | $15.99 | $16.10 | $16.60 | $16.32 | $16.82 | $16.65 | $17.15 |

*2nd (110), 37th (1003), Amherst (474), Azalea (256), Baintree (210), Beech (120), Beechford (1901), Belsar (210), Bethelboro (155), Bunola River (285), Claridge (105), Colonial (457), Community Center (130), Connellsville (1349), County Line (544), Crescent (682), Curtis (143), Cypress (228), Eileen (106), Fieldstone (300), Freeport (945), Fulton (38), Georgetown (116), Greensburg (337), Hereford (135), Hillside (515), Hookstown Grade (2397), Julian (538), Junior (167), Kendall (622), MacBeth (600), Macbeth (716), Maple (131), Maratta (1810), Marguerite (116), Marshall (2008), McKrell (236-A), McWilliams (320), Meadowbrook (128), Mt. Pleasant (104), Mt. Pleasant (106-A), Mt. Pleasant (106-B), Mt. Pleasant (1217), Mt. Royal (1616), N. Poplar (28), Northgate (9474), Oak Manor (176), Orchard (25), Orchard (2702), Patton (243), Pentland (1131), Peppertree (6), Princeton (388), Richmond (106), Rock Pool (230), S. Magnolia (200), Sandhurst (1032), Shenango (1121), Snowball (639), Springer (2), Steeplechase (103), Stoney (216), Therman (116), Todd (270), W. Crawford (2508), Whigham (107), Williamsport (4665), Woodland (290)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Armstrong, Clarion, Lawrence, Mercer County** | $13.17 | $13.67 | $13.66 | $14.16 | $13.84 | $14.34 | $14.11 | $14.61 |
| House Coordinator | $15.43 | $15.93 | $16.04 | $16.54 | $16.27 | $16.77 | $16.60 | $17.10 |

*Aetna (812), Lattavo (7), Manor View (109), Oakwood (124), Passavant (200), Rombold (2210), S. 4th (198), Spruce (371), Toledo (449) ,Walnut (230)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Beaver County** | $13.19 | $13.69 | $13.68 | $14.18 | $13.85 | $14.35 | $14.11 | $14.61 |
| House Coordinator | $15.49 | $15.99 | $16.10 | $16.60 | $16.32 | $16.82 | $16.65 | $17.15 |

*Guy (203), Hall (706), Huntsridge (1130), Knowlson (116), Pennsylvania (184), Reno (641 - Heuston), Reno (641 - Waltenbaugh)*

Exhibit A

Passavant Memorial Homes

*Hourly Wages -- Effective July 1, 2020*

*Teamster's Local 926, 261 & 326 Wage Scale ($.20 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **Title XIX Westmoreland** | $13.92 | $14.42 | $14.45 | $14.95 | $14.64 | $15.14 | $14.94 | $15.44 |
| House Coordinator | $15.43 | $15.93 | $16.04 | $16.54 | $16.27 | $16.77 | $16.60 | $17.10 |
| *Alexander (116), Blair (822), Bliss (3), Cannon (166), Cedar (1127), Charles Houck (640), Eastview (742), Erie (28), Farmbrook (235), Greenmont (631), Hampton (553), Harrold (105), Kingston Club (232), Lockwood (20), Locust (516), Locust Valley (241), Longvue (497), Marilou (32), Midway (1234), Mohawk (55), Mount Odin (124), Partridge (240), Route 982 (4393), S. Hamilton (220), Sandy (21), State (620), State Route 136 (3393), State Route 982 (5281), US Route 30 (5209), Vermont (3161), Westpoint (124)* | | | | | | | | |
| | | | | | | | | |
| **Title XIX Bedford/Somerset** | $13.92 | $14.42 | $14.45 | $14.95 | $14.64 | $15.14 | $14.94 | $15.44 |
| House Coordinator | $15.49 | $15.99 | $16.10 | $16.60 | $16.32 | $16.82 | $16.65 | $17.15 |
| *Allegheny (177), Allegheny (179), Railroad (121), Shady (710), Shady (712), Shady (718), Shady (720), W. Sanner (270)* | | | | | | | | |
| | | | | | | | | |
| **DELAWARE** | $13.92 | $14.42 | $14.45 | $14.95 | $14.64 | $15.14 | $14.94 | $15.44 |
| House Coordinator | $15.49 | $15.99 | $16.10 | $16.60 | $16.32 | $16.82 | $16.65 | $17.15 |
| *Buckingham (202), Choptank (1807), Meadow Vista (306)* | | | | | | | | |
| | | | | | | | | |
| Title XIX (Floater) | $15.61 | $16.11 | $15.90 | $16.40 | $16.13 | $16.63 | $16.48 | $16.98 |
| | | | | | | | | |
| **CHILDREN'S/RESPOND PROGRAMS** | | | | | | | | |
| *Foxwood (5), Jackson (215), Mountain View (1016), Regency (1229), Reno (641 - Baldwin A), Reno (641 - Baldwin B)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.80 | $18.30 | $17.80 | $18.30 | $17.80 | $18.30 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.92 | N/A | $14.45 | N/A | $14.64 | N/A | $14.94 | N/A |
| | | | | | | | | |
| **SPECIALIZED RESIDENTIAL** | | | | | | | | |
| *Carnegie (419), Eisenhower (404), Highland (1491), Hi Way Supply (160), Kilmeyer (100), Lougeay (382), Meadow (2278), Sandy (408)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $17.80 | $18.30 | $17.80 | $18.30 | $17.80 | $18.30 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $13.92 | N/A | $14.45 | N/A | $14.64 | N/A | $14.94 | N/A |
| *Delmar (11), Mt. Pleasant (1303), Shady (305)  - no degree required* | N/A | N/A | $17.80 | $18.30 | $17.80 | $18.30 | $17.80 | $18.30 |
| | | | | | | | | |
| **ADULT AUTISM WAIVER** | $13.92 | $14.42 | $14.45 | $14.95 | $14.64 | $15.14 | $14.94 | $15.44 |
| House Coordinator | $15.49 | $15.99 | $16.10 | $16.60 | $16.32 | $16.82 | $16.65 | $17.15 |
| *Eileen (106)* | | | | | | | | |
| | | | | | | | | |
| **ENHANCED TRANSITIONAL** | N/A | N/A | $14.70 | N/A | $14.70 | N/A | $14.70 | N/A |
| House Coordinator | N/A | N/A | $16.10 | N/A | $16.32 | N/A | $16.65 | N/A |
| *Beaver (100)* | | | | | | | | |
| | | | | | | | | |
| Groundskeeper | $34,776.80 | N/A | $36,514.10 | N/A | $37,209.02 | N/A | $38,272.25 | N/A |
| Housekeeping - Campus | $12.77 | N/A | $13.24 | N/A | $13.41 | N/A | $13.65 | N/A |

Exhibit A

**Passavant Memorial Homes**

*Hourly Wages -- Effective January 1, 2021*

Teamster's Local 926, 261 & 326 Wage Scale ($.40 hr. Increase)

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **RESOURCE CENTERS** | | | | | | | | |
| Job/Personal Support/Life Skills Support *(If hired prior to 9/1/96)* | N/A | N/A | $15.46 | N/A | $15.66 | N/A | $15.96 | N/A |
| Job/Personal Support/Life Skills Support *(If hired after 9/1/96)* | $14.27 | N/A | $14.80 | N/A | $14.99 | N/A | $15.27 | N/A |
| Program Support | $14.79 | N/A | $15.35 | N/A | $15.55 | N/A | $15.85 | N/A |
| Seniors Advisor | $14.50 | N/A | $15.04 | N/A | $15.23 | N/A | $15.52 | N/A |
| Program Assistant/Vocational Support | $14.98 | N/A | $15.55 | N/A | $15.76 | N/A | $16.07 | N/A |
| Lead Program Instructor (Rochester) Grandfathered | N/A | N/A | N/A | N/A | N/A | N/A | $37,523.20 | N/A |
| Lead Program Instructor (Harmar, Rochester, Vail) | N/A | N/A | $35,669.33 | N/A | $36,176.80 | N/A | $36,938.00 | N/A |
| Program Instructor | N/A | N/A | $34,299.20 | N/A | $34,756.80 | N/A | $35,443.20 | N/A |
| | | | | | | | | |
| **LTSR (Employees must have 6 mos. Experience)** | | | | | | | | |
| Kohler Supportive Living *(If hired prior to 9/1/96)* | N/A | N/A | $15.04 | N/A | $15.23 | N/A | $15.52 | N/A |
| | N/A | N/A | $14.80 | N/A | $14.99 | N/A | $15.27 | N/A |
| House Coordinator | N/A | N/A | $16.50 | N/A | $16.72 | N/A | $17.05 | N/A |
| | | | | | | | | |
| LTSR-Westmoreland Res. Assistant: | N/A | N/A | $15.13 | N/A | $15.33 | N/A | $15.63 | N/A |
| | | | | | | | | |
| **RESIDENTIAL ASSISTANTS:** | | | | | | | | |
| **Title XIX Allegheny Co. *(If hired prior to 9/1/96)*** | N/A | N/A | $15.55 | $16.05 | $15.76 | $16.26 | $16.07 | $16.57 |
| **Title XIX Allegheny Co. *(If hired after to 9/1/96)*** | $14.32 | $14.82 | $14.85 | $15.35 | $15.04 | $15.54 | $15.34 | $15.84 |
| Team Leader *(If hired prior to 9/1/96)* | N/A | N/A | N/A | N/A | N/A | N/A | $16.50 | $17.00 |
| House Coordinator | $15.89 | $16.39 | $16.50 | $17.00 | $16.72 | $17.22 | $17.05 | $17.55 |

*2nd (110), 37th (1003), Amherst (474), Azalea (256), Baintree (210), Beech (120), Beechford (1901), Belsar (210), Bethelboro (155), Bunola River (285), Claridge (105), Colonial (457), Community Center (130), Connellsville (1349), County Line (544), Crescent (682), Curtis (143), Cypress (228), Eileen (106), Fieldstone (300), Freeport (945), Fulton (38), Georgetown (116), Greensburg (337), Hereford (135), Hillside (515), Hookstown Grade (2397), Julian (538), Junior (167), Kendall (622), MacBeth (600), Macbeth (716), Maple (131), Maratta (1810), Marguerite (116), Marshall (2008), McKrell (236-A), McWilliams (320), Meadowbrook (128), Mt. Pleasant (104), Mt. Pleasant (106-A), Mt. Pleasant (106-B), Mt. Pleasant (1217), Mt. Royal (1616), N. Poplar (28), Northgate (9474), Oak Manor (176), Orchard (25), Orchard (2702), Patton (243), Pentland (1131), Peppertree (6), Princeton (388), Richmond (106), Rock Pool (230), S. Magnolia (200), Sandhurst (1032), Shenango (1121), Snowball (639), Springer (2), Steeplechase (103), Stoney (216), Therman (116), Todd (270), W. Crawford (2508), Whigham (107), Williamsport (4665), Woodland (290)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Armstrong, Clarion, Lawrence, Mercer County** | $13.57 | $14.07 | $14.06 | $14.56 | $14.24 | $14.74 | $14.51 | $15.01 |
| House Coordinator | $15.83 | $16.33 | $16.44 | $16.94 | $16.67 | $17.17 | $17.00 | $17.50 |

*Aetna (812), Lattavo (7), Manor View (109), Oakwood (124), Passavant (200), Rombold (2210), S. 4th (198), Spruce (371), Toledo (449) ,Walnut (230)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Title XIX Beaver County** | $13.59 | $14.09 | $14.08 | $14.58 | $14.25 | $14.75 | $14.51 | $15.01 |
| House Coordinator | $15.89 | $16.39 | $16.50 | $17.00 | $16.72 | $17.22 | $17.05 | $17.55 |

*Guy (203), Hall (706), Huntsridge (1130), Knowlson (116), Pennsylvania (184), Reno (641 - Heuston), Reno (641 - Waltenbaugh)*

Exhibit A

**Passavant Memorial Homes**

*Hourly Wages -- Effective January 1, 2021*

*Teamster's Local 926, 261 & 326 Wage Scale ($.40 hr. Increase)*

| | Probationary Rate | | Base Rate | | Rate 1 | | Rate 2 | |
|---|---|---|---|---|---|---|---|---|
| | Regular | Block | Regular | Block | Regular | Block | Regular | Block |
| **Title XIX Westmoreland** | $13.92 | $14.82 | $14.85 | $15.35 | $15.04 | $15.54 | $15.34 | $15.84 |
| House Coordinator | $15.43 | $16.33 | $16.44 | $16.94 | $16.67 | $17.17 | $17.00 | $17.50 |
| *Alexander (116), Blair (822), Bliss (3), Cannon (166), Cedar (1127), Charles Houck (640), Eastview (742), Erie (28), Farmbrook (235), Greenmont (631), Hampton (553), Harrold (105), Kingston Club (232), Lockwood (20), Locust (516), Locust Valley (241), Longvue (497), Marilou (32), Midway (1234), Mohawk (55), Mount Odin (124), Partridge (240), Route 982 (4393), S. Hamilton (220), Sandy (21), State (620), State Route 136 (3393), State Route 982 (5281), US Route 30 (5209), Vermont (3161), Westpoint (124)* | | | | | | | | |
| | | | | | | | | |
| **Title XIX Bedford/Somerset** | $14.32 | $14.42 | $14.85 | $15.35 | $15.04 | $15.54 | $15.34 | $15.84 |
| House Coordinator | $15.89 | $15.99 | $16.50 | $17.00 | $16.72 | $17.22 | $17.05 | $17.55 |
| *Allegheny (177), Allegheny (179), Railroad (121), Shady (710), Shady (712), Shady (718), Shady (720), W. Sanner (270)* | | | | | | | | |
| | | | | | | | | |
| **DELAWARE** | $14.32 | $14.82 | $14.85 | $15.35 | $15.04 | $15.54 | $15.34 | $15.84 |
| House Coordinator | $15.89 | $16.39 | $16.50 | $17.00 | $16.72 | $17.22 | $17.05 | $17.55 |
| *Buckingham (202), Choptank (1807), Meadow Vista (306)* | | | | | | | | |
| | | | | | | | | |
| Title XIX (Floater) | $16.01 | $16.51 | $16.30 | $16.80 | $16.53 | $17.03 | $16.88 | $17.38 |
| | | | | | | | | |
| **CHILDREN'S/RESPOND PROGRAMS** | | | | | | | | |
| *Foxwood (5), Jackson (215), Mountain View (1016), Regency (1229), Reno (641 - Baldwin A), Reno (641 - Baldwin B)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $18.20 | $18.70 | $18.20 | $18.70 | $18.20 | $18.70 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $14.32 | N/A | $14.85 | N/A | $15.04 | N/A | $15.34 | N/A |
| | | | | | | | | |
| **SPECIALIZED RESIDENTIAL** | | | | | | | | |
| *Carnegie (419), Eisenhower (404), Highland (1491), Hi Way Supply (160), Kilmeyer (100), Lougeay (382), Meadow (2278), Sandy (408)* | | | | | | | | |
| Teacher/Counselor | N/A | N/A | $18.20 | $18.70 | $18.20 | $18.70 | $18.20 | $18.70 |
| *Residential Assistant - Straight shift working with a teacher counselor or overnight shift* | $14.32 | N/A | $14.85 | N/A | $15.04 | N/A | $15.34 | N/A |
| *Delmar (11), Mt. Pleasant (1303), Shady (305)  - no degree required* | N/A | N/A | $18.20 | $18.70 | $18.20 | $18.70 | $18.20 | $18.70 |
| | | | | | $0.40 | $0.40 | $0.40 | $0.40 |
| **ADULT AUTISM WAIVER** | $14.32 | $14.82 | $14.85 | $15.35 | $15.04 | $15.54 | $15.34 | $15.84 |
| House Coordinator | $15.89 | $16.39 | $16.50 | $17.00 | $16.72 | $17.22 | $17.05 | $17.55 |
| *Eileen (106)* | | | | | | | | |
| | | | | | | | | |
| **ENHANCED TRANSITIONAL** | N/A | N/A | $15.10 | N/A | $15.10 | N/A | $15.10 | N/A |
| House Coordinator | N/A | N/A | $16.50 | N/A | $16.72 | N/A | $17.05 | N/A |
| *Beaver (100)* | | | | | | | | |
| | | | | | | | | |
| Groundskeeper | $35,608.80 | N/A | $37,346.10 | N/A | $38,041.02 | N/A | $39,104.25 | N/A |
| Housekeeping - Campus | $13.17 | N/A | $13.64 | N/A | $13.81 | N/A | $14.05 | N/A |

Exhibit A

Exhibit A

# ATTACHMENT "B"

## Revised Policies

# PASSAVANT MEMORIAL HOMES
# POLICIES AND PROCEDURES

**EFFECTIVE DATE: <u>3/92</u>**
**REVISED DATE:<u>10/98, 1/99, 10/12, 9/18</u>**

**SUBJECT:**      Bid Policy

## <u>POLICY</u>

Any Passavant Memorial Homes and Subsidiaries employee has the opportunity to bid on any position that is posted. Positions that become available will be posted at all locations for a minimum of seven (7) days. Employees are to remain in any new position for at least 60 days before opting to transfer to another vacant spot, with the exception of transferring from a regular part time position to a regular full-time position.

## <u>PURPOSE</u>

To provide all employees an equal opportunity to transfer to another department and/or shift.

## <u>PROCEDURE</u>

Immediately upon the vacancy of a position at Passavant Memorial Homes and Subsidiaries the Human Resources Department will post the open position. The position will be posted at all locations of Passavant for a minimum of (7) seven days.

Any employee who is interested in the open position may fill out a "Bid Sheet" and return it to the Human Resources Department.

When the position is posted, all areas will be addressed: Title, Schedule, Salary, Benefits, Requirements, and Determination of how job will be decided upon.

**The determination of a position will be based upon the following:**

If the employee fits all requirements posted, and criteria listed in the determination.

After seven (7) days posting, the Human Resources Administrator will review all "Bid Sheets" and award the position based upon seniority or meet with the respective Director/Coordinator to determine awarding of the position.

**Human Resources Department**

Exhibit A

**Bid Policy**
**Page 2**

If after the seven (7) days, the vacant posting is not bid upon, Passavant reserves the option to assign the employee with the least seniority to the position or a new employee may be hired to fill the vacancy.  (Provided the current employee meets all of the requirements of the position).

The employee who will be granted the position will be contacted by the Human Resources Department.  The start date of a position is the date the employee accepts the position.

**NOTE:**  Posted positions may be bid on by regular active employees.  Inactive employee (i.e. those on disability, workmen's comp., or leave of absence) are not permitted to bid on posted positions. However, inactive employees do retain seniority.

*Special circumstances (i.e. House closures, schedule reconfigurations, etc.) will subject bid procedure to change.

Passavant Memorial Homes and Subsidiaries reserves the right to modify the Bid Policy and associated procedures as reasonable given advances in technology.

# PASSAVANT MEMORIAL HOMES and Subsidiaries

**Policies & Procedures**

**Human Resources**

**EFFECTIVE DATE:** <u>6/85</u>
**REVISED DATE:** <u>2/95, 7/96</u>
<u>11/96, 1/97, 1/99, 5/99, 3/02,</u>
<u>4/04, 2/08, 7/10, 3/12, 10/12, 4/13, 5/14,</u>
<u>11/16, 3/17, 9/18</u>

**SUBJECT:** Discipline

## POLICY

It is the policy of Passavant Memorial Homes to provide steady and continuous employment to all employees whose work, conduct, and general performance prove to be satisfactory. Employees are expected to abide by the rules and regulations of the employer, to observe reasonable standards of conduct and to always consider the best interests of the individuals as their primary responsibility.

## PURPOSE

This policy is to provide guidelines for progressive discipline in order to encourage correction of unacceptable behavior by employees and to attempt to avoid eventual termination.

**Please note:**

Employees are expected to conduct themselves in a dignified manner, and to observe the basic rules of good conduct while working for Passavant. These rules involve the exercise of common sense and fair play in dealing with supervisors, fellow employees, and individuals residing at Passavant Memorial Homes. Employees are expected to follow instructions and do the work assigned.

The degree of discipline (ie: Written Warning, Suspension, and/or Dismissal) will be determined by the seriousness of the situation and/or special circumstances.

When it is necessary to discipline an employee with a written warning, suspension, or dismissal, the employee will be issued a written statement indicating the infraction and the discipline being applied. The employee will be requested to sign the form indicating <u>only</u> that the employee has read and received the form. A copy of the statement will become a part of the employee's personnel file.

It is not possible to list all acts, omissions, and attitudes which a good employee is expected to avoid. There are far too many variations, special circumstances, and situations. The following is a list of some basic infractions and the disciplinary actions that are recommended to be taken.

Exhibit A

This list should in no any way be considered a restriction on the right of Passavant Memorial Homes to establish future policy or to apply disciplinary measures to cases other than those listed.

Employees who disagree with the disciplinary action taken against them have an opportunity to file a grievance.  (please see policy on the grievance procedure)

Our goal is to review the disciplinary action with the employee so that the employee knows what will be expected of them and to restore the employees performance up to standard.

Discipline is progressive, in that once an employee receives a disciplinary action for one proven offense, another offense in that same area will be addressed by administering the next step in the disciplinary process. If during the course of employment, the employee redeems themselves and begins to work consistently at the regular standard of employment, the progressive discipline may be restored back to another stage.  The restoration of any employees discipline record must be approved by the Vice President of Human Resources.

**Disciplinary Action Key**

| | |
|---|---|
| WW | - Written Warning (signed and approved by supervisor) |
| S-1 | - One day suspension (signed and approved by VP of Human Resources or Director of Human Resources) |
| S-3 | - Three day suspension (signed and approved by VP of Human Resources or Director of Human Resources) |
| S-5 | - Five day suspension (signed and approved by VP of Human Resources or Director of Human Resources) |
| D | - Discharge (written letter from VP of Human Resources or approved H.R. Representative) |

Discipline
Page 3

**PROVEN OFFENSE**                            **RECOMMENDED DISCIPLINARY ACTION**

| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
|---|---|---|---|---|---|

**ABUSE**

Abuse* concluded
to be **willful** in nature.                   D
*(as defined in the policy,
*Prohibition of Abuse*)

Abuse* concluded              S-3              D
to be **careless or reckless** in
nature.  *(as defined in the policy,
*Prohibition of Abuse*)

Abuse concluded to           S-1              S-3              D
be **unintentional** in nature.
*(as defined in the policy,
*Prohibition of Abuse*)

Racial, Ethnic or Sexual
harassment, intimidation
and/or open discrimination       D

Theft or Dishonesty              D

Falsifying Records               D

Submitting/Reporting
false/inaccurate information      D

Intoxication or possession
of alcoholic beverages or
illegal drugs while on duty, or
on the grounds Passavant Memorial
Homes property                    D

Failure to complete drug/alcohol
testing                           D

Positive testing of illegal substance
or illegal limit of alcohol       D

Exhibit A

Discipline
Page 4

**PROVEN OFFENSE**                                    **RECOMMENDED DISCIPLINARY ACTION**

| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
|---|---|---|---|---|---|
| Failure to report conviction on drug and alcohol charges within 5 days of conviction | D | | | | |
| Failure to report an unusual incident | D | | | | |
| Breach of confidentiality | D | | | | |
| Failure to report any traffic violation that can be recorded on driving record | D | | | | |
| Failure to report any accident involving a Passavant Vehicle | D | | | | |
| Confirmation by Criminal Clearance check of any violation under Act 169 of 1996 as amended by Act 13 of 1997 | D | | | | |
| Punching another employee time card with intent to defraud | D | | | | |
| Immoral conduct on the job | D | | | | |
| Possession of weapons | D | | | | |
| Workers' Compensation fraud | D | | | | |
| Assault | D | | | | |

**ATTENDANCE/MISSED PUNCHES**

| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
|---|---|---|---|---|---|
| Reporting for work after the designated start time 6 times within any 9 month period | WW | S-1 | S-3 | D | |
| Any combination of Report Offs/ leaving work early 4 times within any 9 month period | WW | S-1 | S-3 | D | |

Exhibit A

Discipline
Page 5

| PROVEN OFFENSE | RECOMMENDED DISCIPLINARY ACTION | | | | |
|---|---|---|---|---|---|
| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
| Reporting off work the day before, after, or of a holiday, includes using emergency day before, after or of a holiday | S-3 | D | | | |
| Improper Call Off (Failure to report absence or tardiness in the correct manner) | WW | S-1 | S-3* | | |
| Working over scheduled hours without approval of supervisor | WW | S-1 | S-3* | | |
| Failure to follow proper procedure in shift reporting | WW | S-1 | S-3* | | |
| Filling own shift after failing to report absence | WW | S-1 | S-3* | | |
| Failure to punch in/out more than three times in a nine month period | WW | S-1 | S-3* | | |
| AWOL (absent without leave)/ Failure to report off duty | S-3 | D | | | |
| Failure to adhere to the Passavant ID badge Policy | Adv. | WW | S1 | S3 | D |

**INSUBORDINATION (NEGLECTING OR REFUSING TO OBEY ASSIGNED DUTIES)**

**Level I:** Where neglect or refusal directly impacts services to the individual(s) being served — D

**Level II:** Where neglect or refusal does not impact individual(s) being served, but causes discord to agency administration — S-3   D

**INAPPROPRIATE CONDUCT:**

**a.** Causes dissension, altercation, bickering, controversy, or dispute

Discipline
Page 6

| PROVEN OFFENSE | RECOMMENDED DISCIPLINARY ACTION | | | | |
|---|---|---|---|---|---|
| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
| with co-workers or supervisory personnel | S-3 | D | | | |
| **b.** Failure to follow standard operating procedure | S-3 | D | | | |
| **c.** Use of foul or obscene language toward co-workers, supervisory personnel or consumers | S-3 | D | | | |
| **d.** Engaging in actions which are in direct opposition to, and outside of, acceptable standards as established agency policy regarding job responsibilities | S-3 | D | | | |
| Leaving work site/grounds without permission | S-3 | D | | | |
| Withholding knowledge of abuse of a client. (physical, verbal, psychological, sexual or financial) | S-3 | D | | | |
| Withholding knowledge of an accident or damage to a Passavant vehicle | S-3 | D | | | |
| Coercion of another employee | S-3 | D | | | |
| Smoking outside of a designated smoking area | S-3 | D | | | |
| Sleeping while on duty | S-3 | D | | | |
| Failure to monitor individuals in your care: | | | | | |
| privacy | S-1 | S-3 | D | | |
| safety | S-3 | D | | | |

**Exhibit A**

Discipline
Page 7

**PROVEN OFFENSE**                     **RECOMMENDED DISCIPLINARY ACTION**

| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
|---|---|---|---|---|---|
| Telephone calls in excess of policy guidelines: 5 - 10 minutes | S-1 | S-3 | D | | |
| Un-logged toll calls ** Reimbursement will be mandatory through payroll deduction | S-1 | S-3 | D | | |
| Engaging in personal business on company time | S-1 | S-3 | D | | |
| Violation of the fire safety rules | S-1 | S-3 | D | | |
| Unauthorized posting, defacing or removal of notices on bulletin boards or other property of Passavant Memorial Homes | WW | S-1 | S-3* | | |
| Failure to report incident to Supervisor | WW | S-1 | S-3* | | |
| Infraction of Dress Code Policy | WW | S-1 | S-3* | | |
| Inadequate/Unsatisfactory job performance, | WW | S-1 | S-3* | | |
| Misuse of company equipment (i.e. use and care of Passavant vehicles, telephone use, household items, etc.) | WW | S-1 | S-3* | | |
| Exceeding time of break period | WW | S-1 | S-3* | | |
| Violation of health rules (refer to Infection Control policy and procedures) | WW | S-1 | S-3* | | |
| Repeated failure to complete documentation required for accurate | | | | | |

Discipline
Page 8

**PROVEN OFFENSE**

**RECOMMENDED DISCIPLINARY ACTION**

| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
|---|---|---|---|---|---|

record keeping in individual charts (i.e. signature, initials, progress notes, care records, goal plans and/or equipment care checklists)

| | WW | S-1 | S-3* | | |

Any combination of failure to report a workrelated accident or injury to Human Resources or failure to complete and return and Employee Accident Report to Human Resources within (24) hours of the accident or injury

| | WW | S-1 | S-3* | | |

**MANDATORY TRAININGS:**
Failure to attend one (1) mandatory, time limited training session

Working suspension, with pay, until make-up training session is attended

Failure to attend make-up session for mandatory, time limited training

D

Failure to attend two (2) mandatory, time limited training sessions in one (1) training year

D*   **\*(Discharge from employment is issued regardless of whether first missed training session was made up)**

**VEHICLE ACCIDENTS/TRAFFIC VIOLATIONS:**
Accident involving a Passavant vehicle in which outside forces, rather than staff's actions were the primary cause

Notification of Findings Letter

Accident involving a Passavant vehicle in which outside forces were the primary cause, but better awareness by staff could have prevented the accident

| | WW | S-1 | S-3* | | |

Accident involving a Passavant vehicle in which the staff's actions were not intentionally and/or grossly negligent,

| **PROVEN OFFENSE** | **RECOMMENDED DISCIPLINARY ACTION** | | | | |
| --- | --- | --- | --- | --- | --- |
| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
| but were the primary cause | WW | S-1 | S-3* | | |
| Violation of the Pa. Motor Vehicle Code which results in a citation, or a violation of Passavant Memorial Homes safety rules (as demonstrated by observation or GPS tracking) | WW | S-1 | S-3* | | |
| Accidents involving a violation of the Pa. Motor Vehicle Code | S-1 | S-3 | D | | |
| Accidents in which it is found that the staff was intentionally or grossly negligent, and their actions were the primary cause of the accident.  i.e.    --homicide by motor vehicle    --being under the influence    --driving during suspension    --permitting violation of any    of the above | D | | | | |

**NOTE:  In the event of an accident, the Vehicle Acccident Investigation Committee will complete an investigation to determine the degree of fault of the staff involved.  Following this investigation, disciplinary guidelines will be followed based on this determination and staff's accident history for the past year.**

**MEDICATION ADMINISTRATION - ERRORS**

| | | | | |
| --- | --- | --- | --- | --- |
| Leaving medication unattended, thereby allowing/causing an individual to ingest another individual's medication | S-3/Retraining | D | | |
| Administering dosage(s) of one individual's medication(s) to another individual | S-3/Retraining | D | | |
| Any error in the actual administration of medication/treatment to an individual (i.e. violation of the Six Rights; Steps for Administering Medication; failure to reorder, or pick up medication, resulting in medication not being available; altering order) | S-1/Review | S-3/Retraining | S-5/Retraining | D |

Discipline
Page 10

| PROVEN OFFENSE | RECOMMENDED DISCIPLINARY ACTION | | | | |
|---|---|---|---|---|---|
| | 1st Offense | 2nd Offense | 3rd Offense | 4th Offense | 5th Offense |
| **MEDICATION ADMINISTRATION – <u>DOCUMENTATION ERRORS</u>** | | | | | |
| Failure to report or concealment of medication errors | D | | | | |
| Any error in the documentation of a medication/treatment (i.e. count sheet or MAR) | WW/Review | S-1/Review | S-3/Retraining | S-5/Retraining* | |
| Transcription Errors (Including but not limited to failure to transcribe an order accurately and carry the order through to completion | WW/Review | S-1/Retraining | S-3/Retraining | S-5/Retraining | D |

**NOTE:**  If, after a nine (9) month period, an employee does not commit another error, disciplinary action will revert back to step one (1st Occurrence)

| **Review** | : | **Proper procedure will be reviewed with the employee** <br> **(Review will be completed by the certified Medication Administration Trainer)** |
|---|---|---|

| **Retrain** : | | **Medication Administration Course and Practicum must be completed** <br> **(Retraining will be completed by a certified Medication Administration Trainer)** |
|---|---|---|

**<u>KEY:</u>**

| **WW** | : | **Written Warning** |
|---|---|---|
| **S-1** | : | **One (1) Day Suspension** |
| **S-3** | : | **Three (3) Day Suspension** |
| **S-5** | : | **Five (5) Day Suspension** |
| **D** | : | **Discharge** |

* = Disciplinary action will not end with this step.   Any additional offenses will result in dismissal from ememployment as the next step in the disciplinary process.

## PROBATIONARY PERIOD

The first one hundred twenty (120) calendar days of employment in any job classification is considered a probationary period.  The probationary period may be extended beyond the first One Hundred Twenty (120) days for up to Thirty (30) additional days with mutual agreement of the Union and the Company.  During this time, supervisors will work closely with new employees to train them in all areas of their work assignment.  If at any time during the probationary period, the employee cannot or will not meet the job requirements, they may be terminated from duty for any reason or no reason with no further obligation.  Therefore, probationary employees may be exempt from the progressive disciplinary policy.

## SUSPENSION WITHOUT PAY

Suspension (without pay) of indefinite length may be issued for:

--      Failure to complete mandatory in-servicing after being scheduled.  Suspension will remain in effect until in-service is re-scheduled and completed by employee.  Failure to comply within 14 days can result in termination of employment.

--      The investigation of an unreported accident or a chargeable accident involving a Passavant vehicle.

--      Employees under investigation by the Employer for any reason will not be paid for any additional hours that were awarded to them outside of a regular scheduled shift/position (not to exceed 40 hours per week) that occur during the investigation.  If an employee's regular scheduled shift/position is less than 40 hours per week, the employee will only be paid for his/her regular scheduled shift/position while under investigation. (For example if an employee works 32 hours per week for his/her regular scheduled shift/position, that employee cannot be paid for more than 32 hours per week while under investigation).

## PROCEDURE FOR DISMISSAL

Supervisor or
Department Director

-- Compiles documentation and records pertaining to the offense, makes recommendation, and consults with the Vice President of Human Resources

V.P. of Human Resources
or H.R. representative

- Reviews the documentation and recommendation of Supervisor or Dept. Director, obtains additional information if needed, and makes determination of dismissal based upon all information

V.P. of Human Resources or
H.R.representative

-- Informs employee of dismissal verbally and in writing

# PASSAVANT MEMORIAL HOMES and Subsidiaries
## Policies & Procedures

### Human Resources Department

**Effective Date:**  10/83
**Revised Date:**  12/95, 1/96, 6/96, 9/96, 1/97, 9/98,
1/99, 3/99, 4/99, 7/99, 4/00, 3/02, 7/09, 7/10, 6/16, 9/18

**SUBJECT:**  Employment

**Equal Opportunity**

Passavant Memorial Homes is an Equal Opportunity Employer and as such provides employment, compensation, promotion, and other terms and conditions of employment without regard to race, color, sex, age, religion, handicap, or non-English and non-verbal individuals.

**Application for Employment**

Completed applications for employment are kept in the Staff Placement office.  They are kept active for six (6) months, from the date of application.  At the end of the six (6) months, an applicant who has not yet been hired may request that the application be renewed.

**Health Investigation**

Good health is a vital requirement for employment at this residential care facility.  All potential employees must have a pre-employment physical exam.  All exams must include proof of general good health, along with a tuberculosis screening.  Physical exams must be repeated every one or two years.  Please refer to "Employee Physical Exams" policy.

**Orientation**

A thorough orientation program has been established so that each new employee may make a satisfactory adjustment to their work environment.  Please refer to "Employee Training" policy.

**Probationary Period**

The first 120 calendar days of employment in any job classification is considered a probationary period. During this time, supervisors will work closely with new employees to train them in all areas of their work assignment.  If at any time during the probationary period, or at any time during employment, the employee cannot or will not meet the job requirements, they may be terminated from duty with no further obligation.

The probationary period may be extended beyond the first One Hundred Twenty (120) calendar days for

Exhibit A

up to Thirty (30) additional days with mutual agreement of the Union and the Company.

**Work Assignment**

All employees at Passavant are assigned to a regular work area or bid as per current labor agreement.  An employee may be moved to another work area within the facility to fill a vacancy at the discretion of the Administration. Individual job duties and/or assignments can be found in departmental policies.  Employees must be capable of fulfilling all duties and responsibilities as assigned to that position including, but not limited to heavy lifting, driving, and transporting.  Employees will not be assigned to work areas where a family member is assigned as this constitutes a conflict of interest.  Employees who are aware of a family member working in a location to which they have been assigned are required to immediately notify the Vice President of Human Resources of the situation, as this constitutes a conflict of interest. Any staff who currently works at a residence or community home with a family member as of July 10, 2009 will be grandfathered in residence or community home.

**PRN Employees**

Employees designated as PRN work on an "as needed" basis.  PRN employees are eligible to bid on posted positions.

In the event a full-time/part-time employee desires to change to PRN status, the following guidelines must be completed:

--      Must have worked in current position for no less than 90 days.
--      Must submit a two (2) week notice to the Human Resources Department.
--      Must work the entire two week notice as regularly scheduled (use of PTO is not permitted) to retain active employment status.  Failure to fulfill the two (2) week notice will result in the termination of employment, unless standard policy is waived by the Human Resources Director.

To maintain active PRN employment status, the employee must:

--      Remain  accessible by  phone and  keep the Program Director /House Coordinator/Human Resources   Department informed of current telephone number.
--      If the employee is not contacted by the Program Director/House Coordinator within a 30 day period, it becomes the employee's responsibility to contact the Program Director/House Coordinator to verify continued availability for work.
--      PRN staff must be available for multiple days and shifts.
--      Work a minimum of 16 hours in a 30 day period, if hours are available.
--      Maintain all requirements as mandated by Passavant Memorial Homes, which apply to all positions, i.e. physicals, criminal clearance, training, etc.

The employer shall check quarterly to see that PRN employees work at least sixteen (16) hours per month to reach their obligations per company policy.  House Coordinators, Program Directors and Site Supervisors will be required to call the PRN employees when extra hours are available.

**Re-hires**

Employees who have resigned from Passavant Memorial Homes in good standing (i.e. satisfactory job performance records, resignation with two week notice) may be eligible for re-hire.

Conditions for re-hire include:
--        The time period between the resignation and re-hire may not exceed six (6) months.
--        Recommendation by at least one (1) previous supervisor.
--        The 90 day working period must be completed before benefits can become effective, if eligible.

**Performance Appraisal**

At the end of the probationary period, and on every anniversary date, each employee is evaluated on their past job performance.  This is done in writing, by the direct supervisor.  The supervisor will review all areas of performance with the employee and will highlight key aspects of the employee's work.  All evaluations are signed by both the employee and supervisor.  Please refer to "Performance Appraisal" policy.

**Job Posting**

Employment opportunities will be posted upon availability, in all departments.  Employees interested in a particular position may respond by completing a "bid sheet" and submitting it to the Human Resources Representatives in Rochester, Harmarville, Greensburg, and Mt. Pleasant Regions.  Administration has discretion to post or not to post certain supervisory positions.  Postings will be valid for a seven (7) day period unless otherwise specified in the job posting.  The seventh day being the deadline.

**Transfers**

All employees will be eligible (with the exception of the restrictions listed below) to bid on all posted positions throughout the agency.  Determination of the employee being awarded a position will be based on the qualifications/requirements identified on each posting.  When more than one candidate satisfactorily meets all the identified qualifications or requirements, the position will be awarded to the person with the most seniority.

Restrictions regarding **eligibility** to transfer are as follows:

--New employees cannot transfer or reply to posted positions until they have completed at least sixty (60) days of employment with satisfactory performance, or are requesting a transfer from a regular part time position to a regular full time position.    Exceptions may be made to this policy by the Department Director, with the approval of the Vice President of Human Resources.

--All other current and active employees must remain in an assigned or awarded part time or full time position for 60 days.

-If an employee is bumped from their position and the original position becomes available within 30 days of starting the new position, the employee will be eligible for their original position.  The employee must submit a bid sheet to Human Resources and their bid will take precedence regardless of seniority.  If more than 30 days has passed after starting the position regular bidding process will proceed.

-During the bump process employees will be given 3 days to make a decision and contact Human Resources.  Once a decision is made it is final and the employee may not consider other positions.

> **\*\*EXCEPTION:  Current and active employees will be eligible to bid from a part time to a full time position in an unspecified period.  However, after receiving a full time position, the employee must remain in that position for 60 days.**

--        An employee on a leave of absence (work related or personal) will not be eligible to bid on any postings until he or she returns to active status.

## Dress Code

All employees will be expected to confirm to a reasonable and professional dress code.  While this can include a wide variety of dress, as employees of Passavant, it is required that the manner of dress meets acceptable standards as is commonplace to a professional and public setting.  It should be remembered that each employee is a representative of this agency, as well as a role model for the individuals we serve.  Therefore, it is required that acceptable standards be met and maintained.  For specific guidelines, refer to Dress Code Policy.

## Back Belts

Because it is not practical to list and/or identify all possible acceptable or unacceptable standards of dress, Passavant reserves the right to address specific situations as they may arise. Rulings on acceptable standards will be made by the Human Resources Director with the approval of the CEO and President. Failure to follow directives issued from the Human Resources office can result in disciplinary action.
All employees are required to wear back support belts when lifting/transferring individuals or heavy objects. The belts are available at each residence, the Adult Training Facilities and other departments as needed (i.e. Dietary/Housekeeping and Maintenance).  If additional size back support belts are needed the employee is to notify their direct supervisor who will then inform the Human Resources Department.

NOTE:  Back support belts are used to provide additional support when needed.  Proper lifting and transferring techniques must be followed to prevent back injuries.

**Termination of employment**

Voluntary resignations

When an employee willfully decides to terminate employment with Passavant, a two (2) week advance written notice must be submitted to the Human Resources Department.  Failure to comply with the two (2) week notice will result in:

        I.        Forfeiture of any existing paid time off including vacation days, holidays, sick days, and any bonus and/or awarded paid time off.

        2.        Ineligibility for rehire.

To successfully complete the required two (2) week notice, the employee must:

        1        Work the entire two (2) week notice period (use of PTO time not permitted once a resignation notice has been submitted)

        2        Not report off duty during the two (2) week notice period

Failure to successfully complete the two (2) week notice (as outlined above) will result in the forfeiture of the eligibility for re-hire, and the forfeiture of any existing paid time off.

**\*\*NOTE:**      **Exceptions may be made due to extenuating circumstances with the approval of the Vice President of Human Resources and the CEO and President.**

Involuntary Terminations

When an employee is involuntarily terminated from employment with Passavant Memorial Homes conditions that will apply include:

Conditions that apply when an employee is involuntarily terminated from employment with Passavant include:

        I.        Employee is not permitted on the grounds of any Passavant operated facility. (Determined by Human Resources Director, based on reason for termination)

        2.        Employee is not to contact any current Passavant employee while he or she is on duty.

        3.        Forfeiture of any existing paid time off including vacation days, holidays, sick days, and any bonus and/or awarded paid time off.

**\*\*NOTE:**      **Exceptions may be made due to extenuating circumstances with the approval of the Vice President of Human Resources and the CEO and President.**

**Employment**
**Page 6**

**Paid Time Off Requests**

At least two week advance notice must be given for all PTO requests.  Requests should be on PTO Request Form and given to the immediate supervisor.

A PTO request for an authorized holiday can be made no sooner than 30 days preceding the holiday.

PTO requests will be approved as coverage allows.

Multiple requests for the same day will be approved based on date of request and seniority.

No Paid Time Off may be taken once a two (2) week notice has been submitted.

*Block Shift staff may take PTO in portions of their Block (ie. four (4) hours, eight (8) hours, sixteen (16) hours, etc.). An entire Block does not need to be taken.

**PLEASE NOTE:  Time off benefits may not be accrued while on Workers' Compensation, Medical Disability, or unpaid Leave of Absence.**

# PASSAVANT MEMORIAL HOMES FAMILY OF SERVICES
## Policies and Procedures

## <u>Human Resources</u>

**EFFECTIVE DATE:** <u>10/83</u>
**REVISED DATE:** <u>2/98, 9/98, 12/99, 5/00, 3/03, 8/05; 7/06, 9/18</u>

**SUBJECT:**  Paid Time Off Benefits

## <u>POLICY</u>

It is the policy of Passavant Memorial Homes Family of Services to have written guidelines determining paid time off benefits for all categories of exempt and non-exempt employees.  The guidelines will specify all eligible and non-eligible employees.

## <u>PURPOSE</u>

To provide consistency in the determination of paid time off benefits for all eligible employees.

## <u>PROCEDURE</u>

### <u>PTO Hours</u>

Approved hours away from work for which an employee is paid, is equal to his or her regular pay rate.

Residential Staff include employees who work a rotating schedule in coordination with a 7-day-a-week, 24-hour-a-day operations and Day Staff include employees who work in a program that operates 5-days-a-week (Monday-Friday), 8-hours-a-day.

### <u>Residential Staff</u>

| Number of Years of Employment | PTO Hours Per Year | Seniority Hours Per Year | Total Hours Per Year |
|---|---|---|---|
| Year 1 | 48 | 0 | 48 |
| Year 2 | 96 | 0 | 96 |
| Year 3 | 144 | 0 | 144 |
| Year 4 | 144 | 16 | 160 |
| Year 5 | 144 | 16 | 160 |
| Year 6 | 144 | 34 | 178 |
| Year 7 | 144 | 34 | 178 |
| Year 8 | 144 | 34 | 178 |
| Year 9 | 144 | 34 | 178 |
| Year 10 | 144 | 34 | 178 |
| Year 11+ | 144 | 60 | 204 |

**Exhibit A**

**Day Staff**

| Number of Years of Employment | PTO Hours Per Year | Seniority Hours Per Year | Total Hours Per Year |
|---|---|---|---|
| Year 1 | 56 | 0 | 56 |
| Year 2 | 80 | 0 | 80 |
| Year 3 | 120 | 0 | 120 |
| Year 4 | 120 | 16 | 136 |
| Year 5 | 120 | 16 | 136 |
| Year 6 | 120 | 34 | 154 |
| Year 7 | 120 | 34 | 154 |
| Year 8 | 120 | 34 | 154 |
| Year 9 | 120 | 34 | 154 |
| Year 10 | 120 | 34 | 154 |
| Year 11+ | 120 | 60 | 180 |

1.  Residential Staff and Day Staff shall receive one Birthday PTO day.

2.  Day Staff shall also receive eight paid holidays per year.

3.  Employees shall not be eligible to use their PTO until they have completed their probationary period.

4.  Year 1 accrual of PTO in the chart above shall begin on the first day of employment.  Year 2 PTO accrual shall begin on the first day of the calendar year after an employee's date of hire if hired between January 1 and November 30.  Year 2 PTO accrual begins on the first day of the second calendar year after an employee's date of hire, if hired between December 1 and December 31.  **Example:** Hired on January 1, 2018 – November 30, 2018, Year 2 accrual begins January 1, 2019.  Hired on December 1, 2018 – December 31, 2018, Year 2 accrual begins January 1, 2020.

5.  Residential Staff PTO accrues monthly and is awarded on the 16th day of each month.  Residential Staff must work through the 15th day of each month to be eligible for PTO. Day Staff are awarded PTO on January 1 of each year.  If Staff transfer between Residential and Day programs, through the year prorated allocations of PTO shall be made to align the PTO to the staff's new balance, the negative balance is carried forward.  Any negative PTO balance shall be deducted from an employee's final paycheck if the employee separates from employment.

**Part Time Employees**

•       Employees must be hired to work at least 14 hours per week to be eligible for PTO.

•       Employees will earn PTO per year equal to the number of hours scheduled per week. The PTO must be taken in a minimum of no less than four (4) hours per request.

Exhibit A

- Eligible Part-time employees earn PTO per year, equal to the average number of hours scheduled per week.
- Eligible Part-time employees begin accruing PTO at the start of their employment but may not use PTO until they have completed their probationary period.
- Part-time employees are not eligible to earn seniority hours.

### PRN/Seasonal Employees:

PRN employees are called in to work on an as-needed basis, thereby following no set working schedule. Employees classified under PRN are not eligible for PTO.  Employees classified under PRN eligible to receive overtime pay in excess of a 40-hour week.

**Seniority Hours** Seniority hours shall be awarded on July 1 if the employee is hired between January 1 and June 30.  Seniority hours are awarded on January 1, if the employee is hired between July 1 and December 31.

### PTO Requests

PTO must be requested at least two weeks in advance.  A PTO request for a holiday cannot be requested sooner that 30 days preceding the holiday.  Multiple request for the same day received by the Employer will be approved based on the date of request and seniority.  No PTO may be taken once a two-week notice is submitted.

No PTO shall be taken once an employee gives their two-week notice to go PRN. If an employee takes PTO after giving their two-week notice to go PRN, the employer shall have just cause to discharge the employee.

### Birthday PTO Guidelines

An employee's birthday shall be considered as a holiday. All regular Full-time employees are eligible to receive Birthday PTO.

- The Birthday PTO will account for 1 shift (up to 8 hours).  Should your birthday fall on a day when you are scheduled more than 8 hours and you wish to take this day as your Birthday PTO day, you will be required to take the remainder of the time as PTO.
- The Birthday PTO can be taken on your actual birthday or any day during the pay period in which the birthday falls.  The Birthday PTO is not eligible for carry-over.
- You must submit a PTO slip to your House Coordinator/Site Supervisor following the current PTO guidelines so that he/she is able to adequately cover the shift during your absence.

If a Full Salaried Employee resigns with proper notice, PTO will be pro-rated.

**Paid Time Off Benefits**
**Page 4**

## Designated Holidays

Passavant Memorial Homes Family of Services recognizes the following holidays:

New Year's Day
Martin Luther King, Jr.  Day
Good Friday (Day Staff)
Easter Sunday (Residential Staff)
Memorial Day
Independence Day
Labor Day
Thanksgiving
Christmas

Residential Staff do not receive paid holidays off.  However, Residential Staff that work on the following days will be compensated at 1.5 times their regular rate:  New Year's Day, Martin Luther King, Jr. Day, Easter Sunday, Memorial Day, Independence Day, Labor Day, Thanksgiving and Christmas.

Day Staff have the following holidays off with pay:  New Year's Day, Martin Luther King, Jr. Day, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving and Christmas.  If the holiday falls on a Saturday, the previous Friday will be considered the holiday.  If the holiday falls on a Sunday, the following Monday will be considered the holiday.

Day Staff that work on a recognized holiday within a residential program will additionally be paid at the OT rate for the time they are work on the holiday.

Any employee reporting off the day before, day after, or on the holiday will be issued a 24-hour unpaid suspension.

## PAID TIME OFF REQUESTS

- At least two weeks advanced notice must be given for all PTO requests.  Requests should be on PTO Request Forms and given to the immediate supervisor.
- A PTO request for an authorized holiday can be made no sooner than 30 days preceding the holiday.
- PTO requests will be approved as coverage allows.
- Multiple requests for the same day will be approved based on date of request and seniority.
- No PTO may be taken once a two (2) week notice has been submitted.

## CARRY OVER USE

Carry Over    --       Up to maximum of 40 hours can be carried over at the end of the calendar
                         year.
               --       No minimum.

**PLEASE NOTE:  Time off benefits may not be accrued while on Workers' Compensation, Medical Disability, or unpaid Leave of Absence.**

# PASSAVANT MEMORIAL HOMES and Subsidiaries
## Policies and Procedures

## Human Resources

EFFECTIVE DATE:   3/87
REVISED DATE:  1/88,1/90,
12/92,7/96,2/98,9/98,1/99,5/00
6/03, 8/12, 6/13, 6/16, 9/18

**SUBJECT:** Timeclock

## POLICY

In general, all hourly, non-exempt** employees of Passavant Memorial Homes and Subsidiaries are required to keep a record of hours worked by using the time clock by telephone system. Badge numbers are established upon employment and payroll is based on the total hours recorded.

**Management has the right to make exceptions based on individual and unique job responsibilities, assignments, and duties.

## PURPOSE

To keep an accurate record of all hours worked by hourly, non-exempt employees of Passavant Memorial Homes and Subsidiaries.

To establish guidelines to be followed for "missed" punches.

## PROCEDURE

**Timeclock:**

Cards indicating badge numbers are issued to each employee during orientation. The employee must keep the card with him/her and not leave it at the work site. The employee is to punch in and out each time/place worked, including trainings, house meetings, etc.

If an employee leaves employment for any reason, the card must be returned to the Human Resources Department.

**NOTE: For the purpose of this policy, "Punching In" and "Punching Out" will refer to the Time Clock System.**

Passavant Memorial Homes and Subsidiaries reserves the right to modify the Timeclock system and associated procedures as reasonable given advances in technology.

Exhibit A

**Time Clocks**
**Policy and Procedure**
**Page 2**

**Punching In:**

Each employee must punch in using his or her own badge number. No employee may punch in for a co-worker*. If an employee neglects to punch in before starting the work day, they must enter the missed punch information using the Missed Punch log. This log then must be faxed immediately to the Payroll Department and no later than Monday mornings. **Three (3) missed punches in a nine (9) month period will subject the employee to disciplinary action.**

Punch in time should be no more than five (5) minutes prior to the beginning of the scheduled work day. Time recorded prior to the beginning of the scheduled work day must be pre-approved by the Program Director of the work site. Unauthorized early punch in times will be addressed according to policy regarding discipline.

**Punching Out:**

Each employee must punch out at the end of his or her scheduled work day. No employee may punch out for a co-worker*. If an employee neglects to punch out, they must enter the missed punch information using the Missed Punch log. This log then must be faxed immediately to the Payroll Department and no later than Monday mornings. **Three (3) missed punches in a nine (9) month period will subject the employee to disciplinary action.**

Time recorded in excess of the hours regularly scheduled in a work day must be pre-approved by the Program Director/Site Supervisor of the work site. Unauthorized additional time worked will be addressed according to policy regarding discipline.

A punch out time that is recorded prior to the scheduled end of a work day will be considered an early quit*.

*See Discipline Policy

**Time Paid – Lates/Early Quits:**

Punch in or punch out time must indicate that eight (8) minutes or more were worked in a quarter hour period to be paid for that time segment. If less than eight (8) minutes are recorded for the initial or ending quarter hour of a scheduled work day, no compensation will be made for that quarter hour*.

- If time is not recorded because an employee neglected to punch in or out, the time will be paid if the correct procedure for reporting a missed punch is followed.
- Please note that the criteria for paid time does not relate to the criteria outlined in the Discipline Policy that determines late times or early quits.

**Exhibit A**

### Additional Hours:

Employees will have access to a method to call-in for time above what they had originally scheduled in the event that the employee cannot reach his/her Direct Supervisor. Passavant Memorial Homes and Subsidiaries will enable employees to leave a voicemail at the Unapproved Additional Work Time Voicemail Box that will suffice as notification of needing to stay for additional time, provided that the employee has an appropriate reason for the additional time. The number for the Unapproved Additional Work Time Voicemail Box is 1-888-764-6467, ext. 850. The employee must leave a voicemail within 24 hours on the date the employee is working over scheduled time. Failure of the employee to leave a voicemail within 24 hours will constitute "working over scheduled hours without approval of supervisor" and will be addressed in accordance with the discipline policy.  The voicemail that the employee leaves must include the following information:

- Employee's name
- Employee's work location (for example, House Name)
- Date and time
- Name of employee's Direct Supervisor
- Reason the employee needs to stay for additional time

### Procedure for Reporting Missed Punches:

The House Coordinator, Program Director, or Site Supervisor shall notify employees of missed punches and document this notification on the House Coordinator Missed Punch Verification Form provided by the Employer.  All House Coordinator Missed Punch Verification Forms are to be scanned and emailed to the Payroll department at Payroll@passavant.org or faxed to 724-775-6971 when Payroll is completed biweekly.  The Payroll Department will store all Missed Punch Verification Forms

The employee is also responsible for completing a missed Punch Form.

**Missed punches that are not received by 12:00pm on the Tuesday of the week of payday, payment will be received in the following biweekly paycheck.**

**Adjustment checks will be issued only when a supervisory error has occurred (PTO, PRO, Bereavement, etc. not entered by supervisor).**

# ATTACHMENT "C"

# Existing Drug and Alcohol Policies Referenced

## PASSAVANT MEMORIAL HOMES FAMILY OF SERVICES
### Policies and Procedures

### Human Resources

**EFFECTIVE DATE:** 10/1/93
**REVISED DATE:** 3/1/94, 10/95, 8/96,
4/97, 1/99, 6/08, 5/13, 4/16, 6/16, 10/18

**SUBJECT:**     Drug and Alcohol Testing Program

## POLICY

It is the policy of Passavant Memorial Homes Family of Services to conduct systematic drug and/or alcohol testing on an on going basis.

## PURPOSE

To maintain a drug and alcohol free workplace in all work sites operated by Passavant Memorial Homes Family of Services.  To prevent any employee from using or being under the influence of any substance that impairs or alters his/her mind or behavior while on the premises of any Passavant Memorial Homes Family of Services operated facility or office, or in a company owned or operated vehicle  regardless of whether the employee is on or off duty.  To assure that quality care and safety standards are maintained for all individuals residing and working with Passavant Memorial Homes Family of Services.

## PROCEDURE

### Selection Process

All new hires will be required to submit to pre-employment drug testing which will be conducted at one of Passavant Memorial Homes Family of Services regional offices or a designated medical facility.

Any employee who sustains a work-related injury must, upon seeking medical treatment, consent to drug and/or alcohol testing at the time of treatment.

Any employee involved as a driver in a motor vehicle accident shall within one (1) hour from the time of the accident report for drug and alcohol testing.  If the employee is assisted by emergency responders and/or medical personnel at the accident site for injuries sustained in the accident, the employee must consent to drug and alcohol testing at the time of treatment.

In the event that Passavant Memorial Homes Family of Services determines in its sole discretion that medication is unaccounted for, all employees working at the site where the medication was deemed to be missing will be required to submit to drug testing within one (1) hour of notification.

Exhibit A

**Drug and Alcohol Testing Program**
**Page 2**

    −   Results of this testing will be kept in a confidential file in the Human Resources Office.

    −   The identities of employees tested will be kept confidential.  ONLY designated Human Resources personnel will have access to this information.

In addition, Passavant Family of Services reserves the right to require immediate drug and/or alcohol testing in the following circumstances:

    −   Any employee who exhibits behavior indicating he or she is under the influence of drugs or alcohol while on the premises of any Passavant Memorial Homes Family of Services operated facility or office, or in a company owned or operated vehicle regardless of whether the employee is on or off duty, can be required to submit to drug/alcohol testing authorized by the Vice President of Human Resources or Director of Human Resources and CEO.  (See Drugs and Alcohol in the Workplace policy for procedural details.)

<u>Notification Process</u>
In the event of a work-related injury, drug and/or alcohol testing will simultaneously be completed by the facility treating the work injury.

In cases of "for cause" testing, the employee will be notified to report immediately to a Passavant Memorial Homes Family of Services designated facility for drug and/or alcohol testing.  Should there be any suspicion of alcohol consumption by an employee on the premises of any Passavant Memorial Homes Family of Services operated facility or office, or in a company owned or operated vehicle regardless of whether the employee is on or off duty, Passavant Memorial Homes Family of Services will designate personnel to drive the employee to the testing facility, or assure the employee calls someone to drive them to the designated testing facility.

**\*\*Refusal to comply with testing procedure and to complete testing will result in the termination of employment with Passavant Memorial Homes Family of Services.**

<u>Testing Process</u>
Passavant Memorial Homes Family of Services will identify the medical facility that will conduct and complete the drug and/or alcohol testing.

Positive test results for any controlled substance or illegal drug will make an employee ineligible for active employment with Passavant Memorial Homes Family of Services.   No evidence of the use of a controlled substance or illegal drug will be acceptable.

In the event of a positive test result for any controlled substance or illegal drug, the employee has the right to have another test completed.  This test will be completed using the remainder of the original specimen.  The employee may have the specimen tested at a laboratory of their choice.

Exhibit A

The cost of the second testing will be at the employee's expense.

Positive test results for the presence of alcohol will be acceptable only if the level is less than .04 (4%). In the event of a positive test result for a legal substance (i.e. alcohol) the employee has the right to have another test completed. The test will be completed using the remainder of the split sample. The employee may have the specimen tested at a laboratory of their choice. The cost of the second test will be at the employee's expense.

If test results are positive but indicate the presence of an approved/prescribed drug, the employee will be required to:

- Provide written verification of prescription/need for medication from physician within 48 hours of positive test result.

- Submit to retest within 90 days to assure the continuation of therapeutic level of prescribed/approved medication.

In the event of a positive result for marijuana, if the employee indicates that he/she is prescribed medical marijuana the employee will be required to comply with the Medical Marijuana Act, Act 16 of 2016 ("Act") and shall provide a valid certification pursuant to the Act and a valid identification card issued by the Department of Health within forty-eight (48) hours of a positive test result.

Medical marijuana may only be dispensed to "a patient who receives a certification from a physician who is registered with the Department of Health pursuant to the Act, and is in possession of a valid identification card issued by the Department of Health."

The use of medical marijuana is lawful as part of the treatment of a serious medical condition as authorized in a Certification.

Serious Medical Conditions are any of the following:
1. Cancer
2. Positive Status for Human Immunodeficiency Virus or Acquired Immune Deficiency Syndrome
3. Amyotrophic Lateral Sclerosis
4. Parkinson's Disease
5. Multiple Sclerosis
6. Damage to the nervous tissue of the spinal cord with objective neurological indication of intractable spasticity
7. Epilepsy
8. Inflammatory Bowel Disease
9. Neuropathies

10.   Huntington's Disease
11.   Crohn's Disease
12.   Post-Traumatic Stress Disorder
13.   Intractable Seizures
14.   Glaucoma
15.   Sickle Cell Anemia
16.   Severe Chronic or intractable pain of neuropathic origin or severe chronic or intractable pain in which conventional therapeutic intervention and opiate therapy is contraindicated or ineffective.
17.   Autism

Also, employees shall be prohibited from performing any task which the employer deems life-threatening to either the employee or any of the employees of the employer while under the influence.  Employees will also be prohibited from performing any duty which could result in a public health or safety risk while under the influence of medical marijuana.

**\*\*NOTE:**  Prescribed and over the counter medication may be exempt within acceptable limits with dosage approved by testing physician.  It is the employee's responsibility to advise the medical testing facility of all medications taken within the past (24) hours prior to testing.

<u>**General Guidelines**</u>
Passavant Memorial Homes Family of Services reserves the right to test employees at any time.  Notification and testing will be kept confidential.  The cost of the testing will be the responsibility of Passavant Memorial Homes.

If an employee is notified that he or she is to submit to testing, and refuses at any time, Passavant Memorial Homes Family of Services reserves the right to terminate employment.

If an employee voluntarily seeks and obtains formal treatment in a licensed rehabilitation substance abuse treatment program, and then; provides written official documentation of the successful completion of such program, he or she may then be eligible for re-hire.

**Eligibility for re-hire will be based on:**
  – Past work history including job performance record
  – Recommendations of appropriate supervisor(s)
  – The successful completion of a Drug and/or Alcohol Testing by the medical facility identified by Passavant.

\*\*Cost of the test will be the responsibility of the employee.
All testing records will be kept in a confidential file in the Human Resources office.

The CEO and President of Passavant Memorial Homes Family of Services may review procedure methods and tests results at any time.

# PASSAVANT MEMORIAL HOMES
# FAMILY OF SERVICES

## Drug and/or Alcohol Testing Program

### Acknowledgement/Consent Form

I, _____, have been inserviced and understand the procedure of Passavant Memorial Homes Family of Services drug and/or alcohol random and for cause drug/alcohol testing program.  I understand, if selected, the medical facility will be chosen by Passavant Memorial Homes Family of Services and the cost of the testing will be paid by Passavant Memorial Homes Family of Services.   I further understand that failure to complete the testing when required and/or a positive test result will result in the termination of my employment.

I have been informed that in the event of a positive test result, I have the right to have another test completed.  It has also been reviewed and my understanding is that the testing will be completed using the remainder of the original specimen and that I may have the specimen tested at a laboratory of my choice.  I understand that the cost of this second testing will be at my expense.

I will not hold Passavant Memorial Homes Family of Services or the hospital responsible for the test results that jeopardize my employment with Passavant Memorial Homes Family of Services.


_____          _____
Signature of employee                                                                Date



_____          _____
Signature of witness                                                                  Date

**Exhibit A**

NOTICE OF PRE-EMPLOYMENT
CONTROLLED SUBSTANCE TESTING

As part of your employment application process you must successfully pass a controlled substance test for drugs associated with substance use, prior to being offered employment with Passavant Memorial Homes Family of Services.

In privacy and under sanitary conditions, you will be required to provide a urine sample, which will be immediately tested by Passavant Memorial Homes Family of Services staff.  If your sample should test positive or indicate a controlled substance, you will be so advised and not offered employment with Passavant Memorial Homes Family of Services.

At your sole cost and expense, you may have another test performed at another laboratory previously approved by Passavant Memorial Homes Family of Services.  Should this test be negative your application for employment shall be reconsidered.

CONSENT FOR TESTING

I have been informed of Passavant Memorial Homes Family of Services policy prohibiting the use of drugs or alcohol in the work place and reporting to work impaired by or under the influence of any legal or illegal substance.  I understand that testing for controlled substances is required as part of my pre-employment application and evaluation process.

I further understand that if hired by Passavant Memorial Homes Family of Services I am bound by the terms of policies of Passavant Memorial Homes dealing with Drug and Alcohol Use In The Workplace, Drug and Alcohol Testing Program and may be required to again submit to drug/alcohol testing during the course of my employment.

I consent for Passavant Memorial Homes Family of Services to test urine specimens supplied by me for the above purposes.

_____
SIGNATURE

_____
PRINTED NAME

_____
DATE

Exhibit A

**PASSAVANT MEMORIAL HOMES**
**Policies and Procedures**

## Human Resources

**EFFECTIVE DATE:    5/93**
**REVISED DATE:  10/1/93,**
  **10/95, 8/96, 4/97, 1/99, 5/13**

**SUBJECT:**        Drug and Alcohol use in the Workplace

## POLICY

Passavant Memorial Homes is dedicated to the maintenance of a workplace free from the use of drugs and alcohol for all employees.

## PURPOSE

To provide quality services to all individuals living at Passavant Memorial Homes by assuring that services are provided by employees free from any effects of substance abuse. To clearly prohibit the use of any mind or behavior altering substance in the workplace.

## PROCEDURE

Drug Free Workplace
A drug free workplace will be maintained at all work sites operated by Passavant Memorial Homes.  This will be accomplished by the enforcement of the following regulations:

- The manufacture, distribution, dispensation, possession or use of an illegal drug or controlled substance in the workplace is strictly prohibited.  Employees violating this policy will be subject to disciplinary action, up to and including termination.

- An employee convicted of violating a controlled substance or illegal drug statute must notify the Vice President of Human Resources of the conviction.  Failure to do so will result in disciplinary action, up to and including termination.

Alcohol Free Workplace
An alcohol free workplace will be maintained at all work sites operated by Passavant Memorial Homes.  This will be accomplished by the enforcement of the following regulations:

- The use of, possession of, or being under the influence of any drug or alcoholic substance in the workplace or on any Passavant property regardless of whether the employee is on duty or not is prohibited.  Any employee who violates this policy will be subject to disciplinary action, up to and including termination.

- Any employee convicted of a DUI must notify the Vice President of Human Resources, as per the Driving Requirements policy.  Failure to do so will result in disciplinary action, up to and including termination.

Drug and Alcohol Free Workplace

Passavant Memorial Homes will conduct "for cause" drug and/or alcohol testing.  Additionally, in the event of a work-related injury, drug and/or alcohol testing will simultaneously be completed by the facility treating the work injury.  Any employee involved as the driver in a motor vehicle accident will report for drug and alcohol testing within one (1) hour from the time of the accident.  In the event that it is determined that medication is unaccounted for, all employees working at the site of the missing medication will be required to submit to drug testing within one (1) hour of notification.  All notifications and test results will be maintained in a confidential file in the Human Resources office.  (See Drug and Alcohol Testing policy.)

If, at any time, an individual suspects any employee or co-worker of being under the influence of drugs or alcohol while on the premises of a Passavant Memorial Homes residence or office, regardless of whether the employee is on duty or not, the following steps should be taken.

- The supervisor will be notified immediately.  The supervisor will assess the situation.
- The supervisor will then notify the Vice President of Human Resources.  If probable cause is evident, immediate drug/alcohol testing will be authorized.  The CEO and President will be notified of action taken.
- The employee suspected of being under the influence of drugs or alcohol will be suspended pending results of testing.
- If test results are positive, the employee will be subject to disciplinary action, up to and including termination.

**\*\*Refusal to submit to testing will result in termination.**

If an employee voluntarily seeks and obtains formal treatment in a licensed rehabilitation substance abuse treatment program, and then; provides written official documentation of the successful completion of such program, he or she may then be eligible for rehire.  (See Drug and Alcohol Testing Program Policy)

**Exhibit A**

**PASSAVANT MEMORIAL HOMES**
**Policies and Procedures**

## Human Resources

**EFFECTIVE DATE: 4/11**
**REVISED: 6/16**

**SUBJECT:**     Pre-Employment Drug and Alcohol Screening Policy

## POLICY

It is the policy of Passavant Memorial Homes to provide a safe drug and alcohol free environment for consumers, visitors and employees.  Passavant Memorial Homes, in accordance with this policy, will test all applicants to whom an offer of employment is to be extended for prohibited drug and alcohol use through pre-employment drug screening test.

## PURPOSE

The purpose of this policy is to ensure that applicants who are being considered for employment by Passavant Memorial Homes are free from prohibited drug and alcohol use.  The requirements and procedures outlined in this policy shall apply to all external candidates hired or rehired at Passavant Memorial Homes on or after April 1, 2011.

Prohibited drug and alcohol use shall include using or being under the influence of any legal or illegal substance that impairs or alters his/her mind or behavior, including any controlled substance, illegal drug (including medically prescribed marijuana), or legal substance above the acceptable limits set forth by the State Department of Transportation.

## PROCEDURE

**Pre-Employment Drug Screening**

Pre-employment prohibited drug and alcohol screening test is to be completed on every individual to whom an offer of employment is to be extended by Passavant Memorial Homes.

**Notification Process**

All offers of employment, including verbal and subsequent written confirmation must include a statement indicating that the offer is conditioned on successful completion of the pre-employment drug screen.

Exhibit A

**Pre-Employment Drug and Alcohol Screening Policy**
**Page 2**

This procedure must be completed prior to the start of employment.  All applicants must sign a Consent/Acknowledgement Form consenting to the Pre-employment prohibited drug and alcohol screening policy.

Refusal to comply with testing procedure and to complete testing will result in the withdrawal of offer of employment with Passavant Memorial Homes.

**Testing Process**

Passavant Memorial Homes will identify the medical facility that will conduct and complete the pre-employment drug and/or alcohol testing.

Positive test results for any controlled substance or illegal drug (including medically prescribed marijuana) will make an employee ineligible for active employment with Passavant Memorial Homes.   No evidence of the use of a controlled substance or illegal drug (including medically prescribed marijuana) will be acceptable.

In the event of a positive test result for any controlled substance or illegal drug (including medically prescribed marijuana), the employee has the right to have another test completed.  This test will be completed using the remainder of the original specimen.  The employee may have the specimen tested at a laboratory of their choice.  The cost of the second testing will be at the employee's expense.

Positive test results for the presence of a legal substance (i.e. alcohol) will be acceptable only within the limits and standards set by the state  Department of Transportation.  (A level below .04%)  Evidence of the use of a legal substance beyond this standard will not be acceptable.

If test results are positive but indicate the presence of an approved/prescribed drug (NOT including medically prescribed marijuana), the employee will be required to:

– Provide written verification of prescription/need for medication from physician within 48 hours of positive test result.

– Submit to retest within 90 days to assure the continuation of therapeutic level of prescribed/approved medication.

**\*\*NOTE:**  Prescribed and over the counter medication may be exempt within acceptable limits with dosage approved by testing physician.  It is the employee's responsibility to advise the medical testing facility of all medications taken within the past (24) hours prior to testing.

**Exhibit A**

**Pre-Employment Drug and Alcohol Screening Policy**
**Page 3**

**<u>General Guidelines</u>**
Passavant Memorial Homes reserves the right to test all applicants which have been extended an offer of employment prior to beginning their employment at Passavant Memorial Homes. Notification and testing will be kept confidential.  The cost of the initial testing will be the responsibility of Passavant Memorial Homes.

When an applicant who has been extended an offer of employment is notified that he or she is to submit to testing, and refuses at any time, Passavant Memorial Homes reserves the right to rescind the offer of employment.

All testing records will be kept in a confidential file in the Human Resources office.

The CEO and President of Passavant Memorial Homes may review procedure methods and tests results at any time.

**Exhibit A**

# PASSAVANT MEMORIAL HOMES and Subsidiaries

## Drug and/or Alcohol Pre-Employment Testing Program

### Acknowledgement/Consent Form

I, _____, have been inserviced and understand the procedure of Passavant Memorial Homes' Pre-employment drug and/or alcohol random and for cause drug/alcohol testing program.  I understand the medical facility will be chosen by Passavant Memorial Homes and the cost of the testing will be paid by Passavant Memorial Homes.

I further understand that employment is conditioned upon a negative test result, whereby positive results for any controlled substance, illegal drug (including medically prescribed marijuana), or legal substance above the acceptable limits set forth by the State Department of Transportation, will result in the rescission of my employment offer.  I further understand that failure to complete the testing when required will result in the rescission of my employment offer.

I have been informed that in the event of a positive test result, I have the right to have another test completed.  It has also been reviewed and my understanding is that the testing will be completed using the remainder of the original specimen and that I may have the specimen tested at a laboratory of my choice.  I understand that the cost of this second testing will be at my expense.

I will not hold Passavant Memorial Homes or the hospital responsible for the test results that jeopardize my employment with Passavant Memorial Homes.


_____        _____
Signature of applicant                                 Date


_____        _____
Signature of witness                                   Date

Exhibit A

# ATTACHMENT "D"

## Previous Extension and Side Agreements Integrated Into the CBA

**Teamsters Local 926 & Passavant Memorial Homes**
**Terms Sheet for 2016 Negotiations:**
**Extension Agreement: January 1, 2016 through December 31, 2017**

1.) Cover Page: January 1, 2016 through December 31, 2017.

2.) (Page 1) Change dates on Agreement to read as follows: First day of January, 2016.

3.) (Page 6) <u>ARTICLE VI RESPONSIBILITIES OF THE PARTIES Add at end of #7:</u>

Employees will be paid a minimum of two (2) hours at any meeting called by the company for an investigation if it is the employee's day off.

4.) (Page 7) <u>ARTICLE VIII GRIEVANCE PROCEDURE:</u>

<u>Step One, Step Two, and Step Three:</u> change Ten (10) business days to Five (5) business days.

<u>Step Two:</u> Where the Step One disposition is unsatisfactory, the grievance may be appealed within five (5) business days after receipt of the Human Resource Representative's written answer to the Vice President of Human Resources. A meeting will then be arranged between the Vice President of Human Resources and the Union's Business Representative. The parties' representatives, at all levels, will comply with the time limits as they apply to grievance answers. The Vice President of Human Resources will have five (5) business days to submit his/her written answer to the employee/Union. If the grievant does not attend the first grievance meeting, the meeting will be rescheduled once. If the grievant does not attend the re-scheduled grievance meeting, the Union will withdraw the grievance.

<u>Step Three:</u> (#2 (Add at the beginning)): Any grievance which has been scheduled for arbitration and has a date for the hearing the parties will meet thirty-five (35) days before to see if settlement can be reached so the parties will not have to pay the cancellation fee.

5.) (Page 10)    <u>ARTICLE IX EMPLOYEE DISCIPLINE</u>

<u>*Section3.</u> (#3)(New) The Employer shall check quarterly to see that PRN employees work at least sixteen (16) hours per month to reach their obligations per company policy. House Coordinators/RPD/Site Supervisor will be required to call the PRN employees when extra hours are available.

6.) (Page 18) <u>ARTICLE XII MISCELLANEOUS LEAVE</u> (*This change is retroactive*)

<u>*Section 5</u>: The Company agrees to pay all eligible full time employees short-term disability pay of fifty dollars ($50.00) per day or two hundred fifty dollars ($250.00) per week for a maximum of twelve (12) weeks when the employee is unable to work due to serious medical/health condition and/or birth or adoption of a child.

     A. Full-time employees, who have completed one (1) year of employment.

B. Full-time employees who are unable to work due to a serious medical/health condition or the birth or adoption of a child.

C. Delete

7.) (Page 19) <u>ARTICLE XVI "FLOATER" POSITION</u>

The parties have agreed to the creation of a "Floater" position. This position is described in the job description created by the Company and reviewed by the Union. The description is subject to change in accordance with the policies of the Company. The parties agree that the Company may utilize up to three (3) floaters per Region on a consistent schedule basis with one floater per shift, and can hire up to eighteen (18) total floaters. At the Company's discretion, the Company can post three eight-hour shifts for the floaters to bid. The parties have agreed that this position will be used to cover for employees that are off work due to miscellaneous leaves as per Article VII of this Agreement, employees on workers' compensation, or to cover for employees that are on PTO or call off (after staff in the house where the PTO or call off occurred are offered and have rejected the work). "Floaters" may also be used in open positions after staff in the house where the position is open have been offered and reject the work. The assignment of the "Floaters" in open positions shall be done on a weekly basis at the sole discretion of the Company, after the Company has complied with its obligations to offer said work to the employees working in the house or program. The parties agree that the "Floater" job will be full-time and receive all benefits as per this Agreement. The parties have agreed that for the duration of this Agreement, there will be no more than eighteen (18) "Floater" positions and the "Floater" position and the "Floater" will only be used as described in this section. There will be no over-stacking of "Floaters" in any region.

8.) (Page 20) <u>ARTICLE XVII SAFETY AND BULLETIN BOARDS</u>

<u>*Section 1.</u>  Safety (Add at the end) The Company and Union agree to have a Safety Committee made up of three (3) company representatives and three (3) Union representatives, each party will appoint their representatives. The Committee will meet quarterly and make recommendations to management on ways to improve safety in the work place. When the committee can't agree on procedures for improving work safety the matter will be referred to Senior Management and the Union Business Representatives for review. Senior Management and Union Business Representatives will come to an agreement to resolve the issue.

9.) (Page 22) <u>ARTICLE XVIII SENIORITY/BIDDING/RECALL</u>

<u>*Section 7.</u> Job Coach, Personal Support, House Coordinators, Life Skills Support, Program Instructor/Specialist, Teacher-Counselor, and Specialized Residential Counselor:

1. Employees bidding on these jobs will be subject to review by the Employer. All employees that bid on any of these jobs shall be interviewed. The Employer shall send a written response regarding the result of the interview to both the employee and the

Union. The Employer reserves the right to make decisions based on the Employer and consumers' best interests, but no such decisions shall otherwise be arbitrary or capricious.

*Section 8.

(#5 NEW) House Coordinators and Lead Instructors will be paid twenty-five dollars ($25.00) per month for cell phone reimbursement.

(#6 NEW) A rotating on-call schedule will be put in place for House Coordinators on weekends and each House Coordinator will take a turn every three (3) weeks.

(#7 NEW) The Company will make every effort to place displaced (through no fault of their own) teacher-counselor and specialized residential employees into another teacher-counselor or specialized residential position.

10.) (Page 24)   ARTICLE XX INSURANCE BENEFITS/ 401K PLAN

* Section 1.   All full-time bargaining unit employees that have completed six (6) months of service shall be eligible to participate in the Employer's 401(K) plan for the term of this agreement.

The Company will make the following contributions for regular full-time employees who qualify for participation under the terms described in the Plan Documents (describing eligible employees) as follows :

a.) July 1, 2016 : $100.00 per eligible full-time employee

b.) July 1, 2017 : $100.00 per eligible full-time employee

11.) (Page 25) Article XX INSURANCE BENEFITS / 401(k) PLAN

The Employer will continue its own life insurance and short-term disability plans.

Upon termination of employment, all employees shall be eligible to purchase the Life Insurance policy at his or her own expense. The Employer shall send a letter of notification to each eligible employee regarding the employee's ability to continue the life insurance policy.

12.) (Page 27)   ARTICLE XXI HOURLY RATES

*Section 1. See attached Wage Schedule marked Attachment "A."

a.) Effective January 1, 2016: all wage rates shall increase forty cents ($.40) per hour.

b.) Effective January 1, 2017: all wage rates shall increase forty-five cents ($.45) per hour.

Attachment A: Wage Scale

Add Teacher-Counselor position and Specialized Residential position

**13.) (Page 29)  ARTICLE XXVI MISCELLANEOUS**

Section 5. Snow houses:

(#8 (Add at end)):

- The Employer shall notify employees regarding the need to utilize snow houses as soon as the Employer has made that decision but no later than two (2) hours before the employees' shift. The Company will make every effort to give employees enough time to get to their snow house during extreme weather. Similarly, employees shall make every effort to plan ahead to give themselves adequate time to get to said snow house.

- The Employer will not unreasonably withhold approval for employees to stay at the residence during extreme weather. The employee will not be paid for this time and must get approval from the Program Operations Director (POD).

- Extreme weather is defined as accumulating snow, ice, tornado, hurricane, torrential rain, flash flood, etc. that would cause unsafe driving conditions.

(#9-NEW) The Employer will notify the Union in writing of the basis for the removal within forty-eight (48) hours of an employee's removal from the position. If an employee is removed from a position for a non-disciplinary reason, the Company shall tell the employee that the removal is non-disciplinary when informing said employee of the removal.

(#10-NEW) Employees will only be able to be pulled from their bid shift for no more than three (3) weeks to another residence unless there is an emergency.

(#11-NEW) The Company will make the employee aware of Consumers that have special needs before transferring into a program and Houses.

(#12-NEW) The Company shall provide hands on training for defensive moves and how to manage challenging behaviors.

**14.) (Page 30)  ARTICLE XXVII TERM OF EXTENSION AGREEMENT**

January 1, 2016 – December 31, 2017

**15.) (Page 30)   ARTICLE XXVIII (Change date)**

*First day of January, 2016

**16.) Policies:**

4

**Exhibit A**

A. Drug & Alcohol Testing Program Procedure:

Selection Process:

All new hires will be required to submit to pre-employment drug testing which will be conducted at one of Passavant's regional offices.

Any employee who sustains a work-related injury must, upon seeking medical treatment, consent to drug and/or alcohol testing at the time of treatment.

Results of this testing will be kept in a confidential file in the Human Resources office.

The identities of employees tested will be kept confidential. ONLY designated Human Resources personnel will have access to this information.

Any employee involved as a driver in a motor vehicle accident shall within one (1) hour from the time of the accident report for drug and alcohol testing. If the employee is assisted by emergency responders and/or medical personnel at the accident site for injuries sustained in the accident, the employee must consent to drug and alcohol testing at the time of treatment.

In the event that Passavant Memorial Homes determines in its sole discretion that medication is unaccounted for, all employees working at the site where the medication was deemed to be missing will be required to submit to drug testing within one ( 1) hour of notification.

In addition, Passavant reserves the right to require immediate drug and/or alcohol testing in the following circumstances:

Any employee who exhibits behavior indicating he or she is under the influence of drugs or alcohol while on the premises of any Passavant Memorial Homes operated facility or office, or in a company owned or operated vehicle regardless of whether the employee is on or off duty, can be required to submit to drug/alcohol testing authorized by the Vice President of Personnel or the Human Resources Director and CEO. (See Drugs and Alcohol in the Workplace policy for procedural details).

Testing Process:

i.   (Paragraph 4): Positive test results for the presence of alcohol will be acceptable only if the level is less than .04 (4%). In the event of a positive test result for a legal substance (i.e. alcohol) the employee has the right to have another test completed. The test will be completed using the remainder of the split sample. The employee may have the specimen tested at a laboratory of their choice. The cost of the second test will be at the employee's expense.

Exhibit A

B. <u>Vehicle Accident Notifications, Investigation and Discipline</u>

Notification Procedures in the Event of an Accident:

The Program Operations Director will notify:

1. Executive Director
2. Human Resources Director

The driver of the vehicle shall within one (1) hour from the time of the accident report for drug and alcohol testing. If the employee is assisted by emergency responders and/or medical personnel at the accident site for injuries sustained in the accident, the employee must consent to drug and alcohol testing at the time of the treatment. Results of the test shall be reported to Executive Management and the Vehicle Accident Investigative Committee.

C. <u>Dress Code Policy</u>

Block shift staff are expected to be appropriately dressed for work, as outlined in this policy, an hour after their start time.

D. <u>Side Agreement #4</u>

In the event that an employee's paycheck is determined to be incorrect, the Company will make every reasonable attempt to promptly correct such error. Upon confirming the error, the Company will, if notified on payday, correct the error and the employee will have the check in hand by the close of business on Wednesday (assuming a Friday payday). The check will be available at the Payroll Office (currently in Rochester). The employee shall have the responsibility to either (1) pick up the check or (2) notify the Payroll department to mail the check to the Employee's home.

House Coordinators (or whoever is doing payroll) shall notify employees of missed punches and document said notification on the Missed Punch Notification Form provided by the Employer. All Missed Punch Notification Forms shall be scanned and emailed to the Payroll department when Payroll is completed biweekly. The Payroll Department shall store all Missed Punch Notification Forms.

Nothing in this Side Agreement changes the employees' responsibility to complete a Missed Punch Form.

**Exhibit A**

### Side Agreement #1

Management and the Union agree that during the term of this agreement, House Coordinators are not responsible to perform the following duties:

1. Assign or reassign Residential Assistants to work at another location unless the employee is assigned to the home or buddy home for which the House Coordinator is responsible.
2. Complete staff "evaluations".

Passavant and the Teamsters agree that Residential Assistants may complete a consumer assessment to assist with ISP planning; however, the person completing the assessment should sign and date the document.

### Side Agreement #2

Where and when appropriate, one (1) staff person, as determined by Management, will be permitted to attend and give input towards a consumer's Individuals Support Plan (ISP).

### Side Agreement #3

Union stewards will be given time off, without pay to attend meetings called by Local Union 926 or 261 when the meeting involves a Passavant-related issue and provided the Steward has given the Company at least forty-eight (48) hours advance notice. In such event, the Steward, will not be required to use PTO, vacation or personal days. This provision is subject, however, to the superior needs of the Company to provide coverage for the consumers, and in the event of any emergency, such authority may be cancelled due to the need to provide coverage as set forth herein by the Company.

### Side Agreement #5

In recognition of the passage of Act 32 of 2008, the Company will deduct local taxes from employees' pay upon the effective date of such Act, and as required by such Act.

**Exhibit A**

### Side Agreement #6

It is agreed by both Management and Teamsters Local #926 and #261 that a listing of 17 community homes and programs will be "interview only" and not subject to the usual process of bumping and bidding. The pool of interview only location is subject to change, but will not exceed this agreed to number for existing locations.

It is further agreed that during the term of the labor agreement commencing January 1, 2009, and ending December 31, 2011, that the company will notify the Union to discuss any new additions to this list due to the opening of a new location meeting criteria set forth for an "interview only" location. In such an event, the number of "interview only" houses may exceed the number 17 set forth above. Criteria for a "new interview only" location will include request of family or the individual being served; specialized needs of the individual; and the requirements of specialized skills or demeanor of staff.

In the event that the Union disagrees with the Company's position on new "interview only" houses, it may proceed to mediation or arbitration under the provisions of this agreement.

### Side Agreement #7

Company Suspensions-The parties have agreed that when the Company determines to suspend an employee, under the terms of the right of the Company to discipline said employee, such employee shall continue to work pending the outcome of the discipline hearing. This provision shall not apply to case of abuse, or serious moral turpitude, including but not limited to physical assaults on fellow employees or guest or others, possessions of drugs or alcohol, theft, significant sexual harassment issues, or other similar serious offenses which could lead to termination. The determination of the right to suspend without further work is vested in the Company subject to the provisions set forth herein.

### Side Agreement #8

The parties have agreed for the purpose of the HVEC and RVEC program closures staff may:

1. Take Paid Time Off (PTO), with the number of staff approved on any given day subject to the Paid Time Off-Approval policy.
2. Work the day at the assigned snow house.

The Company is not agreeable to unpaid time off during such closure.

Exhibit A

<u>SIDE AGREEMENT</u>
Collective Bargaining Side Agreement
of July 10, 2009

The following is a Side Agreement between Passavant Memorial Homes and
Teamsters Local #926 and #261.

It is agreed by both Management and the Union that as a "Side Agreement" to the
Collective Bargaining Agreement of July 10, 2009, the parties agree that during the
term of such Agreement the following shall apply:

Any staff person that works the overnight shift at the Children's Program shall be
classified as a Residential Assistant.  Any staff that was hired prior to July 10, 2009,
will be grandfathered in at the pay rate $14.25 per hour.  The Residential Assistant
shift will be a non-degree shift.  The base pay for this position will be $10.90 per hour.
The Residential Assistant who does not have a degree will not be entitled to any
overtime on any other shift within the program.  The Residential Assistant is not
considered a professional staff with knowledge in various clinical disciplines to
provide therapeutic intervention, which would include providing education,
counseling and treatment related to their treatment plans. The treatment model utilizes
the theory and science of Functional Behavioral Analysis and Assessment.  Functional
Behavioral Analysis operates on the principle that all behavior has meaning.   Using
functional analysis the teacher/counselors determine social, emotional, medical and
environmental antecedents that contribute to behavioral issues. Functional analysis
assessments are then completed to determine an effective therapeutic intervention.
The Residential Assistant will not participate in those therapeutic tasks associated with
the clinical model.  Therefore the responsibilities would include the duties of a
Residential Assistant in other programs.


_Susan K. Weiss_ _____          _7-10-09_____
PMH Representative                                 Date


_Marc A. Rowe_ _____          _7-10-09_____
Teamsters Representative                           Date


_Ed Clowes_ _____ **Exhibit A**        _7-10-09_____
Teamsters Representative                           Date

# *Passavant Memorial Homes*

*"Committed to exceeding the expectations of consumers and families through choice and quality driven opportunities."*

**Corporate Office**
163 Thorn Hill Road, Warrendale, PA  15086 ♦ Telephone: (412) 820-1015 ♦ Fax: (412) 820-1025
Toll Free: 1-888-764-6467 ♦ Website: www.passavant.org

**Board of Directors**

**Passavant Memorial Homes**

JACK WADDELL
Chairman

MARY ANN BOLLAND
Vice Chairman

SUSAN ABRAMOWICH
FRANK BAKER
DAVID CALIGUIRI
KRISTIN HARTZELL
JOSEPH O'DONNELL
HAZEL SHEFFIELD
LARRY VOGEL

**Passavant Development Corporation**

KENNETH CURCIO
Chairman

JACK WADDELL
Vice Chairman

MARY ANN BOLLAND
ROBERT DOUGHERTY
KEVIN O'DONNELL
HARRISON VAIL

**Executive Management and Board Officers**

RICK D. SENFT
Chief Executive Officer
and President

PATRICK A. DeMICO
Chief Operating Officer
and Vice President

GREG HERSHBERGER
Vice President of Operations
and Chief of Staff, and Co-Treasurer

KEVIN FRIEL
Chief Financial Officer
and Co-Treasurer

CAROL GRANT
Vice President of Corporate
Compliance

LARRY KUSHIK
Vice President of Administration
and Co-Secretary

BILL SHERBONDY
Executive Director of PMH Operations

SUE WEISS
Vice President of Human Resources

BRENDA WYMAN
Vice President of Business Operations
and Co-Secretary

Ms. Gwen Helms
Mr. Marc Dreves
Teamsters Local 926
625 Stanwix Street
Suite 1804 Stanwix Towers
Pittsburgh, PA  15222

Dear Ms. Helms and Mr. Dreves:

This letter is written to clarify the employee job classifications and pay rates for the Specialized Residential homes which include Lougeay, Meadow and Kilmeyer.  These homes are modeled after the Children's Programs due to the specialized needs of the adolescents and adults that reside in them.

The pay rate for these homes will be $15.10 for the Teacher/Counselor degreed position.  Because of the specific and specialized needs of the consumers residing in these programs the block shifts will be required to be Teacher/Counselor, degreed employees.  The Teacher/Counselor may also work any other shifts as well.  Non-degreed employees will only be permitted to work 1st, 2nd or 3rd shift, non-block positions within these homes. Non-degreed employees will be hired as Residential Assistants and receive the $11.75 pay rate.

The signatures below indicate that the parties have agreed upon the above stipulations of the positions for these homes.

_____          11-14-13
Gwen Helms, Trustee Teamsters Local 926          Date

_____          11-14-2013
Marc Dreves, Secretary Treasurer          Date

_____          11-14-13
Susan K. Weiss, Vice President of Human Resources          Date

**Branch Offices**

100 Passavant Way, Pittsburgh, PA  15238 ♦ Telephone: (412) 820-1010 ♦ Fax: (412) 820-1027
641 Reno Street, P.O. Box 189, Rochester, PA  15074 ♦ Telephone: (724) 775-0448 ♦ Fax: (724) 775-1490
1016 Mountain View Drive, Greensburg, PA  15601 ♦ Telephone: (724) 853-1950 ♦ Fax: (724) 853-6626
370 East Main Street, Mount Pleasant, PA  15666 ♦ Telephone: (724) 542-4862 ♦ Fax: (724) 542-4863

Exhibit A