# PASSAVANT MEMORIAL HOMES
## Policies And Procedures

### Safety and Security

**SUBJECT:** Prohibition of Harassment and Terroristic Threats

Effective Date: <u>1/96</u>
Revised Date: <u>7/13</u>

## POLICY

It is the policy of Passavant Memorial Homes to maintain a workplace safety and security. Passavant Memorial Homes prohibits harassment and threats of violence to individuals, employees, and associated vendors/service providers from any source. Incidents involving individuals supported through Passavant will be addressed through the Prohibition of Abuse Policy. Incidents involving employees will be addressed immediately through the following policy.

## PURPOSE

To protect all employees from any form of harassment or threats of violence in the workplace.
To establish a procedure to address incidents of harassment or threats of violence in an effective and confidential manner.

## PROCEDURE

**Definitions**

<u>Harassment</u> - Behavior, Conduct and/or Language that demeans, threatens, denigrates, intimidates, insults or disrespects another person including:
- Sexual Harassment - Unwelcome sexual conduct, either explicit or implicit, that creates a hostile work environment or impacts on work status or performance. Including, but not limited to; sexual comments, jokes, innuendo, touching, gestures and/or graffiti, pressure for dates.
- Ethnic/Racial Harassment - Harassment directed toward a person based on race or national origin. Including, but not limited to; racial or ethnic slurs, jokes or gestures, language using words with negative racial/ethnic connotations.
- Religious Harassment - Harassment directed toward a person based on religious beliefs and/or practices. Including, but not limited to; religious based jokes, slurs and/or comments, ridicule, derogatory comments or gestures, taunting, teasing.
- Disability and Age Related Harassment - Harassment directed toward a person based on a disability or age. Including, but not limited to; Jokes, derogatory comments or gestures targeted to a particular personal disability and/or age. Ridicule, taunting, teasing or name calling.

<u>Terroristic threats</u> – Any person communicates either directly or indirectly, a threat to commit any crime of violence with intent:
- to terrorize an employee, volunteer or individual receiving services
- cause evacuation of a building
- cause terror or serious public inconvenience with reckless disregard of the risk of causing such terror

Exhibit C

### General Guidelines
Employees, visitors, volunteers, individuals, and associated vendors will report any form of harassment or terroristic threats immediately to a member of the Core Team who will immediately notify the CEO and President. The Vice President of Human Resources will be notified of harassment or threats involving an employee. Any employee who is accused of perpetrating Harassment or making Terroristic Threats will be immediately suspended from work pending the conclusion of an investigative review.

The Security Manager will be notified of the Harassment/Terroristic Threat and provide support and assistance as needed.

In the event of a Terroristic Threat or Harassment that challenges physical safety, the local law enforcement agency will be contacted and advised of the threat. Additional supports and assistance will be requested through law enforcement to ensure the safety of all persons involved.

The physical site of the involved home/program will be assessed to ensure it is secure and provides protection from intruders. The staff will be retrained in security protocols including, refusing entry to the home by unauthorized persons, keeping all doors and windows locked, use of the emergency alarm system. Management personnel will provide additional support and monitoring of the location.

Upon conclusion of the investigative review, disciplinary action up to and including termination will be taken in all incidences when a charge of harassment/terroristic threats is found to be valid.

A charge of harassment/terroristic threats found to be valid will result in the filing of a criminal complaint against perpetrator.

## Reporting/Investigative Procedures
### Reporting
Any employee who believes he/she is the target/victim of harassment will contact the Vice President of Human Resources.
--The target will provide a written statement after initial contact with the Vice President of Human Resources.
--The Vice President of Human Resources will immediately initiate an investigation after receiving the complaint. The local police will be informed of the event and asked to assist with investigation and review of the situation.

### Investigation
Any incident including threats of physical violence will be referred to the local police for investigation.

Any incident where a threat of physical violence does not exist, will be investigated as an objective fact finding procedure. The investigative team will include members of the Core Team, one of whom will be the Vice President of Human Resources. All interview/meetings will be conducted in areas that provide as much privacy as possible. Every effort will be made to limit disclosure and maintain confidentially.

Upon completion of all interviews, reviews and observations, the Vice President of Human Resources will complete a chronological summary detailing all information obtained. The members of the investigative team will then meet, review the summary and make a determination as to whether harassment occurred. The investigative team will then prepare a written report of the findings. If the charge of harassment was found to

Exhibit C

be valid, recommended disciplinary action will be included in the report. This determination report will then be attached to the summary.

The Vice President of Human Resources will forward the completed summary and all other written material to the Vice President of Operations/ Chief of Staff who will review the materials and make recommendation to the CEO and President for final determination.

Any matter being investigated by the police will be resolved in accordance with disciplinary policy upon conclusion of the police investigation.

**Personnel Action**

Any employee found to have participated in harassment or making a terroristic threat will be terminated from employment. Any external source found to have participated in harassment or making a terroristic threat will be advised that they are not permitted to make contact of any sort to an employee or individual supported by Passavant Memorial Homes.

Exhibit C