

**Passavant Memorial Homes**
**Board of Directors**

HAZEL SHEFFIELD
Board Chair

MARY ANN BOLLAND
Board Vice Chair

JACK WADDELL
Ex-Officio

DAVID CALIGUIRI
JOSEPH O'DONNELL
JOHN O'KEEFE
DEBBIE VOGEL
LARRY VOGEL

**Executive Management**

RICK D. SENFT
Chief Executive Officer
and President

CAROL GRANT
Chief Operating Officer
and Vice President

ZACHARY SENFT
Chief Administrative Officer
and Treasurer

ROBERT DOUGHERTY
Chief Financial Officer
and Treasurer

LEWIS MINETT
Vice President of Corporate Projects
and Secretary

LARRY KUSHIK
Vice President of Administration
and Secretary

BILL SHERBONDY
PMH Executive Director

**Corporate Attorney(s)**

TOM KING, ESQUIRE
ANDREA C. PARENTI, ESQUIRE

**Corporate Office**

163 Thorn Hill Road
Warrendale, PA 15086
Telephone: (412) 820-1015

August 6, 2019

Mr. Richard Marto
129 Long Drive
Irwin, PA 15642

Dear Mr. Marto:

This letter serves as official notification that your employment with Passavant Memorial Homes Family of Services is being terminated due to Assault/Terroristic Threats exhibited by:

-On Wednesday, July 31, 2019 it was reported to Human Resources that you threatened a staff. Human Resources called and placed you on a suspension. On Thursday, August 1, 2019 you came to the Greensburg Office and talked to Sue Weiss the Vice President of Human Resources and admitted to threatening a staff member by stating "I could shoot you for missing the training."

Passavant policy states Assault/ Terroristic Threats will result in termination. Therefore, your employment with Passavant Memorial Homes Family of Services has been terminated effective August 1, 2019.

As a terminated employee, you are no longer permitted on any Passavant owned property and you should also refrain from contacting any Passavant employee while they are on duty. It is required that the Passavant identification card, and any keys you may have in your possession be returned to the Human Resources Department or you will be charged $125.00. Should Passavant receive reference requests regarding your employment, we will provide only the following professional reference information: dates of employment and position held. We regret that your employment has ended in this manner.

Sincerely,

*Lisa Mores*

Lisa Mores,
Human Resources Coordinator
(Written and signed with the review and approval of Janet Williams, Director of Human Resources)
cc: Personnel File
    Marc Dreves
    Gwen Simon

Committed to exceeding the expectations of consumers and families through choice and quality driven opportunities.

Exhibit D